# EXHIBIT A

7/13/2017 Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists – Daily Stormer

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 2 of 12 PAGEID #: 40

# Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists

Andrew Anglin

**Daily Stormer**

June 1, 2017



ISIS terrorist Dean Obeidallah (دين عبيدالله), the mastermind behind the Machester Arianacaust, has written an op-ed for the Daily Beast demanding that Donald Trump declare that Whites are the real terrorists.

When asked why they were printing op-eds by a confessed terrorist wanted by Europol, MI-5, Interpol and a litany of other international authorities, they cited "democracy and human rights."

Daily Beast:

> *There's a growing deadly threat in America but Donald Trump refuses to call it by its name: white supremacist terrorism. In the last three months alone we've seen four Americans killed by white supremacists. Now if Muslim extremists had killed four Americans in that time period we*

7/13/2017 Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists – Daily Stormer

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 3 of 12 PAGEID #: 41

> all know Trump would be ranting about "radical Islamic terrorism"—a phrase he loves to use except when in Saudi Arabia.

> We saw another white supremacist terror attack over the weekend in Portland, Oregon. There, Jeremy Joseph Christian, a 35-year-old white man, was on a local train spewing anti-Muslim and other racist remarks. When three good Samaritans stood up to Christian's hateful comments, he stabbed them, killing two people who truly represented the best of America: Namkai Meche and Ricky John Best.

> Christian's history of white supremacist views are well-documented. As the media reported, he had been a "vocal participant" in a recent alt-right rally in Portland where he was seen giving a Nazi salute. And he had posted on Facebook Neo-Nazi and anti-Semitic material, including catchphrases used by well-known white supremacist **Richard Spencer.**

> …

> As the Southern Poverty Law Center has documented, the list of white national groups is alarmingly long with hubs in almost every state. If these extremists go unchecked, I can assure you that more Americans will die at the hands of these racists. The question is how many more innocent Americans have to be killed by white supremacist terrorism before Trump will call it what it is?!

The nerve of an admitted terrorist attacking whites for "terrorism" while blaming Donald Trump and Richard Spencer – and of course, citing fake statistics from the SPLC – is almost unfathomable.

But that is the world we live in.



After being sought for questioning by MI-5 in connection to the bombing, Obeidallah caught a flight to Turkey and was smuggled across the border into Syria by the Erdogan military. Once safe within the Caliphate, Obeidallah declared responsibility for the attack via Twitter.

7/13/2017 Dean Obeidallah: Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists – Daily Stormer

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 4 of 12 PAGEID #: 42



Perhaps even more bizarre than the Daily Beast agreeing to print his op-ed attacking Whites in the wake of his attack, Twitter has refused to suspend his account. Furthermore, he has continued to broadcast on Sirius-XM and has even appeared on CNN to talk about how he planned the attack, and encouraged others to carry-out more such attacks.

Between bragging about the attack, his twitter feed has been mixed with the standard terrorist gibberish in support of Angela Merkel and NATO, attacking Whites and Donald Trump.



7/13/2017 Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists – Daily Stormer

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 5 of 12 PAGEID #: 43

Since the bombing, he has voiced strong support for Angela Merkel, which is less than surprising, given Merkel's enthusiastic support for an Islamic takeover of Europe.



Over the past days since successfully gaining asylum in Syria, he has repeatedly bragged about the attack, trying to disguise his pride under "glory to Allah" nonsense.



Immediately after celebrating the attack, he praised NATO, fearing that Trump would damage the relationship between ISIS and the military bloc. ISIS has received hundreds of millions of dollars worth of weapons from NATO, and Obeidallah is clearly fearful the supply will be cut.

7/13/2017 Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists – Daily Stormer

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 6 of 12 PAGEID #: 44





A traitor to who?

ISIS?

How does that tweet even make sense?

He then did a show about the same topic as the Daily Beast article – how "white supremacist terrorism" is a threat to ISIS.

 

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 7 of 12 PAGEID #: 45



He also invited on the American-African W. Kamau Bell to talk about how Moslems could carry out Manchester-type terrorist attacks in America.

Shockingly, no one in the "conservative" media is calling for a boycott of Sirius-XM, even while literal ISIS masterminds are openly planning terrorism on this platform.

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 8 of 12 PAGEID #: 46



They discussed how Moslems should find "the whitest places in America" to do their attacks.

And of course, he bragged about turning America brown, which is the ultimate goal of the Islamic Caliphate – a goal they share with the Jews, which is why ISIS and Israel get along so well.

7/13/2017 Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists – Daily Stormer

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 9 of 12 PAGEID #: 47



On Tuesday, he was invited onto CNN to explain how he carried out the bombing, and to give advice to others planning similar attacks.



Shortly after the CNN appearance, he was back on Twitter bragging.

7/13/2017 Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists – Daily Stormer

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 10 of 12 PAGEID #: 48



He then did an entire 3 hour Sirius-XM broadcast speculating about whether more of those injured in the attack would die in the hospital, thus increasing his "score."



People were calling in to complain about him doing this bombing, and he just called them "infidel pigs" and said "you're next" and hung up on them. At no point did he seriously engage a caller asking him to explain why he carried out these attacks, while at the same time thinks White people should be arrested and punished.

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 11 of 12 PAGEID #: 49

He's still tweeting in response to trolls, if you want to go confront him



It is simply incredible that this admitted terrorist mastermind is being embraced by the mainstream media.

But again – it is hardly that much different than anything else happening these days.

After all – ISIS terrorists like Dean Obeidallah agree with mainstream liberals on just about everything.

The worst thing about all of this is not that Obeidallah carried out the Manchester attack – that was actually kind of funny and those people obviously deserved to die – but the fact that the twisted sonovabitch wrote his own Wikipedia page. There is really nothing more disgusting than that. I have no idea how self-Wikipedia writers think people won't notice what they've done.

7/13/2017 Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls On Trump to Declare Whites the Real Terrorists – Daily Stormer

Case: 2:17-cv-00720-EAS-EPD Doc #: 1-1 Filed: 08/16/17 Page: 12 of 12 PAGEID #: 50

Sickening.