# EXHIBIT B

Abid R. Qureshi
Direct Dial: 202.637.2240
E-Mail: abid.qureshi@lw.com

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

June 15, 2017

**VIA EMAIL & U.S. MAIL**

Andrew Anglin
The Daily Stormer
P.O. Box 208
Worthington, Ohio 43085

Re: Retraction of Defamatory Daily Stormer Article Regarding Dean Obeidallah

Dear Mr. Anglin:

Latham & Watkins LLP and Muslim Advocates represent Mr. Dean Obeidallah in connection with the June 1, 2017 article you wrote and published on the Daily Stormer internet website entitled "Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists" (the "Article"). The Article is false and defamatory, and has caused significant harm to Mr. Obeidallah's name and reputation. The Article also jeopardizes his safety by encouraging readers to "confront" Mr. Obeidallah. We demand that you immediately take corrective action by retracting the Article, publishing an apology, and deleting comments threatening violence against him.

While Mr. Obeidallah champions freedom of expression and supports diversity of opinions, your publication of untrue and damaging statements—made without any factual basis—is not entitled to legal protection. The Article contains numerous false, misleading, and inaccurate statements regarding Mr. Obeidallah. For example, the title of the Article falsely states that Mr. Obeidallah is the "mastermind" of a horrific criminal act. The Article falsely portrays him as a member of a terrorist organization who is wanted by international law-enforcement authorities. The Article falsely states that Mr. Obeidallah is planning terrorist acts. In addition, the Article fabricates tweets purportedly made by Mr. Obeidallah, attributing to him responsibility for criminal actions committed by others. All of the inaccurate and disparaging statements in the Article were apparently made without any regard for the truth.

The false and misleading statements in the Article have damaged Mr. Obeidallah's reputation, coopted his name and likeness, and prompted threats against his life and physical

June 15, 2017
Page 2

**LATHAM&WATKINS**LLP

safety. Accordingly, we demand that you remove the Article, publish a retraction and apology, and take all necessary steps to delete comments threatening his security. We also demand that you preserve and maintain all records, documents, electronically stored information, and any other materials related in any way to the Article, including any factual diligence you performed prior to publishing the statements regarding Mr. Obeidallah. If you have any questions about your preservation obligations or the elements of a defamation action, we strongly suggest you consult an attorney.

If you fail to comply with the demands in this correspondence by June 22, 2017, Mr. Obeidallah intends to take all appropriate and necessary steps to protect his reputation and redress the injuries you have caused. Please know that Mr. Obeidallah expressly reserves all rights and remedies.

Sincerely,

Abid R. Qureshi
LATHAM & WATKINS LLP

Johnathan J. Smith
MUSLIM ADVOCATES