# EXHIBIT C



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 12/06/2016 | 201634004638 | TRADE NAME REGISTRATION (RNO) | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Receipt
This is not a bill. Please do not remit payment.

MOONBASE HOLDINGS
ATTN: ANDREW ANGLIN
6827 N HIGH STREET, SUITE 121
WORTHINGTON, OH 43085

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Jon Husted
3965070

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**DAILY STORMER**

and, that said business records show the filing and recording of:

Document(s)  
**TRADE NAME REGISTRATION**  
Effective Date: 12/01/2016

Document No(s):  
**201634004638**

Date of First Use:   07/04/2014

Expiration Date:   12/01/2021

ANDREW ANGLIN  
3827 N HIGH STREET, SUITE 121  
WORTHINGTON, OH 43085



United States of America  
State of Ohio  
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 6th day of December, A.D. 2016.

*Jon Husted*

**Ohio Secretary of State**

Page 1



Form 534A Prescribed by:

**JON HUSTED**
**OHIO SECRETARY OF STATE**

Toll Free: (877) SOS-FILE (877-767-3453)
Central Ohio: (614) 466-3910

www.OhioSecretaryofState.gov
busserv@OhioSecretaryofState.gov

File online or for more information: www.OHBusinessCentral.com

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 670
Columbus, OH 43216

Expedite Filing (Two business day processing time.
Requires an additional $100.00)
P.O. Box 1390
Columbus, OH 43216

2016 DEC -1 PM 2:56

# Name Registration
### Filing Fee: $39
### Form Must Be Typed

**CHECK ONLY ONE (1) Box**

☒ Trade Name (167-RNO)

Date of first use: 07/04/2014
MM/DD/YYYY

☐ Fictitious Name (169-NFO)

---

Daily Stormer
Name being Registered or Reported

Andrew Anglin
Name of the Registrant

Note: If the registrant is a partnership, please provide the name of the partnership. Individual partner names are not permitted but are required on page 2 of the form.

Registrant's Entity Number (if registered with Ohio Secretary of State): _____

---

**All registrants must complete the information in this section**

The general nature of business conducted by the registrant:

Internet news website

Business address:

6827 N High Street, Suite 121
Mailing Address

| Worthington | Ohio | 43085 |
|---|---|---|
| City | State | Zip Code |

Form 534A                                      Page 1 of 2                                      Last Revised: 9/24/2015

Page 2

Complete the information in this section if registrant is a partnership NOT registered in Ohio pursuant to ORC 1776, if partnership is registered, provide registration number on page one.

Provide the name and address of <u>at least one</u> general partner:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Application must be signed by the registrant or an authorized representative.

Signature: [signed]

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

By (if applicable):

Print Name: Greg Anglin

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Form 534A         Page 2 of 2         Last Revised: 9/24/2015

Page 3