# EXHIBIT D

Doc ID --> 201625400014
Case: 2:17-cv-00720-EAS-EPD Doc #: 1-4 Filed: 08/16/17 Page: 2 of 5  PAGEID #: 59



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 09/10/2016 | 201625400014 | DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG (LCP) | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Receipt
This is not a bill. Please do not remit payment.

MOONBASE HOLDINGS, LLC
KAREN ZAPPITELLI
5271 NORWICH STREET
HILLIARD, OH 43026

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Jon Husted
3938347

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**MOONBASE HOLDINGS, LLC**

and, that said business records show the filing and recording of:

Document(s)                                            Document No(s):
**DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG**          201625400014
            Effective Date: 09/02/2016



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 10th day of September, A.D. 2016.

*Jon Husted*

**Ohio Secretary of State**

Page 1



Form 533A Prescribed by:

**JON HUSTED**
OHIO SECRETARY OF STATE

Toll Free: (877) SOS-FILE (877-767-3453)
Central Ohio: (614) 466-3910

www.OhioSecretaryofState.gov
busserv@OhioSecretaryofState.gov

File online or for more information: www.OHBusinessCentral.com

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 670
Columbus, OH 43216

Expedite Filing (Two business day processing time.
Requires an additional $100.00)
P.O. Box 1390
Columbus, OH 43216

2016 SEP -2 AM 8:47

# Articles of Organization for a Domestic Limited Liability Company
Filing Fee: $99
Form Must Be Typed

**CHECK ONLY ONE (1) BOX**

(1) ☒ Articles of Organization for Domestic
For-Profit Limited Liability Company
(115-LCA)

(2) ☐ Articles of Organization for Domestic
Nonprofit Limited Liability Company
(115-LCA)

Name of Limited Liability Company: Moonbase Holdings, LLC

Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd.," or "ltd"

Effective Date (Optional) _____ mm/dd/yyyy
(The legal existence of the limited liability company begins upon the filing of the articles or on a later date specified that is not more than ninety days after filing)

This limited liability company shall exist for (Optional) _____
Period of Existence

Purpose (Optional)

**Note for Nonprofit LLCs
The Secretary of State does not grant tax exempt status. Filing with our office is not sufficient to obtain state or federal tax exemptions. Contact the Ohio Department of Taxation and the Internal Revenue Service to ensure that the nonprofit limited liability company secures the proper state and federal tax exemptions. These agencies may require that a purpose clause be provided.

Form 533A                Page 1 of 3                Last Revised: 9/24/2015

## ORIGINAL APPOINTMENT OF AGENT

The undersigned authorized member(s), manager(s) or representative(s) of

Moonbase Holdings, LLC
Name of Limited Liability Company

hereby appoint the following to be Statutory Agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served. The name and address of the agent is

Andrew B. Anglin
Name of Agent

6827 N High Street STE 121
Mailing Address

| Worthington | Ohio | 43085 |
| City | State | ZIP Code |

## ACCEPTANCE OF APPOINTMENT

The undersigned, Andrew B. Anglin named herein as the statutory agent
Statutory Agent Name

for Moonbase Holdings, LLC
Name of Limited Liability Company

hereby acknowledges and accepts the appointment of agent for said limited liability company

Statutory Agent Signature X _____
Individual Agent's Signature / Signature on Behalf of Business Serving as Agent

Form 533A          Page 2 of 3          Last Revised: 9/24/2015

Page 3

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Articles and original appointment of agent must be signed by a member, manager or other representative.

X _[signature]_
Signature

By (if applicable)

Andrew B. Anglin
Print Name

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

Form 533A                    Page 3 of 3                    Last Revised: 9/24/2015

Page 4