# EXHIBIT E



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 01/10/2017 | 201700502616 | TRADE NAME REGISTRATION (RNO) | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Receipt

This is not a bill. Please do not remit payment.

GREG MARK ANGLIN
6827 N HIGH STREET
SUITE 121
WORTHINGTON, OH 43085

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Jon Husted
### 3976203

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**ANDREW ANGLIN**

and, that said business records show the filing and recording of:

Document(s):  **TRADE NAME REGISTRATION**

Document No(s):  **201700502616**

Effective Date:  01/05/2017

Date of First Use:  07/04/2014

Expiration Date:  01/05/2022

MOONBASE HOLDINGS, LLC
6827 N HIGH STREET SUITE 121
WORTHINGTON, OH 43085



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 10th day of January, A.D. 2017.

*Jon Husted*

**Ohio Secretary of State**

Page 1



**Form 534A Prescribed by:**

**JON HUSTED**
**Ohio Secretary of State**

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
*www.OhioSecretaryofState.gov*
*Busserv@OhioSecretaryofState.gov*

Date Electronically Filed: 1/5/2017

# Name Registration
## Filing Fee: $39

**CHECK ONLY ONE (1) Box**

☒ Trade Name (167-RNO)    Date of first use: 7/4/2014    MM/DD/YYYY

☐ Fictitious Name (169-NFO)

ANDREW ANGLIN
Name being Registered or Reported

MOONBASE HOLDINGS, LLC
Name of the Registrant

**Note:** If the registrant is a partnership, please provide the name of the partnership. Individual partner names are not permitted but are required on page 2 of the form.

Registrant's Entity Number (if registered with Ohio Secretary of State): 3938347

**All registrants must complete the information in this section**

The general nature of business conducted by the registrant:

Author (books, articles, blog)

Business address:

6827 N HIGH STREET SUITE 121
Mailing Address

| WORTHINGTON | OH | 43085 |
|---|---|---|
| City | State | ZIP Code |

Form 534A            Page 1 of 2            Last Revised: 8/12/2015

Page 2

**Complete the information in this section if registrant is a partnership NOT registered in Ohio pursuant to ORC 1776, if partnership is registered, provide registration number on page one.**

Provide the name and address of <u>at least one</u> general partner:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Application must be signed by the registrant or an authorized representative.

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

MOONBASE HOLDINGS
Signature

GREG ANGLIN
By (if applicable)

Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.