Exhibit 5

| | |
|---|---|
| **From:** | Qureshi, Abid (DC) |
| **Sent:** | Friday, December 15, 2017 10:02 AM |
| **To:** | matstevenson@bigskylegal.com |
| **Cc:** | Johnathan Smith; Juvaria Khan; Subodh Chandra; Donald Screen |
| **Subject:** | Service in Obeidallah v. Anglin, et al., 2:17-CV-00720-EAS-EPD (S.D. Oh.) |
| **Attachments:** | ECF No. 012_Obeidallah v. Anglin_2.17-cv-720_2017-09-08_Summonses.pdf; ECF No. 001_Obeidallah v. Anglin_2.17-cv-720_2017-08-16_Complaint (w. Ex….zip |

Dear Mr. Stevenson:

We represent Mr. Dean Obeidallah in connection with his lawsuit against Mr. Andrew B. Anglin, publisher of the *Daily Stormer*, filed in the U.S. District Court for the Southern District of Ohio (*Obeidallah v. Anglin, et al.*, 2:17-CV-00720-EAS-EPD).  The Complaint and Summonses filed by Mr. Obeidallah in this action are attached to this message.

I understand Mr. Anglin may has engaged you to represent him in regard to another matter pending in the U.S. District Court for the District of Montana (*Gersh v. Anglin*, 9:17-CV-00050-DLC-JCL).  If you also represent Mr. Anglin in the *Obeidallah v. Anglin* action, may we arrange a tele-conference to discuss the matter?

Also, if you do represent Mr. Anglin, please let me know if you are authorized to accept service of process on his behalf.

I look forward to hearing from you.

Best regards.

**Abid R. Qureshi**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2240
Fax: +1.202.637.2201
Email: abid.qureshi@lw.com
http://www.lw.com