Exhibit 6

- About Us
- FAQ
- Why Use KeepMeUp.com?
- Contact Us
- WhoIs Tool

LOGIN

- # Whois Tool

  dailystormer.com
  OK

- # http://dailystormer.com - uptime monitor + WhoIs data.

  Domain Name: DAILYSTORMER.COM
  Registry Domain ID: 1787753602_DOMAIN_COM-VRSN
  Registrar WHOIS Server: whois.godaddy.com
  Registrar URL: http://www.godaddy.com
  Update Date: 2014-03-21 07:32:27
  Creation Date: 2013-03-20 17:43:18
  Registrar Registration Expiration Date: 2015-03-20 17:43:18
  Registrar: GoDaddy.com, LLC
  Registrar IANA ID: 146
  Registrar Abuse Contact Email: abuse@godaddy.com
  Registrar Abuse Contact Phone: +1.480-624-2505
  Domain Status: clientTransferProhibited
  Domain Status: clientUpdateProhibited
  Domain Status: clientRenewProhibited
  Domain Status: clientDeleteProhibited
  Registry Registrant ID:
  Registrant Name: Greg Anglin
  Registrant Organization:
  Registrant Street: 6827 N. High St.
  Registrant City: Worthington
  Registrant State/Province: Ohio
  Registrant Postal Code: 43085
  Registrant Country: United States
  Registrant Phone: 6144361800
  Registrant Phone Ext:
  Registrant Fax:
  Registrant Fax Ext:
  Registrant Email: gregorymarkanglin@yahoo.com
  Registry Admin ID:
  Admin Name: Greg Anglin
  Admin Organization:
  Admin Street: 6827 N. High St.
  Admin City: Worthington


```
Admin State/Province: Ohio
Admin Postal Code: 43085
Admin Country: United States
Admin Phone: 6144361800
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: gregorymarkanglin@yahoo.com
Registry Tech ID:
Tech Name: Greg Anglin
Tech Organization:
Tech Street: 6827 N. High St.
Tech City: Worthington
Tech State/Province: Ohio
Tech Postal Code: 43085
Tech Country: United States
Tech Phone: 6144361800
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: gregorymarkanglin@yahoo.com
Name Server: NS1.DREAMHOST.COM
Name Server: NS2.DREAMHOST.COM
Name Server: NS3.DREAMHOST.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2014-04-02T02:00:00Z

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

- The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is", and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to:

(1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information;


(2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone.

The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us. The Registrar of record is Internet Invest, Ltd. dba Imena.ua. We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.

a
b
c
d
e
f
g
h
i
j
k
l
m
n
o
p
q
r
s
t
u
v
w
x
y
z
0
1
2
3
4
5
6
7
8
9

- About us
- FAQ
- Why Use KeepmeUp
- Contacts
- WhoIs tool

11/16/2017 Case: 2:17-cv-00720-EAS-EPD Doc #: 23-7 Filed: 12/22/17 Page: 5 of 5 PAGEID #: 247
Whois lookup for dailystormer.com | Contact Details

3 22 335 3

© KeepmeUp, 2013    All rights reserved.