Exhibit 7




Jon Husted & the Office | Elections & Voting | Campaign Finance | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

**Print this report**

## Corporation Details

| Corporation Details ||
|---|---|
| Entity Number | 1214727 |
| Business Name | MORNING STAR MINISTRIES USA, INC. |
| Filing Type | CORPORATION FOR NON-PROFIT |
| Status | Active |
| Original Filing Date | 03/06/2001 |
| Expiry Date | 05/19/2020 |

| Location: WORTHINGTON | County: FRANKLIN | State: |
|---|---|---|

| Agent / Registrant Information |
|---|
| GREG ANGLIN<br>6827 N HIGH ST SUITE 121<br>WORTHINGTON, OH 43085<br>Effective Date: 03/06/2001<br>Contact Status: Active |

| Incorporator Information |
|---|
| GREG ANGLIN<br>ROBERT ANGLIN<br>DANIEL SCHUBERT |

| Filings |||
|---|---|---|
| Filing Type | Date of Filing | Document Number/Image |
| DOMESTIC ARTICLES/NON-PROFIT | 03/06/2001 | 200107201922 |
| LETTER/RENEWAL NOTICE MAILED | 11/07/2005 | 200531150142 |
| CANCELED/FAILURE TO FILE/STATEMENT CONT. EXISTENCE | 03/07/2006 | 200606695266 |
| DOMESTIC/REINSTATEMENT | 11/27/2006 | 200633202786 |
| DOMESTIC AGENT ADDRESS CHANGE | 11/27/2006 | 200633202788 |
| LETTER/RENEWAL NOTICE MAILED | 07/28/2011 | 201120994988 |
| CERTIFICATE OF CONTINUED EXISTENCE | 09/23/2011 | 201127001300 |
| DOMESTIC AGENT ADDRESS CHANGE | 05/19/2015 | 201514600946 |