Exhibit 8

Case: 2:17-cv-00720-EAS-EPD Doc #: 23-9 Filed: 12/22/17 Page: 2 of 2 PAGEID #: 251

| Home | Mail | Search | News | Sports | Finance | Celebrity | Weather | Answers | Flickr | Mobile | More |

| Anglin Greg-Christian Counselor | Worthington, OH | Search |

Sign in    Mail

# Anglin Greg-Christian Counselors Group
Marriage & Family Counselor

0 reviews on Yahoo

Is this your business? Verify your listing

6827 N High St, #232, Worthington, OH 43085
Cross Streets: Near the intersection of N High St and Halligan Ave

(614) 436-1800

morningstarcounselinggroup.com

Directions                                               Send feedback

## Reviews
We currently don't have any reviews for **Anglin Greg-Christian Counselors Group**

**Find Nearby:** ATMs · Hotels · Night Clubs · Parkings · Movie Theatres · Similar Marriage & Family Counselors

**Categories:** Mental Health Clinic

### You might also like


Marriage & Family Life Office
197 E Gay St
Columbus

Find: Government & Community  >  Family Services  >  Marriage & Family Counselors  >  Anglin Greg-Christian Counselors Group

**Local Resources**
Add a Business
Browse by City/State

**Advertiser Resources**
Account Center
Advertise With Us

Some business information provided by Infogroup ®, Omaha, Nebraska Copyright © 2014.

Privacy  |  About Our Ads  |  Terms  |  Add/Edit Business  |  Yahoo Maps Terms of Use  |  Help  |  Send Feedback  |  Additional terms of service