Exhibit 12

9/19/2017 SPLC is Suing Anglin! Donate Now to STOP THESE KIKES – Daily Stormer

Case: 2:17-cv-00720-EAS-EPD Doc #: 23-13 Filed: 12/22/17 Page: 2 of 5   PAGEID #: 271

# SPLC IS SUING ANGLIN! DONATE NOW TO STOP THESE KIKES

weev

**Daily Stormer**

April 27, 2017



tl;dr: **Anglin's being sued by the SPLC for lawful, First Amendment-protected criticism of Jewry.** The site needs a huge chunk of cash to keep going. Right now.

Ways to donate:

Bitcoin (stack them satoshis a megabyte high) is always the most useful currency, because it can't be seized easily by court orders:

```
19m9yEChBSPuzCzEMmg1dNbPvdLdWA59rS
```

Cash, checks, or money orders can go to this address, and can be processed without fees taking a significant chunk:

```
Andrew Anglin
PO Box 208
Worthington, Ohio
43085
```

9/19/2017                          SPLC is Suing Anglin! Donate Now to STOP THESE KIKES – Daily Stormer

Case: 2:17-cv-00720-EAS-EPD Doc #: 23-13 Filed: 12/22/17 Page: 3 of 5  PAGEID #: 272

Send donations of significant size via Bitcoin or check if possible.

And finally, for this particular case, there is a **crowdfund supporting credit cards** up at Wesearchr.

```
Wesearchr supports VISA, Mastercard, American Express, and Discover
```

It all started when realtor named Tanya Gersh attempted to extort Sherry Spencer out of a building she built in retaliation for the political views of her son, known white nationalist Richard Spencer.

Here's Sherry Spencer's statement:

> On November 22, Gersh and I spoke on the phone. She relayed to me that if I did not sell my building, 200 protesters and national media would show up outside—which would drive down the property value—until I complied. Gersh's other conditions included that I make a public denunciation of my son in a statement written by the Montana Human Rights Network and that I make a donation to this organization from the sale of the property. As Gersh announced on Facebook, she was "spear heading" the campaign. ….

> Gersh followed up on her conditions in a number of emails, which I've just made public. She even shamelessly suggested that she act as my realtor! In other words, she and the local "human rights" organizations appeared to seek financial benefit from threats of protests and reputation damage.

Tanya Gersh was making statements against Sherry Spencer in the media to further this campaign, making her a public political activist legally subject to criticism from the public.

Thus in response this website's editor Andrew Anglin invited his readers to make legal, non-threatening critiques of Tanya Gersh's politically motivated extortion scheme:

> Just make your opinions known. Tell them you are sickened by their Jew agenda to attack and harm the mother of someone whom they disagree with.

> Again – as always – don't make any threats of violence and certainly don't do anything violent. Don't ever do anything illegal, ever. It is well within your rights to tell these people what you think of their actions, trying to extort Richard Spencer's family.

Tanya Gersh is now suing Andrew Anglin with the Southern Poverty Law Center for hundreds of thousands of dollars for daring to invite the public to comment on her despicable extortion scheme.

If Anglin doesn't get money for a legal defense, The Daily Stormer will disappear. Unfortunately, lawyers from an arbitrary jurisdiction can't appear pro hac vice without appearance of a local counsel per the rules of Montana District Court, so we have to come up with a king's ransom for Anglin to fight a federal civil case.

Stormer needs a six figure sum to survive.

### This matters to everyone on the Internet

Case: 2:17-cv-00720-EAS-EPD Doc #: 23-13 Filed: 12/22/17 Page: 4 of 5 PAGEID #: 273

Gersh v. Anglin is a flagrant violation of the rights of the whole Internet to criticize public figures.

Tanya Gersh attempted to extort Sherry Spencer out of a building, and yet she gets to play the victim and try to silence her critics? In the complaint Tanya Gersh makes risible lies about how she was simply just trying to help Sherry Spencer after making public condemnations of her building funding racism in the press.



*This is purely an attack on the Stormer, because the Jews can't stand to have us spread the truth.*

If this is not fought, a major alt-right press outlet will die and history will record Gersh's wicked lies of just being a helpful realtor trying to faithfully assist Sherry Spencer, instead of the truth of her being a contemptible manipulator trying to steal from the mother of a man she would see silenced.

Constitutional scholars unaware of the lies of Tanya Gersh are already noting the Constitutional problems with the case:

> *The biggest problem for the Southern Poverty Law Center is that the worst comments are not made by Anglin himself, the defendant, but by third parties, Banville said. Legally, under the Communications Decency Act of 1996, anyone who publishes online isn't responsible for comments generated by others.*

Beyond that, the complaint doesn't even establish that authentic Stormers are even responsible for any of the threatening language Gersh took issue with. Just last month, ADL's Director Oren Segal was attempting to pin the blame on a contributor to The Daily Stormer for a series of bomb threats to Jewish Community Centers. The FBI later discovered that these bomb threats were made by an Israeli national. We all know who is really responsible for violent anti-Semitic threats all around the world. It is the same people every time. Gersh's own people forged any and all threats to her.

This case will be blown open so hard when Tanya Gersh's lies are revealed in a court of law.

This is the last stand of the alt-right. Democratic process has failed us, and only our memes remain. Do not let the meme wells die by the perfidy and lies of the wicked. The indictment has loads of issues. If this is fought hard and well, Anglin will win and Gersh will be forced to pay out all the cash for the legal fees. Let us fight together now to see Gersh crushed and a lien put on her house. Gersh should be made to lose her home, just as she tried in wickedness to force Sherry Spencer's loss of hers, and now the Stormer's loss of his.

Don't let the SPLC outspend the lulz.

# Donate now!