Exhibit 18

Case: 2:17-cv-00720-EAS-EPD Doc #: 23-19 Filed: 12/22/17 Page: 2 of 3  PAGEID #: 304



| Our Office | Your Property | Search | On-Line Tools | Reference | Contact Us |

**Summary**
Land Profile
Residential
Commercial
Improvements
Permits
Mapping
Sketch
Photo
StreetSmart
Aerial Photos
Transfers
BOR Status
CAUV Status
Tax & Payments
Tax Distribution
Value History
Rental Contact
Quick Links

**ParcelID: 050-000200-00**　　　　　　　　　　　**Map-Rt: 050-N041 -124-00**
**NORWICH STREET LLC**　　　　　　　　　　　　**5271 NORWICH ST**

1 of 1
Return to Search Results

### Owner

| | |
|---|---|
| Owner | NORWICH STREET LLC |
| Owner Address | 4758 HAYDEN BL<br>COLUMBUS OH 43221 |
| Legal Description | 5271 NORWICH ST<br>45FT MID PT EA 62-64<br>-66 |
| Calculated Acres | .15 |
| Legal Acres | 0 |
| Tax Bill Mailing | NORWICH STREET LLC<br><br>4758 HAYDEN BLVD<br>COLUMBUS OH 43221-5516 |
| | View Google Map |

**Actions**
Neighborhood Sales
Proximity Search
Printable Version
Custom Report Builder

**Reports**
Proximity Report
Map Report
Parcel Summary
Parcel Detail

Go

**Social Media Links**



### Most Recent Transfer

| | |
|---|---|
| Transfer Date | MAR-11-2015 |
| Transfer Price | $0 |
| Instrument Type | QE |

### 2017 Tax Status

| | |
|---|---|
| Property Class | C - Commercial |
| Land Use | 470 - DWELLING CONVERTED TO OFFICE |
| Tax District | 050 - CITY OF HILLIARD |
| School District | 2510 - HILLIARD CSD |
| City/Village | HILLIARD CITY |
| Township | NORWICH TWP |
| Appraisal Neighborhood | X0300 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2017: No 2018: No |
| Homestead Credit | 2017: No 2018: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43026 |

### 2017 Current Market Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 39,200 | 133,800 | 173,000 |
| TIF | | | |
| Exempt | | | |
| Total | 39,200 | 133,800 | 173,000 |
| CAUV | 0 | | |

### 2017 Taxable Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 13,720 | 46,830 | 60,550 |

| | | | |
|---|---|---|---|
| TIF Exempt | | | |
| Total | 13,720 | 46,830 | 60,550 |

### 2017 Taxes

| Net Annual Tax | Total Paid | CDQ |
|---|---|---|
| 6,208.40 | 0.00 | |

### Dwelling Data

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|---|---|---|---|---|---|
| 1935 | 1,696 | 6 | 3 | 1 | 1 |

### Site Data

| Frontage | Depth | Acres | Historic District |
|---|---|---|---|
| | | .15 | |

**Disclaimer:**
The information on this web site is prepared from the real property inventory maintained by the Franklin County Auditor's Office. Users of this data are notified that the primary information source should be consulted for verification of the information contained on this site. The county and vendors assume no legal responsibilities for the information contained on this site. Please notify the Franklin County Auditor's Real Estate Division of any discrepancies.

Powered by iasWorld® Public Access. All rights reserved.