THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dean Obeidallah,

        Plaintiff,       :       Case No. 2:17-cv-720

        vs       :       Chief Judge Sargus

Anglin, et al.,       :       Magistrate Judge Deavers

        Defendants.

## ENTRY OF DEFAULT

It appears the Defendant, Moonbase Holdings, LLC, is in default, having failed to plead or otherwise defend in this cause as required by law. Therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 29th day of January 2018.

        Richard W. Nagel, Clerk
        United States District Court
        Southern District of Ohio

        By: /s/Keisha Parks-Towns
            Keisha Parks-Towns, Deputy Clerk