## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**DEAN OBEIDALLAH,**

    **Plaintiff,**

                                            **Case No. 2:17-cv-720**
                                            **Chief Judge Edmund A. Sargus, Jr.**
    **v.**                                          **Magistrate Judge Elizabeth P. Deavers**

**ANDREW B. ANGLIN,** *et al.***,**

    **Defendants.**

## ORDER

The present deadline for effecting service of process (ECF No. 19) is **EXTENDED** to **MARCH 30, 2018**, pending resolution of Plaintiff's Motions (ECF Nos. 23, 24).

    **IT IS SO ORDERED.**


Date: February 7, 2018                                      /s/ *Elizabeth A. Preston Deavers*
                                                          ELIZABETH A. PRESTON DEAVERS
                                                          UNITED STATES MAGISTRATE JUDGE