# EXHIBIT 11

Filing Notification for "ANDREW ANGLIN" - Yahoo Mail          https://mg.mail.yahoo.com/neo/b/message?sMid=6&fid=Inbox&fid...

**Filing Notification for "ANDREW ANGLIN"**                                    Wednesday, January 11, 2017 12:23 AM

From: "DoNotReply@ohiosecretaryofstate.gov" <DoNotReply@ohiosecretaryofstate.gov>
To: GREGORYMARKANGLIN@YAHOO.COM

The Office of Ohio Secretary of State Jon Husted has generated this message in accordance with your requested subscription to the Business Filing Notification System.

A TRADE NAME REGISTRATION with the effective date of January 05, 2017 has been added to the records of 'ANDREW ANGLIN', Registration Number 3976203.

You may review the filing in detail using this link to the Business Searches on the Ohio Secretary of State website:
http://www5.sos.state.oh.us/ords/f?p=100:7:::no:7:p7_charter_num:3976203

Should you have further questions after reviewing the business records, please call toll free at 877-SOS-FILE (877-767-3453) or send an e-mail to the business services staff at busserv@ohiosecretaryofstate.gov.

Please do not reply to this e-mail message.

You may unsubscribe from this service any time at https://bsportal.sos.state.oh.us/OBCFiling/be_email/EmailNotification.aspx

Thank you!

Office of Ohio Secretary of State Jon Husted
The Business Services Division