# EXHIBIT 19



**Andrew Anglin** @AndrewAnglin  PRO
2 months

I had a chat with my lawyer and my money is basically dried up. Just an update.

I'm gonna figure out something I can post so no one thinks I'm bullshitting on that.

Lawsuits are expensive.

I have no way to receive anything other than crypto right now.



177   ↰ Reply   💬 Comments 26   ↻ Repost 47   ❞ Quote



**Andrew Anglin** @AndrewAnglin PRO
2 months

I raised 160k with a 15% fee and the case has been ongoing for months, with lawyer travel, motions, research, discovery, local counsel.

It's not exactly difficult math to just imagine in your brain. But I'll go ahead and post 6 random days from the last month from the invoice, just to help out the imaginings of your brain a wee bit.



0.70 at $ 500.00/hr         $ 350.00

0.20 at $ 500.00/hr         $ 100.00

1.80 at $ 500.00/hr         $ 900.00



**TerryDavis** @CIACantDodgeTheDodge
2 months

It is entirely understandable if people think you are bullshitting on that tbh, you raised like 75k for the lawsuit and even the best lawyers are like 500 an hour w/12k retainer, where the fuck the $ go before you even go to court?

↑ 70    ↶ Reply    ● Comments 6    ↻ Repost 15    ❝ Quote



**Andrew Anglin** @AndrewAnglin PRO
2 months

The money will be worked out.

It was just a bit of a shock meeting up with my lawyer at a dingy and smoke-filled bar in central Lagos this week and seeing the bills laid out while half-drunk on ratweed rum.

But no worries.



116  Reply  Comments 10  Repost 14  Quote