THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

<u>Plaintiff</u>

Dean Obeidallah

                                      :

                                      :                      Case No.   2:17-cv-720

            vs                            :           Judge Sargus

                                                     Magistrate Judge Deavers

<u>Defendant</u>

Andrew B. Anglin et al.

                     :

<u>ENTRY OF DEFAULT</u>

It appears that the Defendant Andrew B. Anglin, is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 3rd day of July 2018.

                                                     Richard W. Nagel, Clerk
                                                     United States District Court
                                                     Southern District of Ohio

                                                     By: <u>/s/Donald A. Fitzgerald III</u>
                                                           Donald A. Fitzgerald III, Deputy Clerk