IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEAN OBEIDALLAH,**

    **Plaintiff,**

                                                      Case No. 2:17-cv-720
                                                      Chief Judge Edmund A. Sargus, Jr.
    **v.**                                              Magistrate Judge Elizabeth P. Deavers

**ANDREW B. ANGLIN,** *et al.*,

    **Defendants.**

## ORDER

This Court previously granted Plaintiff's Motion for Discovery in Aid of Default Judgment Against Defendant Moonbase Holdings, LLC and ordered Plaintiff to file a written status report by October 1, 2018, unless he has filed a motion for default judgment against this Defendant by that time. (ECF No. 39.) Plaintiff now reports on the status of his discovery including, *inter alia*, the deposition of Greg Anglin tentatively set for October 16, 2018. (ECF No. 40.) Plaintiff asks for additional time until November 16, 2018, in which to file a motion for default judgment, or, in the alternative, to file a written status report. (*Id.*)

Plaintiff's request for additional time is **GRANTED**. Plaintiff may have until **NOVEMBER 16, 2018**, in which to file a motion for default judgment against Defendant Moonbase Holdings, Inc. If Plaintiff is unable to file such a motion by that date, he is **ORDERED** to file a written status report by **NOVEMBER 16, 2018**, detailing the status of his discovery and explaining in detail why a specifically-identified requested extension is warranted.

    **IT IS SO ORDERED.**

Date: October 2, 2018                                                    */s/ Elizabeth A. Preston Deavers*
                                                                                 ELIZABETH A. PRESTON DEAVERS
                                                                                 UNITED STATES MAGISTRATE JUDGE