# EXHIBIT 3

### DECLARATION OF JOHN J. ZAPPITELLI

1.      My name is John J. Zappitelli.  I am an adult over the age of eighteen, have never been convicted of a crime, and am competent to make this declaration.  I am a resident of the State of Ohio.

2.      I am a certified public accountant.  I am also the founder and at all relevant times served as the President of John J. Zappitelli, CPA, Inc. ("Zappitelli CPA").  I make this declaration in my personal capacity and as a representative of Zappitelli CPA.

3.      Mr. Gregory Mark Anglin ("Greg Anglin") has been a client of Zappitelli CPA for more than twenty years.  Zappitelli CPA has performed accounting services for Greg Anglin in the past, including but not limited to preparing:  (1) Mr. Greg Anglin's income taxes; and (2) draft forms for the establishment of business entities with the Ohio Secretary of State.

4.      In late 2015 or early 2016, Greg Anglin contacted Zappitelli CPA for assistance establishing an entity called Moonbase Holdings, LLC ("Moonbase"), an Ohio domestic, for profit limited liability corporation.  I have reviewed a copy of Moonbase's Articles of Organization, which is available on the Ohio Secretary of State's website and is attached as **Exhibit A**.

   a.      At Greg Anglin's request, Zappitelli CPA, through its Assistant Secretary and employee, Mrs. Karen Zappitelli, assisted Greg Anglin with establishing an Employer Identification Number ("EIN") for Moonbase through the U.S. Internal Revenue Service ("IRS").  At Greg Anglin's instruction, Mrs. Zappitelli listed Mr. Andrew B. Anglin ("Andrew Anglin") as the sole member of Moonbase when applying for the EIN number.  On July 18, 2016, the IRS issued EIN # 81-3271053 to Moonbase.  A copy of the letter received from the IRS assigning Moonbase's EIN is attached hereto as Exhibit B.

b.      At Greg Anglin's request, after assignment of the EIN, ~~I drafted~~ JJ2

~~Moonbase's Articles of Organization.~~  We obtained form documents for Articles of

Organization from the Ohio Secretary of State's website.  These were given to Greg Anglin

and he was shown where to sign and to mail by Karen Zappitelli.  Greg Anglin handled the

signing, mailing, and payment himself.

c.      The Ohio Secretary of State issued a Certificate acknowledging

Moonbase's Articles of Organization on September 2, 2016.  *See* **Exhibit A**.  The Receipt

was directed to Moonbase, care of Mrs. Zappitelli at Zappitelli CPA's former business

address:  5271 Norwich Street, Hilliard, OH 43026.  Although Zappitelli CPA was not

involved with filing Moonbase's Articles of Organization, it is common practice for

Zappitelli CPA to receive and maintain copies of our customer's business records, in this

case Greg Anglin's.

5.      On December 1, 2016, I understand that a Trade Name Registration was filed with

the Ohio Secretary of State on Moonbase's behalf.  A copy of that Trade Name Registration, which

is available on the Ohio Secretary of State's website, is attached as **Exhibit C**.  Neither I nor

Zappitelli CPA had any involvement with drafting or filing that Trade Name Registration, nor did

we have any communication with Greg Anglin or Andrew Anglin in regard to that Trade Name

Registration.

6.      In or around January 2018, I understand that Greg Anglin contacted Zappitelli CPA,

by and through its Assistant Secretary and employee, Mrs. Zappitelli, to discuss a draft Agent

Address Change for Moonbase.  I understand that the Ohio Secretary of State issued a Certificate

acknowledging Moonbase's Agent Address Change on January 16, 2018.  A copy of that Agent

Address Change, which is available on the Ohio Secretary of State's website, is attached as Exhibit D.

      a.     Other than Mrs. Zappitelli's single phone conversation with Greg Anglin regarding the draft Agent Address Change, neither I nor Zappitelli CPA were involved with drafting or filing the Agent Address Change with the Ohio Secretary of State, nor did we have any further communication with Greg Anglin, and we never had any communication with Andrew Anglin, in regard to the Agent Address Change.

      b.     The Agent Address Change represents that it was executed by "Zappitelli CPA Inc."[1] as an "authorized representative" of Moonbase, and was signed by Mrs. Zappitelli on behalf of "Zappitelli CPA Inc." I serve as the President of Zappitelli CPA and Mrs. Zappitelli serves as its Assistant Secretary. There are no other persons authorized to sign on behalf of Zappitelli CPA.

      i.     Neither I nor any other employee, officer, or agent of Zappitelli CPA has served, or currently serves, as an "authorized representative" of Moonbase.

      ii.     Neither I nor any other employee, officer, or agent of Zappitelli CPA authorized any third party, including but not limited to Greg Anglin, to execute the Agent Address Change discussed above on Zappitelli CPA's behalf.

      c.     The Ohio Secretary of State directed the Receipt for the Agent Address Change discussed above to Moonbase, courtesy of Mrs. Zappitelli at Zappitelli CPA's former business address: 5271 Norwich Street, Hilliard, OH 43026. This is unusual because Zappitelli CPA relocated to 5275 Norwich Street, Hilliard, OH 43026 on

---

[1]     This appears to be a reference to "Zappitelli CPAs, Inc.," a name under which "Jon J. Zappitelli, CPA, Inc." is authorized to do business in the State of Ohio.

September 13, 2017, approximately four months prior to the Ohio Secretary of State's issuance of the Certificate regarding the Agent Address Change.

7.      Other than the events described in ¶¶ 4 and 6 of this Declaration (and the subparts thereto), neither I nor Zappitelli CPA have performed any services relating to Moonbase.

8.      I have learned that Greg Anglin's son, Andrew B. Anglin, is associated with the website *The Daily Stormer*.  Neither I nor Zappitelli CPA has had, or currently has, any communication, association, or relationship with Andrew B. Anglin or *The Daily Stormer*.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on November ___7___, 2018.

John J. Zappitelli

# EXHIBIT A



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|------|-------------|-------------|--------|-------|---------|------|------|
| 09/10/2016 | 201625400014 | DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG (LCP) | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Receipt

This is not a bill. Please do not remit payment.

MOONBASE HOLDINGS, LLC
KAREN ZAPPITELLI
5271 NORWICH STREET
HILLIARD, OH 43026

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

3938347

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**MOONBASE HOLDINGS, LLC**

and, that said business records show the filing and recording of:

Document(s)                                                      Document No(s):

**DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG**      201625400014
**Effective Date:  09/02/2016**



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 10th day of September, A.D. 2016.

*Jon Husted*

**Ohio Secretary of State**



Form 533A Prescribed by:

# JON HUSTED
## OHIO SECRETARY OF STATE

Toll Free: (877) SOS-FILE (877-767-3453)
Central Ohio: (614) 466-3910

www.OhioSecretaryofState.gov
busserv@OhioSecretaryofState.gov

File online or for more information: www.OHBusinessCentral.com

**Mail this form to one of the following:**

Regular Filing (non expedite)
P.O. Box 670
Columbus, OH 43216

Expedite Filing (two business day processing time.
Requires an additional $100.00)
P.O. Box 1390
Columbus, OH 43216

2016 SEP -2 AM 8: 47

# Articles of Organization for a Domestic Limited Liability Company
### Filing Fee: $99
### Form Must Be Typed

## CHECK ONLY ONE (1) BOX

(1) ☒ Articles of Organization for Domestic
For-Profit Limited Liability Company
(115-LCA)

(2) ☐ Articles of Organization for Domestic
Nonprofit Limited Liability Company
(115-LCA)

Name of Limited Liability Company | Moonbase Holdings, LLC

Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd., "or "ltd"

Effective Date
**(Optional)**

mm/dd/yyyy

(The legal existence of the limited liability company begins upon the filing of the articles or on a later date specified that is not more than ninety days after filing)

This limited liability company shall exist for
**(Optional)**

Period of Existence

Purpose
**(Optional)**

**\*\*Note for Nonprofit LLCs**
The Secretary of State does not grant tax exempt status. Filing with our office is not sufficient to obtain state or federal tax exemptions. Contact the Ohio Department of Taxation and the Internal Revenue Service to ensure that the nonprofit limited liability company secures the proper state and federal tax exemptions. These agencies may require that a purpose clause be provided.

Form 533A      Page 1 of 3      Last Revised: 9/24/2015

# ORIGINAL APPOINTMENT OF AGENT

The undersigned authorized member(s), manager(s) or representative(s) of

Moonbase Holdings, LLC

Name of Limited Liability Company

hereby appoint the following to be Statutory Agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served. The name and address of the agent is

Andrew B. Anglin

Name of Agent

6827 N High Street STE 121

Mailing Address

| Worthington | Ohio | 43085 |
|---|---|---|
| City | State | ZIP Code |

# ACCEPTANCE OF APPOINTMENT

The undersigned, Andrew B. Anglin named herein as the statutory agent

Statutory Agent Name

for Moonbase Holdings, LLC

Name of Limited Liability Company

hereby acknowledges and accepts the appointment of agent for said limited liability company

Statutory Agent Signature X _____

Individual Agent's Signature / Signature on Behalf of Business Serving as Agent

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Articles and original appointment of agent must be signed by a member, manager or other representative.

Signature

By (if applicable)

Andrew B. Anglin

Print Name

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

# EXHIBIT B

 DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  07-18-2016

Employer Identification Number:
81-3271053

Form:  SS-4

Number of this notice:  CP 575 G

MOONBASE HOLDINGS LLC
ANDREW B ANGLIN SOLE MBR
6827 N HIGH ST STE 121
WORTHINGTON, OH  43085

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 81-3271053.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

     When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

     A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

     To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

   *  Keep a copy of this notice in your permanent records.  **This notice is issued only
      one time and the IRS will not be able to generate a duplicate copy for you.**  You
      may give a copy of this document to anyone asking for proof of your EIN.

   *  Use this EIN and your name exactly as they appear at the top of this notice on all
      your federal tax forms.

   *  Refer to this EIN on your tax-related correspondence and documents.

     If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

     Your name control associated with this EIN is MOON.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

     Thank you for your cooperation.

# EXHIBIT C



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 01/10/2017 | 201700502616 | TRADE NAME REGISTRATION (RNO) | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

GREG MARK ANGLIN
6827 N HIGH STREET
SUITE 121
WORTHINGTON, OH 43085

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Jon Husted
#### 3976203

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**ANDREW ANGLIN**

and, that said business records show the filing and recording of:

Document(s)                                                                  Document No(s):
**TRADE NAME REGISTRATION**                                                  **201700502616**
                        Effective Date:   01/05/2017

Date of First Use:        07/04/2014              MOONBASE HOLDINGS, LLC
                                                  6827 N HIGH STREET SUITE 121
Expiration Date:          01/05/2022              WORTHINGTON, OH 43085

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio this
10th day of January, A.D. 2017.

*Jon Husted*

United States of America
State of Ohio
Office of the Secretary of State

**Ohio Secretary of State**



**Form 534A Prescribed by:**
**JON HUSTED**
**Ohio Secretary of State**

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
*www.OhioSecretaryofState.gov*
*Busserv@OhioSecretaryofState.gov*

Date Electronically Filed: 1/5/2017

# Name Registration
## Filing Fee: $39

**CHECK ONLY ONE (1) Box**

☒ Trade Name
(167-RNO)  Date of first use: 7/4/2014
MM/DD/YYYY

☐ Fictitious Name
(169-NFO)

ANDREW ANGLIN
Name being Registered or Reported

MOONBASE HOLDINGS, LLC
Name of the Registrant

**Note: If the registrant is a partnership, please provide the name of the partnership. Individual partner names are not permitted but are required on page 2 of the form.**

Registrant's Entity Number (if registered with Ohio Secretary of State): 3938347

**All registrants must complete the information in this section**

The general nature of business conducted by the registrant:

Author (books, articles, blog)

Business address:

6827 N HIGH STREET SUITE 121
Mailing Address

WORTHINGTON          OH          43085
City                 State       ZIP Code

Form 534A          Page 1 of 2          Last Revised: 8/12/2015

**Complete the information  in this section if registrant is a partnership NOT registered in Ohio pursuant to ORC 1776, if partnership is registered, provide registration number on page one.**

Provide the name and address of <u>at least one</u> general partner:

Name                                                 Address

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

---

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Application must be signed by the registrant or an authorized representative.

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

MOONBASE HOLDINGS

Signature

GREG ANGLIN

By (if applicable)

Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

# EXHIBIT D



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|------|-------------|-------------|--------|-------|------|------|
| 01/17/2018 | 201801700160 | AGENT ADDRESS CHANGE (LAD) | 25.00 | 300.00 | 0.00 | 0.00 |

### Receipt
This is not a bill. Please do not remit payment.

MOONBASE HOLDINGS LLC
KAREN ZAPPITELLI
5271 NORWICH ST
HILLIARD, OH 43206

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

**3938347**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**MOONBASE HOLDINGS, LLC**

and, that said business records show the filing and recording of:

Document(s)                                          Document No(s):
**AGENT ADDRESS CHANGE**                             **201801700160**

Effective Date: 01/16/2018



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 17th day of January, A.D. 2018.

*Jon Husted*

**Ohio Secretary of State**

Form 521 Prescribed by:

# JON HUSTED
## Ohio Secretary of State



Toll Free: (877) SOS-FILE  (877-767-3453)
Central Ohio: (614) 466-3910

www.OhioSecretaryofState.gov
busserv@OhioSecretaryofState.gov

File online or for more information: www.OHBusinessCentral.com

| Mail this form to one of the following: |
| --- |
| Regular Filing (non expedite)<br>P.O. Box 788<br>Columbus, OH  43216 |
| Expedite Filing (Two business day processing time.<br>Requires an additional $100.00)<br>P.O. Box 1390<br>Columbus, OH  43216 |

## Statutory Agent Update
## Filing Fee: $25

### (CHECK ONLY ONE(1) BOX)

| (1) Subsequent Appointment of Agent | (2) Change of Address of an Agent | (3) Resignation of Agent |
| --- | --- | --- |
| ☐ Corp (165-AGS) | ☐ Corp (145-AGA) | ☐ Corp (155-AGR) |
| ☐ LP (165-AGS) | ☐ LP (145-AGA) | ☐ LP (155-AGR) |
| ☐ LLC (171-LSA) | ☒ LLC (144-LAD) | ☐ LLC (153-LAG) |
| ☐ Business Trust (171-LSA) | ☐ Business Trust (144-LAD) | ☐ Partnership (153-LAG) |
| ☐ Real Estate Investment Trust (171-LSA) | ☐ Real Estate Investment Trust (144-LAD) | ☐ Business Trust (153-LAG) |
| | | ☐ Real Estate Investment Trust (153-LAG) |

Name of Entity  Moonbase Holdings, LLC

Charter, License or Registration No. 3938347

Name of Current Agent  Andrew Anglin

### Complete the information in this section if box (1) is checked

Name and Address of New Agent

Name of Agent

Mailing Address

City          State          ZIP Code

**Complete the information in this section if box (1) is checked and business is an Ohio entity**

### ACCEPTANCE OF APPOINTMENT FOR DOMESTIC ENTITY'S AGENT

The Undersigned, _____, named herein as the
Name of Agent

statutory agent for _____, hereby acknowledges
Name of Business Entity

and accepts the appointment of statutory agent for said entity.

Signature: _____

Individual Agent's Signature/Signature on behalf of Business Serving as Agent

---

**Complete the information in this section if box (2) is checked**

New Address of Agent | PO Box 208
Mailing Address

| Worthington | OH | 43085 |
| City | State | ZIP Code |

---

**Complete the information in this section if box (3) is checked**

The agent of record for the entity identified on page 1 resigns as statutory agent.

Current or last known address of the entity's principal office where a copy of this Resignation of Agent was sent as of the date of filing or prior to the date filed.

_____
Mailing Address

| _____ | _____ | _____ |
| City | State | Zip Code |

---

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Agent update must be signed by an authorized representative (see instructions for specific information).

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

|  |
| --- |
| Signature |

|  |
| --- |
| By |

|  |
| --- |
| Print Name |

| Zappitelli CPA Inc. |
| --- |
| Signature |

| *Karen Zappitelli* |
| --- |
| By |

| Karen Zappitelli |
| --- |
| Print Name |