# EXHIBIT 4

## DECLARATION OF KAREN A. ZAPPITELLI

1. My name is Karen A. Zappitelli. I am an adult over the age of eighteen, have never been convicted of a crime, and am competent to make this declaration. I am a resident of the State of Ohio.

2. At all relevant times I was an employee and the Assistant Secretary of John J. Zappitelli, CPA, Inc. ("Zappitelli CPA"). I make this declaration in my personal capacity.

3. In late 2015 or early 2016, Gregory Mark Anglin ("Greg Anglin") contacted Zappitelli CPA for assistance establishing an entity called Moonbase Holdings, LLC ("Moonbase"), an Ohio domestic, for profit limited liability corporation. Greg Anglin has been a client of Zappitelli CPA for more than 20 years. I have reviewed a copy of Moonbase's Articles of Organization, which is available on the Ohio Secretary of State's website and is attached as **Exhibit A**.

    a. To complete Greg Anglin's request, I sought to establish an Employer Identification Number ("EIN") for Moonbase through the U.S. Internal Revenue Service ("IRS"). On July 18, 2016, the IRS issued EIN # 81-3271053 to Moonbase. A copy of the letter received from the IRS assigning Moonbase's EIN is attached hereto as **Exhibit B**.

    b. Greg Anglin directed me to submit the EIN application on behalf of: Moonbase Holdings, LLC, Andrew B Anglin Sole MBR, 6827 N High St Ste 121, Worthington, OH 43085.

    c. The Ohio Secretary of State issued a Certificate acknowledging Moonbase's Articles of Organization on September 2, 2016. *See* **Exhibit A**. The Receipt was directed to Moonbase, courtesy of me, at Zappitelli CPA's former business address: 5271 Norwich Street, Hilliard, OH 43026. Although Zappitelli CPA was not involved with

Page **1** of **3**

filing Moonbase's Articles of Organization, it is common practice for clients to direct their business filings to me at Zappitelli CPA so we can receive and maintain copies of those records.

4. In or around January 2018, Greg Anglin contacted me to discuss a draft Agent Address Change for Moonbase. Greg Anglin stated that he intended to file an Agent Address Change for Moonbase with the Ohio Secretary of State and inquired whether he could list my name and address for receipt of service on Moonbase's behalf. I agreed because, as explained above in ¶ 3(c), it is not uncommon for Zappitelli CPA to accept mailings on behalf of its clients, in this case Greg Anglin. Greg Anglin and I did not discuss the contents of the proposed Agent Address Change, and he never provided me with a draft of that form.

    a. I understand that the Ohio Secretary of State issued a Certificate acknowledging Moonbase's Agent Address Change on January 16, 2018. A copy of that Agent Address Change, which is available on the Ohio Secretary of State's website, is attached as Exhibit C. I have reviewed the as-filed Agent Address Change.

    b. The as-filed Agent Address Change represents that I executed the form for Zappitelli CPA, and that Zappitelli CPA is an "authorized representative" of Moonbase. I did not sign the Agent Address Change. I also did not authorize any third party, including but not limited to Greg Anglin, to represent Zappitelli CPA as an "authorized representative" of Moonbase. I first reviewed the as-filed Agent Address Change in early October 2018. Until that time, I was unaware that what purported to be my signature had been used to represent Zappitelli CPA as an "authorized representative" of Moonbase and file the Agent Address Change.

c.  The Receipt for the as-filed Agent Address Change was directed to Moonbase, courtesy of me, at Zappitelli CPA's former business address: 5271 Norwich Street, Hilliard, OH 43026. This is unusual because Zappitelli CPA relocated to 5275 Norwich Street, Hilliard, OH 43026 on September 13, 2017, approximately four months prior to the Ohio Secretary of State's issuance of the Certificate regarding the Agent Address Change.

5.  Other than the events described in ¶¶ 3 and 4 of this Declaration (and the subparts thereto), I have never performed any services involving Moonbase.

6.  I have learned that Greg Anglin's son, Andrew B. Anglin, is associated with the website *The Daily Stormer*. I have never had, and do not currently have, any communication, association, or relationship with Andrew B. Anglin or *The Daily Stormer*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 7, 2018.

_____
Karen A. Zappitelli

# EXHIBIT A



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|------|-------------|-------------|--------|-------|---------|------|------|
| 09/10/2016 | 201625400014 | DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG (LCP) | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Receipt
This is not a bill. Please do not remit payment.

MOONBASE HOLDINGS, LLC
KAREN ZAPPITELLI
5271 NORWICH STREET
HILLIARD, OH 43026

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**
3938347

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**MOONBASE HOLDINGS, LLC**

and, that said business records show the filing and recording of:

Document(s)                                                      Document No(s):
**DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG**                    201625400014
          Effective Date:  09/02/2016

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 10th day of September, A.D. 2016.

*Jon Husted*

**Ohio Secretary of State**

United States of America
State of Ohio
Office of the Secretary of State

DOC ID ----> 201625400014
Case: 2:17-cv-00720-EAS-EPD Doc #: 46-5 Filed: 11/16/18 Page: 7 of 16 PAGEID #: 881



Form 533A Prescribed by:

**JON HUSTED**
OHIO SECRETARY OF STATE

Toll Free: (877) SOS-FILE (877-767-3453)
Central Ohio: (614) 466-3910

www.OhioSecretaryofState.gov
busserv@OhioSecretaryofState.gov

File online or for more information: www.OHBusinessCentral.com

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 670
Columbus, OH 43216

Expedite Filing (Two business day processing time.
Requires an additional $100.00)
P.O. Box 1390
Columbus, OH 43216

2016 SEP -2 AM 8:47

# Articles of Organization for a Domestic Limited Liability Company
Filing Fee: $99
Form Must Be Typed

**CHECK ONLY ONE (1) BOX**

(1) ☒ Articles of Organization for Domestic For-Profit Limited Liability Company (115-LCA)

(2) ☐ Articles of Organization for Domestic Nonprofit Limited Liability Company (115-LCA)

Name of Limited Liability Company: Moonbase Holdings, LLC

Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd.," or "ltd"

Effective Date (Optional) _____ mm/dd/yyyy

(The legal existence of the limited liability company begins upon the filing of the articles or on a later date specified that is not more than ninety days after filing)

This limited liability company shall exist for (Optional) _____ Period of Existence

Purpose (Optional)

**Note for Nonprofit LLCs

The Secretary of State does not grant tax exempt status. Filing with our office is not sufficient to obtain state or federal tax exemptions. Contact the Ohio Department of Taxation and the Internal Revenue Service to ensure that the nonprofit limited liability company secures the proper state and federal tax exemptions. These agencies may require that a purpose clause be provided.

Form 533A  Page 1 of 3  Last Revised: 9/24/2015

# ORIGINAL APPOINTMENT OF AGENT

The undersigned authorized member(s), manager(s) or representative(s) of

| Moonbase Holdings, LLC |

Name of Limited Liability Company

hereby appoint the following to be Statutory Agent upon whom any process, notice or demand required or permitted by statute to be served upon the limited liability company may be served. The name and address of the agent is

| Andrew B. Anglin |

Name of Agent

| 6827 N High Street STE 121 |

Mailing Address

| Worthington | | Ohio | | 43085 |

City | State | ZIP Code

# ACCEPTANCE OF APPOINTMENT

The undersigned, | Andrew B. Anglin | named herein as the statutory agent

Statutory Agent Name

for | Moonbase Holdings, LLC |

Name of Limited Liability Company

hereby acknowledges and accepts the appointment of agent for said limited liability company

Statutory Agent Signature | X [signature] |

Individual Agent's Signature / Signature on Behalf of Business Serving as Agent

---

Form 533A                          Page 2 of 3                          Last Revised: 9/24/2015

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Articles and original appointment of agent must be signed by a member, manager or other representative.

X _[signature]_
/Signature

By (if applicable)

Andrew B. Anglin
Print Name

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

# EXHIBIT B



```
IRS DEPARTMENT OF THE TREASURY
    INTERNAL REVENUE SERVICE
    CINCINNATI  OH    45999-0023
```

Date of this notice:  07-18-2016

Employer Identification Number:
81-3271053

Form:  SS-4

Number of this notice:  CP 575 G

MOONBASE HOLDINGS LLC
ANDREW B ANGLIN SOLE MBR
6827 N HIGH ST STE 121
WORTHINGTON, OH  43085

For assistance you may call us at:
1-800-829-4933


IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


              WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 81-3271053.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

     When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

     A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

     To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS**:

     *  Keep a copy of this notice in your permanent records.  **This notice is issued only
        one time and the IRS will not be able to generate a duplicate copy for you.**  You
        may give a copy of this document to anyone asking for proof of your EIN.

     *  Use this EIN and your name exactly as they appear at the top of this notice on all
        your federal tax forms.

     *  Refer to this EIN on your tax-related correspondence and documents.

     If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

     Your name control associated with this EIN is MOON.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

     Thank you for your cooperation.

# EXHIBIT C



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 01/17/2018 | 201801700160 | AGENT ADDRESS CHANGE (LAD) | 25.00 | 300.00 | 0.00 | 0.00 |

## Receipt
This is not a bill. Please do not remit payment.

MOONBASE HOLDINGS LLC
KAREN ZAPPITELLI
5271 NORWICH ST
HILLIARD, OH 43206

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Jon Husted
3938347

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**MOONBASE HOLDINGS, LLC**

and, that said business records show the filing and recording of:

Document(s)                                              Document No(s):
**AGENT ADDRESS CHANGE**                                 201801700160
Effective Date:   01/16/2018



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 17th day of January, A.D. 2018.

*Jon Husted*

**Ohio Secretary of State**

DOC ID ----> 201801700160

Form 521 Prescribed by:


**JON HUSTED**
Ohio Secretary of State

Toll Free: (877) SOS-FILE (877-767-3453)
Central Ohio: (614) 466-3910
www.OhioSecretaryofState.gov
busserv@OhioSecretaryofState.gov

File online or for more information: www.OHBusinessCentral.com

Mail this form to one of the following:
Regular Filing (non expedite)
P.O. Box 788
Columbus, OH 43216

Expedite Filing (Two business day processing time.
Requires an additional $100.00)
P.O. Box 1390
Columbus, OH 43216

## Statutory Agent Update
## Filing Fee: $25

**(CHECK ONLY ONE(1) BOX)**

**(1) Subsequent Appointment of Agent**
☐ Corp (165-AGS)
☐ LP (165-AGS)
☐ LLC (171-LSA)
☐ Business Trust (171-LSA)
☐ Real Estate Investment Trust (171-LSA)

**(2) Change of Address of an Agent**
☐ Corp (145-AGA)
☐ LP (145-AGA)
☒ LLC (144-LAD)
☐ Business Trust (144-LAD)
☐ Real Estate Investment Trust (144-LAD)

**(3) Resignation of Agent**
☐ Corp (155-AGR)
☐ LP (155-AGR)
☐ LLC (153-LAG)
☐ Partnership (153-LAG)
☐ Business Trust (153-LAG)
☐ Real Estate Investment Trust (153-LAG)

Name of Entity: Moonbase Holdings, LLC

Charter, License or Registration No. 3938347

Name of Current Agent: Andrew Anglin

**Complete the information in this section if box (1) is checked**

Name and Address of New Agent

Name of Agent:

Mailing Address:

City | State | ZIP Code

Form 521 | Page 3 of 7 | Last Revised: 05/14/2014

| Complete the information in this section if box (1) is checked and business is an Ohio entity |
|---|

### ACCEPTANCE OF APPOINTMENT FOR DOMESTIC ENTITY'S AGENT

The Undersigned, _Name of Agent_, named herein as the statutory agent for _Name of Business Entity_, hereby acknowledges and accepts the appointment of statutory agent for said entity.

Signature: _____

Individual Agent's Signature/Signature on behalf of Business Serving as Agent

| Complete the information in this section if box (2) is checked |
|---|

New Address of Agent

PO Box 208
Mailing Address

| Worthington | OH | 43085 |
|---|---|---|
| City | State | ZIP Code |

| Complete the information in this section if box (3) is checked |
|---|

The agent of record for the entity identified on page 1 resigns as statutory agent.

Current or last known address of the entity's principal office where a copy of this Resignation of Agent was sent as of the date of filing or prior to the date filed.

_____
Mailing Address

| | | |
|---|---|---|
| City | State | Zip Code |

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**

Agent update must be signed by an authorized representative (see instructions for specific information).

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

| | |
|---|---|
| | Signature |
| | By |
| | Print Name |
| Zappitelli CPA Inc. | Signature |
| *Karen Zappitelli* (signature) | By |
| Karen Zappitelli | Print Name |