# EXHIBIT 5

```
 1                    GREGORY ANGLIN
 2          IN THE UNITED STATES DISTRICT COURT
 3          FOR THE SOUTHERN DISTRICT OF OHIO
 4                   EASTERN DIVISION
 5   - - - - - - - - - - - - - - - - - - - - - - - -
     DEAN OBEIDALLAH,                )
 6                                   )
              Plaintiff,             )
 7                                   )
        vs.                          ) Case No.
 8                                   )
     ANDREW B. ANGLIN, et al.,       ) 2:17 CV 720
 9                                   )
              Defendants.            )
10   - - - - - - - - - - - - - - - - - - - - - - - -
11              Wednesday, October 31, 2018
12
13
14           DEPOSITION OF GREGORY ANGLIN
15
     - - - - - - - - - - - - - - - - - - - - - - - -
16
                   Jackie Olexa White
17
                 Registered Merit Reporter
18
     - - - - - - - - - - - - - - - - - - - - - - - -
19
20
21
22
23
24
25   Job No. 150002
```

GREGORY ANGLIN

1

2   asked -- he told me he had a subpoena.  I said, can          09:00:49

3   you meet at my office in an hour, and he said yes,          09:00:52

4   and we did.          09:00:55

5   Q.        What is your office address?          09:00:56

6   A.        It's 6827 North High Street, Suite 121,          09:01:02

7   Worthington, Ohio.          09:01:06

8   Q.        Do you share that office space with          09:01:08

9   anybody?          09:01:09

10  A.        My particular office Suite?          09:01:13

11  Q.        Yes, sir, Suite 121.          09:01:15

12  A.        There are some other counselors there,          09:01:17

13  yes.          09:01:19

14  Q.        What business is resident at Suite 121?          09:01:19

15  A.        Well, there is an office psychiatric,          09:01:25

16  which is a counselor that is there.  There is Hope          09:01:29

17  Recovery, which is another counselor that's there,          09:01:36

18  and myself and some gentlemen that do some sort of          09:01:39

19  business consulting.          09:01:45

20  Q.        And do you know those gentlemen's business          09:01:47

21  name or personal name?          09:01:49

22  A.        Robert is the only thing I remember of his          09:01:51

23  name, yes.          09:01:53

24  Q.        Do you have any understanding as to what          09:01:54

25  type of business consulting occurs?          09:01:56

1                    GREGORY ANGLIN

2    not asking for any conversations between you and me.    09:04:13

3                    THE WITNESS:   Right.                    09:04:17

4    A.         I'm sorry, could you ask the question one    09:04:23

5    more time?                                              09:04:25

6    Q.         I would like to understand what efforts      09:04:25

7    you undertook to identify whether or not you            09:04:27

8    possessed documents responsive to the five requests     09:04:30

9    detailed in Exhibit 1.                                  09:04:33

10   A.         Well, I carefully read them, and it was my   09:04:34

11   understanding I did not have any copies of anything     09:04:40

12   that had been requested.                                09:04:42

13   Q.         Do you maintain files related to your        09:04:46

14   businesses at the Suite 121 address we spoke about      09:04:49

15   earlier?                                                09:04:54

16   A.         No, I do not.                                09:04:54

17   Q.         Where do you maintain documents related to   09:04:55

18   your businesses?                                        09:04:58

19   A.         At my personal residence.                    09:04:58

20   Q.         Do you use email for your business?          09:05:03

21   A.         Well, I'm retired, so I don't really do      09:05:06

22   much business.                                          09:05:10

23   Q.         Have you ever used email related to your     09:05:12

24   businesses in the last five years?                      09:05:15

25   A.         I mean, I'm sure I've sent some emails.  I    09:05:23

GREGORY ANGLIN

1

2    don't really use email much.  It's not really my          09:05:26

3    thing.                                                    09:05:30

4    Q.       Understood.  Do you have an email address?       09:05:30

5    A.       Yes, I do.                                       09:05:32

6    Q.       What is that?                                    09:05:33

7    A.         It's G R E G O R Y M A R K A N G L I           09:05:33

8    N@yahoo.                                                  09:05:39

9    Q.       And did you review the emails sent or            09:05:42

10   received from that address in connection with the        09:05:46

11   subpoena?                                                 09:05:49

12   A.       I'm not sure I understand what you're            09:05:52

13   asking.  I'm sorry.                                       09:05:54

14   Q.       As part of the efforts to respond to the        09:05:55

15   subpoena, did you log into your email account and        09:05:57

16   determine whether or not there's any emails,             09:06:00

17   correspondence, documents, responsive to the subpoena   09:06:02

18   in your email inbox?                                      09:06:05

19   A.       Oh, yes, I did check my email.                   09:06:07

20   Q.       When did you do that?                            09:06:09

21   A.       After I received the subpoena.                   09:06:10

22   Q.       And that analysis revealed that there were      09:06:14

23   no documents responsive?                                  09:06:17

24   A.       None at all, no.                                 09:06:18

25   Q.       Did you talk to any person you worked with      09:06:23

```
 1                    GREGORY ANGLIN

 2    in your business to look for responsive documents?     09:06:27

 3    A.          When you say my business, I'm not sure      09:06:34

 4    what you're asking.                                     09:06:36

 5    Q.          I believe you said earlier that you work    09:06:38

 6    in the counseling business?                             09:06:40

 7    A.          I'm sorry, I retired about five years ago,  09:06:42

 8    so I don't do any counseling.                           09:06:46

 9    Q.          Do you still maintain an office address?    09:06:48

10    A.          I get my mail sent to the office, my        09:06:51

11    personal mail.                                          09:06:53

12    Q.          Do you have office space at Suite 121?      09:06:54

13    A.          No, I do not.                               09:06:57

14    Q.          Do you ever visit that location?            09:06:58

15    A.          To pick up my mail, yes.                    09:07:00

16    Q.          For any other reason?                       09:07:01

17    A.          No, I don't think so.                       09:07:08

18    Q.          Do you pay monthly rental?                  09:07:10

19    A.          Yes, I do.                                  09:07:13

20    Q.          And what do you understand that payment to  09:07:15

21    represent?  Why are you paying rent?                    09:07:18

22    A.          Well, because I'm still on a lease for      09:07:21

23    another 18 months.                                      09:07:23

24    Q.          Do you have any possessions at that         09:07:27

25    location?                                               09:07:29
```

1                    GREGORY ANGLIN

2    Q.        Do you know of any bank accounts Moonbase    09:13:04

3    Holdings uses?                                          09:13:07

4    A.        No, I do not.                                 09:13:08

5    Q.        Do you know if Moonbase -- I'll just call     09:13:12

6    it Moonbase, but you'll know that I'm referring to      09:13:15

7    the entity Moonbase Holdings, LLC, is that fair?        09:13:19

8    A.        Yes, sir.                                     09:13:23

9    Q.        Do you know if Moonbase has any financial     09:13:23

10   obligations?  Has it taken out any loans?  Has it       09:13:25

11   bought any property?                                    09:13:28

12   A.        I don't know.                                 09:13:29

13   Q.        Do you know if Moonbase is still in           09:13:32

14   existence today?                                        09:13:36

15   A.        I do not know.                                09:13:38

16   Q.        Have you ever spoken to your son about        09:13:39

17   Moonbase after that initial conversation where he       09:13:41

18   told you he was going to set it up?                     09:13:44

19   A.        I don't recall ever talking to him about      09:13:53

20   it, no.                                                 09:13:54

21   Q.        You talked to him initially when he told      09:13:58

22   you he was going to create it, correct?                 09:14:00

23   A.        He told me he was going to create it, yes.    09:14:04

24   Q.        And it's your testimony that after that       09:14:07

25   date and time, you never spoke to him about it again?   09:14:09

Page 22

GREGORY ANGLIN

1

2    A.        Okay.  Thank you.  When I asked him to --        09:15:45

3    he wanted to set up a post office box, and he -- I'm        09:15:59

4    trying to remember the details of it.  He wanted to        09:16:10

5    establish a post office box, and he set it up under        09:16:15

6    Andrew Anglin.  And I think there was some connection        09:16:22

7    between those, but I'm really not sure.        09:16:26

8    Q.        And what involvement, if any, did you have        09:16:28

9    in the setting up of a post office box?        09:16:30

10   A.        I filled out the application for the        09:16:34

11   postal service for his post office box.        09:16:35

12   Q.        Why did you do that?        09:16:39

13   A.        Because being out of the country at the        09:16:40

14   time, he was unable to set up a post office box, and        09:16:43

15   I told him I would do it for him.        09:16:48

16   Q.        And did you have any understanding        09:16:50

17   regarding the purpose of setting up a post office        09:16:52

18   box?        09:16:54

19   A.        For him to send his personal mail.        09:16:58

20   Q.        Other than that understanding, did you        09:17:08

21   have any other awareness as to why he needed a post        09:17:09

22   office box?        09:17:13

23   A.        I don't believe I did.        09:17:19

24   Q.        Okay.  Had you assisted him, prior to the        09:17:20

25   creation of the post office box, had you ever        09:17:23

1                      GREGORY ANGLIN

2   assisted him with securing mail?                    09:17:26

3   A.          Yes, I had, at -- well, when he began   09:17:29

4   traveling in his 20's, he started using my office   09:17:35

5   address as his mailing address.                     09:17:41

6   Q.          And is this the address we discussed    09:17:43

7   earlier, Suite 121, 6827?                           09:17:46

8   A.          That's correct.                         09:17:49

9   Q.          And did you give him permission to do   09:17:50

10  that?                                               09:17:52

11  A.          I gave him permission to have his personal  09:17:54

12  mail directed to my post office box -- to my office,  09:17:57

13  yes.                                                09:18:01

14  Q.          And how would he retrieve it from the   09:18:02

15  office?                                             09:18:04

16  A.          Well, there wasn't a lot of mail, but when  09:18:08

17  he came in town, I guess he would get it.  But there  09:18:11

18  really wasn't much.                                 09:18:15

19  Q.          When you would pick up your mail at Suite  09:18:17

20  121, did you also pick up his mail?                 09:18:20

21  A.          Yes.                                    09:18:24

22  Q.          Okay.  And what did you do with it?     09:18:24

23  A.          With his personal mail?                 09:18:26

24  Q.          Yes, sir.                               09:18:27

25  A.          I'm trying to remember.  We're talking  09:18:48

Page 24

                        GREGORY ANGLIN

1

2    about his personal mail -- what mail are we talking      09:18:51

3    about exactly?  His personal mail?                       09:18:54

4    Q.      Other than personal mail directed to             09:18:57

5    Mr. Andrew Anglin what other type of mail was sent to    09:18:59

6    that address?                                            09:19:03

7    A.      Are we talking about the office address or       09:19:07

8    the post office box address, I'm sorry?                  09:19:09

9    Q.      Right now, sir, we're talking about Suite        09:19:11

10   121, 6827 North High Street.                             09:19:13

11   A.      Okay.  He received legal documents to that       09:19:17

12   address.  He received contributions sent to him.  I      09:19:20

13   don't know if they were contributions; probably the      09:19:30

14   wrong word.  Readers of the Daily Stormer would send     09:19:32

15   money to that address.                                   09:19:35

16   Q.      And I believe you testified earlier that         09:19:38

17   you would pick up this mail.  And my follow-up           09:19:40

18   question was:  What would you do with it after you       09:19:45

19   picked it up?                                            09:19:47

20   A.      If there were -- I would deposit it into         09:19:49

21   his bank account.                                        09:19:52

22   Q.      Okay.  And what bank is that?                    09:19:56

23   A.      ███████████████████                              09:19:57

24   Q.      And what is the name of the account              09:20:01

25   holder?                                                  09:20:02

Page 25

```
 1                    GREGORY ANGLIN

 2    A.        Andrew Anglin.                        09:20:04

 3    Q.        And do you have the account number?  09:20:06

 4    A.        I have it somewhere.  I don't know it.  09:20:10

 5    I'm sure I could retrieve it.                  09:20:14

 6              MR. QURESHI:  We would make a request for  09:20:16

 7    that information, please.                      09:20:17

 8              And what was the frequency with which you  09:20:21

 9    would make deposits on behalf of Mr. Andrew Anglin?  09:20:23

10    A.        It varied quite a lot.  Perhaps once a  09:20:33

11    month.                                         09:20:39

12    Q.        The address at the ████████ where you  09:20:43

13    would make the deposits, do you recall that?   09:20:45

14    A.        I don't.  It was normally -- well, there  09:20:48

15    were a couple ████ branches that are near my home.  09:20:50

16    So one of them would have been at Graceland Shopping  09:20:53

17    Center.  One of them would have been on  09:20:56

18    Dublin-Granville Road.                         09:21:00

19    Q.        The deposits you would make are in an  09:21:05

20    account held in Mr. Andrew Anglin's name, is that  09:21:08

21    correct?                                       09:21:11

22    A.        That's correct.                      09:21:12

23    Q.        Was there any business account associated  09:21:12

24    with the funds that you would receive?         09:21:14

25    A.        No.                                  09:21:17
```

Page 26

GREGORY ANGLIN

1

2   Q.        And I understand that you said it would --    09:21:20

3   the amounts would vary, the frequency would vary,       09:21:23

4   approximately once a month, is that correct?            09:21:26

5   A.        Yes.  Maybe not quite that often.             09:21:29

6   Q.        And going back in time how far?               09:21:32

7   A.        Probably five years.                          09:21:39

8   Q.        Roughly 2013, five years from today?          09:21:42

9   A.        Roughly, yes.                                 09:21:49

10  Q.        And what was the order of magnitude of the    09:21:50

11  deposits you would make on behalf of                    09:21:53

12  Mr. Andrew Anglin?                                      09:21:55

13  A.        I'm not sure I know what that means.          09:21:56

14  Q.        I'm just looking for the amounts, sir.        09:21:58

15  You said you would make deposits once a month,          09:22:00

16  roughly.  I'm trying to understand how big the          09:22:02

17  deposits were.                                          09:22:06

18  A.        Up until 2000 -- we're going way out of       09:22:10

19  the -- maybe $1,500 a month on average up until mid     09:22:16

20  2017, and then there was a spike in the deposits.       09:22:36

21  Q.        A spike increase?                             09:22:41

22  A.        Increase.                                     09:22:42

23  Q.        To what magnitude?                            09:22:43

24  A.        You know, I'm just not comfortable            09:22:47

25  guessing on that.  I mean, significantly more than a    09:22:49

Page 27

GREGORY ANGLIN

1

2  thousand dollars or $1,500 a month.                    09:22:52

3  Q.      Was it more than 10,000?                       09:22:55

4  A.      Yes.                                           09:22:56

5  Q.      More than 25,000?                              09:22:57

6  A.      You mean average a month?  I'm sorry.  Oh,     09:23:00

7  no, not average a month.                               09:23:02

8  Q.      What about an aggregate?                       09:23:04

9  A.      Again, I'm not sure what you're asking.        09:23:07

10  Q.      I'm just trying to get a sense of the          09:23:09

11  total amount of funds that were deposited into the    09:23:11

12  account at ███████████                                09:23:15

13  A.      Over what period?                             09:23:16

14  Q.      Since it started, from 2013 through the       09:23:18

15  present.  I believe you said for some time it was     09:23:20

16  about 1500 to a thousand dollars a month, but there   09:23:22

17  was a spike.  So I think I'm focused now on the       09:23:25

18  spike.  How much did it spike to?                     09:23:28

19  A.      If I had to guess an amount totally           09:23:35

20  deposited, it's a guess.  We're allowed to do that,   09:23:38

21  is that right?                                        09:23:42

22  Q.      I'm entitled to your best testimony.  If      09:23:43

23  you're telling me your best testimony is a guess, I   09:23:46

24  would like to know what that guess is.                09:23:48

25  A.      My guess would be the total deposits were     09:23:50

GREGORY ANGLIN

| | | |
|---|---|---|
| 1 | | |
| 2 | between -- let me just think for a moment.  My guess | 09:23:53 |
| 3 | would be between, over the five-year period, between | 09:24:03 |
| 4 | 100,000 and 125,000 would be my guess total deposits. | 09:24:07 |
| 5 | Q.       Bank statements for this particular | 09:24:14 |
| 6 | account, were they also sent to the Suite 121 | 09:24:16 |
| 7 | address? | 09:24:18 |
| 8 | A.       No, they were not. | 09:24:20 |
| 9 | Q.       Do you know where they were sent? | 09:24:21 |
| 10 | A.       No, I do not. | 09:24:23 |
| 11 | Q.       Did you have any signatory authority over | 09:24:24 |
| 12 | that account? | 09:24:26 |
| 13 | A.       No, I did not. | 09:24:26 |
| 14 | Q.       Other than depositing funds into the | 09:24:28 |
| 15 | account, did you do anything else with respect to the | 09:24:31 |
| 16 | account, sir? | 09:24:33 |
| 17 | A.       No, I did not. | 09:24:33 |
| 18 | Q.       Did you ever make any withdrawals? | 09:24:36 |
| 19 | A.       No, I did not. | 09:24:38 |
| 20 | Q.       Are you still engaging in this activity? | 09:24:41 |
| 21 | A.       No, I'm not. | 09:24:43 |
| 22 | Q.       When did it cease? | 09:24:45 |
| 23 | A.       I think my last deposit was sometime last | 09:24:51 |
| 24 | year. | 09:24:54 |
| 25 | Q.       Are you able to approximate when last | 09:24:55 |

Page 29

1                       GREGORY ANGLIN

2    year?  When you say last year, it's 2017?        09:24:57

3    A.        That's correct.                        09:25:00

4    Q.        Are you able to approximate when in 2017?  09:25:01

5    A.        My best guess would be my last deposit was  09:25:05

6    December of 2017.                                09:25:07

7    Q.        And I would like to focus in a little bit  09:25:11

8    of the particulars of the deposits.              09:25:13

9              ██████████  I'm sorry, just let me      09:25:16

10   interrupt.  You're talking still now about deposits  09:25:17

11   made into Andrew Anglin's personal account?  This has  09:25:20

12   nothing to do with Moonbase.                     09:25:24

13             MR. QURESHI:  Well, I'm trying to       09:25:25

14   understand the relationship between Mr. Anglin and  09:25:26

15   Mr. Moonbase (sic).  I believe he said Mr. Anglin set  09:25:29

16   up Moonbase.                                      09:25:32

17             ██████████  Right.  But I think to the  09:25:33

18   extent you're going further than the scope of the  09:25:33

19   court's order, I would just ask you to use caution  09:25:37

20   there.                                            09:25:40

21             MR. QURESHI:  I appreciate that.  Thank  09:25:41

22   you.                                              09:25:42

23   Q.        I would like to understand a little bit  09:25:43

24   about the nature of the funds that you deposited on  09:25:44

25   behalf of Mr. Andrew Anglin.  Was it cash or was it  09:25:48

Page 30

GREGORY ANGLIN

2    checks that were received at Suite 121?                    09:25:52

3    A.         There was both.                                 09:25:57

4    Q.         Would you say it was evenly split or was        09:25:59

5    there more checks or more cash?                            09:26:01

6    A.         I didn't really pay attention to that.  I       09:26:11

7    couldn't really say.                                       09:26:13

8    Q.         Did you notice any frequency in the people      09:26:15

9    who were sending checks?  Were there certain names         09:26:19

10   that seemed more regular than others?                      09:26:21

11   A.         I don't know that I really paid attention       09:26:28

12   to who was writing the checks.  I'm sure that there        09:26:29

13   were people that sent them regularly and people that       09:26:34

14   did not, but I didn't really pay attention to that.        09:26:36

15   Q.         So you're unable to identify any name that      09:26:39

16   might have appeared on any check that you deposited        09:26:41

17   over a five-year period?                                   09:26:44

18   A.         I deposited checks into his account             09:27:05

19   written from me.                                           09:27:08

20   Q.         Other than yourself, anybody else whose         09:27:11

21   name you might recall that appeared on a check?            09:27:14

22   A.         I don't recall any other names.                 09:27:17

23   Q.         Do you know if the checks were coming from      09:27:22

24   United States or were they coming from overseas?           09:27:24

25   A.         Both.                                           09:27:29

Page 31

1                        GREGORY ANGLIN

2    Q.          Did you ever deposit any foreign currency?    09:27:31

3    A.          I deposited foreign currency in to my         09:27:40

4    personal account and then wrote a check for whatever      09:27:44

5    amount that was into my son's personal account.           09:27:48

6    Q.          Okay.  Do you recall what foreign currency    09:27:53

7    you deposited into your own account and subsequently      09:27:56

8    wrote a check to your son's account?                      09:27:59

9    A.          The primary foreign courtesy would have       09:28:02

10   been pounds, but there were multiple foreign              09:28:03

11   currencies.                                               09:28:07

12   Q.          This is, again, over the five-year period,    09:28:08

13   2013 to roughly December of 2017?                         09:28:10

14   A.          That's correct.                               09:28:13

15   Q.          Were there occasions when you wrote checks    09:28:18

16   to Mr. Andrew Anglin's account other than those           09:28:20

17   instances in which foreign currency was received?         09:28:25

18   A.          There were sometimes that I did it with       09:28:31

19   United States currency as well.                           09:28:33

20   Q.          You would deposit the money received at       09:28:36

21   Suite 121 into your personal account, and then write      09:28:38

22   a check to Mr. Andrew Anglin for deposit in his           09:28:41

23   account?                                                  09:28:45

24   A.          That's correct.                               09:28:45

25   Q.          Okay.  Why did you do that?                   09:28:45

Page 32

```
 1                    GREGORY ANGLIN
 2   A.        Because  ████  changed their bank policy to      09:28:48
 3   where you could not deposit cash into their account        09:28:53
 4   unless you were the account holder.                        09:28:56
 5   Q.        When did that change occur?                      09:28:58
 6   A.        Maybe at the beginning of 2017.  I don't         09:29:10
 7   recall exactly.                                            09:29:12
 8   Q.        And the deposits that you made in to your        09:29:14
 9   own account, are those also at  ████  or is it some        09:29:16
10   other banking institution?                                 09:29:19
11   A.        That was a different banking institution.        09:29:24
12   Q.        What institution was it?                         09:29:26
13   A.        ████████████████                                 09:29:27
14   Q.        Let's turn back to Moonbase, sir.  Does          09:29:42
15   Moonbase maintain any financial records of which you       09:29:45
16   are aware?                                                 09:29:47
17   A.        Not of which I'm aware.                          09:29:49
18   Q.        Does it have any assets?                         09:29:51
19   A.        Not that I am aware of.                          09:29:54
20   Q.        You mentioned at some point that the name        09:29:57
21   Andrew Anglin was registered as a trade name; do you      09:30:00
22   recall that?                                               09:30:03
23   A.        Yes, I do.                                       09:30:03
24   Q.        What entity registered it?                       09:30:06
25   A.        I think Moonbase did, but I'm not certain        09:30:10
```

Page 34

1                      GREGORY ANGLIN

2    Q.        Have you had any discussions with        09:31:21

3    Mr. Andrew Anglin about the Daily Stormer?         09:31:23

4    A.        Yes.                                      09:31:28

5    Q.        Okay.  And what do you recall about those 09:31:29

6    discussions?                                        09:31:32

7    A.        Can you clarify your question a little    09:31:38

8    bit?  What kind of discussions are you asking about? 09:31:40

9    Q.        I'm trying to understand if you've spoken 09:31:42

10   to your son about this website and his role in it,  09:31:44

11   his involvement in it.  What has he told you about  09:31:47

12   it?  That is what I'm trying to get at.             09:31:50

13   A.        Well, he writes on the website about      09:31:56

14   issues and things that I guess are important to him. 09:32:00

15   Q.        And who funds the website?  Where does the 09:32:04

16   money for the website come?                         09:32:09

17   A.        I don't really know how he structures     09:32:12

18   that.                                               09:32:15

19   Q.        Have you ever spoken to him about that?   09:32:15

20   A.        I know that he gets bitcoin, but I don't  09:32:22

21   know anything about how that works.  He has mentioned 09:32:26

22   bitcoin before, though.                             09:32:30

23   Q.        And when did he mention bitcoin?          09:32:31

24   A.        I don't know.  Whenever bitcoin became a  09:32:34

25   thing.                                              09:32:36

Page 35

1                      GREGORY ANGLIN

2    Q.        But was it this year, 2018?          09:32:37

3    A.        No, maybe a year ago.  A year, year and a   09:32:41

4    half ago.                                      09:32:45

5    Q.        When is the last time you spoke with him?   09:32:46

6    A.        Just a few days ago.                  09:32:49

7    Q.        And what do you recall about that     09:32:51

8    conversation?                                  09:32:54

9    A.        Just catching up, dad stuff, told him I   09:32:56

10   was mad about having to come in today.         09:32:59

11   Q.        Was it a phone call?  Was it an in-person   09:33:01

12   meeting?                                       09:33:03

13   A.        Phone call.                          09:33:04

14   Q.        And where was he calling from?        09:33:04

15   A.        I don't know.                        09:33:06

16   Q.        Did you receive a call on your cell phone?   09:33:08

17   Did you receive a call on your home phone?  Where   09:33:10

18   were you when you received the call?           09:33:13

19   A.        It was my cell phone.                 09:33:15

20   Q.        Does your cell phone tell you the incoming   09:33:16

21   number?                                        09:33:19

22   A.        Yes.                                 09:33:19

23   Q.        And what was the incoming number?     09:33:19

24   A.        I don't recall.                       09:33:21

25   Q.        Was it an international number?        09:33:22

Page 44

GREGORY ANGLIN

1

2    A.        No -- I'm sorry, what is the question          09:42:59

3    again?                                                   09:43:02

4    Q.        Have you ever spoken to Miss Karen             09:43:02

5    Zappitelli about these Articles of Organization for a    09:43:05

6    Domestic Limited Liability Company that's reflected      09:43:07

7    in Exhibit 2?                                            09:43:10

8    A.        I'm not sure what the Articles of              09:43:11

9    Organization are.  Is that on this document?            09:43:13

10   Q.        Yes, sir.  If you turn to Page 2 of           09:43:17

11   Exhibit 2, you'll see that the title is Articles of     09:43:19

12   Organization for a Domestic Limited Liability           09:43:24

13   Company; do you see that, sir?                          09:43:27

14   A.        Yes.                                           09:43:29

15   Q.        Have you ever spoken to Miss Zappitelli        09:43:29

16   about this document?                                    09:43:31

17   A.        I don't recall.                                09:43:32

18   Q.        If you turn to Page 3, you'll notice the       09:43:32

19   signature at the bottom?                                09:43:38

20   A.        Yes.                                           09:43:38

21   Q.        Do you remember recognize that signature?      09:43:39

22   A.        No, I do not.                                  09:43:40

23   Q.        Do you know if that is your son's              09:43:41

24   signature, sir?                                         09:43:42

25   A.        I do not know.                                 09:43:43

Page 45

```
 1                    GREGORY ANGLIN

 2   Q.        Okay.  Did you ever sign this document on      09:43:44

 3   behalf of your son?                                      09:43:46

 4   A.        No, I did not.                                 09:43:49

 5   Q.        Did he ever ask you to do that?                09:43:51

 6   A.        No, he did not.                                09:43:54

 7   Q.        Do you see the address under the General       09:43:56

 8   Appointment of Agent section on Page 2?                  09:44:02

 9   A.        Yes.                                           09:44:05

10   Q.        And what is that address?                      09:44:05

11   A.        6827 North High Street, Suite 121.             09:44:07

12   Q.        That, in fact, is your business address?       09:44:11

13   A.        That's correct.                                09:44:13

14   Q.        And it was your business address in            09:44:13

15   September of 2016?                                       09:44:15

16   A.        That is correct.                               09:44:17

17   Q.        Did you give permission for Mr. Andrew         09:44:17

18   Anglin to use this business address as the               09:44:20

19   Appointment of Agent Address for Moonbase Holdings,      09:44:23

20   LLC?                                                     09:44:25

21   A.        I don't believe I did.  I can't say with       09:44:38

22   absolute certainty, but I don't believe I did.           09:44:40

23   Q.        Did he ever tell you he was going to do        09:44:43

24   this?                                                    09:44:45

25   A.        He did tell me he was going to do it.          09:44:45
```

1                        GREGORY ANGLIN

2    Q.        Do you have any understanding of a filing      09:47:59

3    fee associated with the submission of Articles of        09:48:01

4    Organization for a Domestic Limited Liability            09:48:04

5    Company?                                                 09:48:07

6    A.        I'm sorry, could you say that again?           09:48:11

7    Q.        Do you know whether you have to submit a        09:48:13

8    fee in order to register a company in Ohio?              09:48:14

9    A.        Yes, you do.                                   09:48:16

10   Q.        Do you know how Mr. Andrew Anglin              09:48:18

11   submitted the fee for Moonbase Holdings in September     09:48:20

12   of 2016?                                                 09:48:22

13   A.        It was probably paid by Karen Zappitelli.      09:48:31

14   I don't know for sure.                                   09:48:35

15   Q.        That was going to be my follow-up             09:48:36

16   question.  What makes you say that?                      09:48:38

17   A.        Because I paid to reimburse them for this.     09:48:41

18   And my recollection was that that was a part of the      09:48:48

19   reimbursement to them.                                   09:48:51

20   Q.        Okay.  What's your understanding of the        09:48:52

21   reimbursement that they sought from you?                 09:48:54

22   A.        What's my understanding of it?                 09:48:59

23   Q.        Yes, sir.                                      09:49:00

24   A.        I don't know what that means.                  09:49:01

25   Q.        Did they call you one day and say, hey,        09:49:03

Page 50

1                    GREGORY ANGLIN

2     write us a check for $99?  How did the process play        09:49:05

3     out?                                                        09:49:09

4     A.        I think she sent a bill, and then I paid          09:49:21

5     it.                                                         09:49:25

6     Q.        Where did she send the bill to?                   09:49:26

7     A.        That would have been my office address.           09:49:29

8     Q.        The 6827 North High Street, Suite 121?            09:49:32

9     A.        That's correct.                                   09:49:37

10    Q.        And do you have a copy of the invoice?            09:49:37

11    A.        No, I do not.                                     09:49:41

12    Q.        Who was the invoice directed to?                  09:49:42

13    A.        I don't recall.                                   09:49:45

14    Q.        Was it directed to you?                           09:49:46

15    A.        I don't recall.                                   09:49:49

16    Q.        Okay.  Did you ask any questions before           09:49:50

17    paying the invoice?                                         09:49:53

18    A.        I don't believe so.                               09:50:00

19    Q.        Can you help me understand the process            09:50:01

20    between receipt of invoice and payment of the               09:50:03

21    reimbursement to Miss Zappitelli?                           09:50:07

22    A.        Well, I knew that they were setting up an         09:50:10

23    LLC for my son, and they sent an invoice.  I paid the       09:50:15

24    invoice, and then was reimbursed by my son.                 09:50:21

25    Q.        And why did you pay the invoice?                  09:50:25

Page 51

GREGORY ANGLIN

1

2    A.        Because my son was out of the country.      09:50:28

3    Q.        Did he ask you to pay it?                   09:50:30

4    A.        Yes, he did.                                09:50:32

5    Q.        And was it in a phone call or an email?     09:50:33

6    How did he communicate that information to you?      09:50:36

7    A.        I don't recall.                             09:50:42

8    Q.        And what understanding did you have about   09:50:45

9    getting reimbursement from your son after you paid   09:50:48

10   this amount?                                         09:50:51

11   A.        Well, I mean, I don't pay any expenses for 09:50:54

12   his adventures here.  So he reimburses me for that.  09:50:57

13   Q.        What is that understanding based on?  Have 09:51:03

14   you talked to him about it or is that just an        09:51:05

15   implicit understanding?                              09:51:08

16   A.        It's an implicit understanding.            09:51:09

17   Q.        How long after you paid the invoice to the 09:51:11

18   Zappitellis for the creation of Moonbase did you     09:51:14

19   receive reimbursement from your son?                 09:51:17

20   A.        I don't recall.                             09:51:20

21   Q.        Did he send you a check?                    09:51:21

22   A.        No.                                         09:51:23

23   Q.        How did you get reimbursed?                 09:51:24

24   A.        I used cash from money that had been sent  09:51:25

25   to him.                                              09:51:29

Page 52

                        GREGORY ANGLIN

1

2   Q.        Okay.  Do you keep any accounting or            09:51:30

3   ledger of the amounts that are sent to him?              09:51:35

4   A.        No, I don't.                                   09:51:39

5   Q.        So you just deducted $99 from a                09:51:41

6   contribution, and the remainder you deposited in the    09:51:44

7   account; is that how it worked?                          09:51:48

8   A.        Yes.                                           09:51:58

9   Q.        Did this occur in September of 2016?           09:52:00

10  A.        It looks like it did from the date.  I         09:52:03

11  don't have any recollection of that.                     09:52:05

12  Q.        The amount that you paid for the creation      09:52:07

13  of Moonbase Holdings, the $99, did you write a check     09:52:10

14  to the Zappitellis?                                      09:52:14

15  A.        My recollection -- and I'm not sure this       09:52:24

16  is exactly right -- but my recollection was that         09:52:26

17  their fee was about $500 total.  So I would have         09:52:30

18  written a check to Zappitellis and then being            09:52:35

19  reimbursed by my son.                                    09:52:37

20  Q.        The total amount was $500?                     09:52:40

21  A.        That is my recollection.                       09:52:42

22  Q.        The check that you wrote to the                09:52:43

23  Zappitellis, was that from your account at ███████       09:52:44

24  ██ ?                                                     09:52:48

25  A.        Probably, yes.                                 09:52:52

Page 53

```
 1                    GREGORY ANGLIN
 2   Q.       Do you have access to that account?        09:52:54
 3   A.       No, I do not.                              09:52:55
 4   Q.       Why not?                                   09:52:57
 5   A.       It's been closed down.                     09:52:58
 6   Q.       When was it closed down?                   09:53:00
 7   A.       Sometime late last year.                   09:53:06
 8   Q.       And why was it closed late last year?      09:53:07
 9   A.       I don't know.  The bank just closed it.    09:53:11
10   Q.       And where do you bank currently?           09:53:15
11   A.       ███████████                                09:53:17
12   Q.       ███████████ --                             09:53:22
13   A.       Frank Cathy -- or Frank Cat.  Don't want   09:53:24
14   to mess you up there.                               09:53:32
15   Q.       You don't have a copy of a canceled check  09:53:36
16   from ███████████████?                               09:53:38
17   A.       Do I have a copy of a canceled check, no,  09:53:44
18   I do not.                                           09:53:46
19   Q.       Did you get bank statements from           09:53:47
20   ███████████████████?                                09:53:49
21   A.       I think the only statements I got were     09:53:54
22   online.  That's the best of my recollection.        09:53:56
23   Q.       Other than the $500 you paid to the        09:54:06
24   Zappitellis for the creation of Moonbase, have you  09:54:09
25   paid for any other expenses associated with Moonbase 09:54:11
```

Page 54

```
1                    GREGORY ANGLIN
2   Holdings, LLC?                                09:54:14
3            ████████████  Objection, just in terms of it  09:54:16
4   was clearly a reimbursement situation.  He didn't  09:54:19
5   actually pay for his son.                    09:54:22
6            MR. QURESHI:  Okay.                  09:54:25
7            ████████████  Just want to make it clear.  09:54:26
8            MR. QURESHI:  Yeah, I think the record is  09:54:27
9   clear on that, that he subsequently was reimbursed  09:54:28
10  from his son's contributions.                09:54:31
11  A.       So the question is:  Were there any other  09:54:33
12  Moonbase expenses that I paid and then was reimbursed  09:54:35
13  for?                                         09:54:39
14  Q.       Yes, sir.                           09:54:40
15  A.       Is that the question?               09:54:40
16  Q.       Yes, sir.                           09:54:41
17  A.       I believe there was an expense associated  09:54:46
18  with registering the trade name Andrew Anglin.  09:54:48
19  Q.       Do you recall the amount of that expense?  09:54:53
20  A.       No, I do not.                       09:54:55
21  Q.       Can you describe the mechanics of how that  09:54:57
22  worked?                                      09:55:00
23  A.       There was some fee involved, and I paid  09:55:03
24  it.  I don't recall whether I paid -- used his cash  09:55:10
25  to pay the fee, or whether I wrote a check and then  09:55:13
```

Page 55

GREGORY ANGLIN

1

2  was reimbursed by Andrew.  I don't recall which it          09:55:17

3  was.                                                         09:55:19

4  Q.          And if you had written a check, this was        09:55:20

5  during a time when ██████████ was your bank?               09:55:23

6  A.          That is correct.                                09:55:26

7  Q.          And I'm sorry if I am repeating a               09:55:28

8  question.  Do you recall the amount that you paid?          09:55:30

9  A.          No, I do not.                                   09:55:36

10  Q.          Have you spoken to either Karen or John        09:55:41

11  Zappitelli recently?                                        09:55:44

12  A.          Not recently.  Sometime maybe five or six      09:55:50

13  months ago.                                                 09:55:55

14  Q.          What did you talk to them about five to        09:55:56

15  six months ago?                                             09:55:58

16  A.          A friend of mine had some old coins he         09:55:59

17  wanted to sell, and I asked John if he had any ideas        09:56:02

18  about how to do that.                                       09:56:04

19  Q.          Do you recall speaking with them about the     09:56:07

20  creation of Moonbase Holdings, LLC at any point in         09:56:09

21  time?                                                       09:56:12

22  A.          Not after the initial conversation that I      09:56:13

23  had with Karen.                                             09:56:16

24  Q.          Do you know whether your son, in fact, did     09:56:17

25  speak to either Karen or John Zappitelli about the         09:56:20

Page 57

```
 1                  GREGORY ANGLIN
 2   A.        Okay.                              09:58:23
 3   Q.        Sir, have you seen Exhibit 3 before?   09:58:24
 4   A.        I don't recall ever having seen this, no.   09:58:26
 5   Q.        Okay.  I'll represent to you it's a letter   09:58:28
 6   from the Internal Revenue Service to Moonbase   09:58:31
 7   Holdings, LLC, and it's directed to an address that   09:58:33
 8   we've talked about earlier today, 6827 North High   09:58:37
 9   Street, Suite 121, correct?                  09:58:40
10   A.        Right.                             09:58:43
11   Q.        Do you recall ever receiving this document   09:58:44
12   at that address?                             09:58:46
13   A.        No, I do not recall.               09:58:49
14   Q.        Have you had any discussions with   09:58:52
15   Mr. Andrew Anglin about the procurement of an   09:58:53
16   employer identification number for Moonbase Holdings,   09:58:56
17   LLC?                                         09:58:57
18   A.        No, I have not.                    09:58:59
19   Q.        Do you know whether Moonbase Holdings   09:59:01
20   files tax returns?                           09:59:03
21   A.        I don't know.                      09:59:05
22   Q.        Did you provide him any advice or guidance   09:59:06
23   on obtaining an employer I.D. number?        09:59:08
24   A.        No, I did not.                     09:59:12
25   Q.        You mentioned earlier in the day about   09:59:27
```

Page 58

```
 1                    GREGORY ANGLIN

 2   receiving legal documents at the 6827 North High    09:59:29

 3   Street address, Suite 121; do you recall that?      09:59:32

 4   A.         Yes, I do.                               09:59:36

 5   Q.         And these are legal documents directed to 09:59:37

 6   Mr. Andrew Anglin, is that correct?                 09:59:39

 7   A.         When you say legal documents, I'm talking 09:59:41

 8   about documents that come from attorneys, that have 09:59:43

 9   an attorney return address.                         09:59:46

10   Q.         Okay.  What is your practice with those  09:59:48

11   documents, what do you do with them?                09:59:49

12   A.         I put them in a big plastic tub.         09:59:51

13   Q.         And what happens to them afterwards?     09:59:54

14   A.         They sit in the tub.                     09:59:56

15   Q.         You don't forward them on to anybody?    09:59:58

16   A.         No, I do not.                            10:00:00

17   Q.         And what about letters from the Internal 10:00:01

18   Revenue Service that were directed to that address, 10:00:03

19   what did you do with those?                         10:00:06

20   A.         Any mailings that are directed to Moonbase 10:00:07

21   or Daily Stormer I don't open.                      10:00:13

22   Q.         What do you do with it?                  10:00:16

23   A.         Throw them away.                         10:00:18

24   Q.         Did you put it in the tub or you throw it 10:00:18

25   away?                                               10:00:21
```

Page 59

```
  1                    GREGORY ANGLIN

  2    A.         I put the attorney stuff in the tub.      10:00:21

  3    Anything else I throw away.                          10:00:23

  4    Q.         What is your practice to treat            10:00:25

  5    correspondence from the Internal Revenue Service     10:00:27

  6    directed to Moonbase?                                10:00:29

  7    A.         That would be throw away.                 10:00:30

  8    Q.         Do you ever have conversations with your  10:00:35

  9    son about the fact that he has received              10:00:37

 10    correspondence from the Internal Revenue Service that 10:00:40

 11    you subsequently have thrown away; have you ever told 10:00:42

 12    him that?                                            10:00:45

 13    A.         What I have told him is that I will not   10:00:46

 14    open any correspondence addressed to Daily Stormer or 10:00:48

 15    to Moonbase Holdings.                                10:00:52

 16    Q.         And do you go on to tell him that you will 10:00:53

 17    throw it away if it's from the Internal Revenue      10:00:55

 18    Service?                                             10:00:58

 19    A.         I didn't specify the Internal Revenue     10:00:59

 20    Service.  What I said was:  I will not open any mail 10:01:01

 21    sent to Daily Stormer or Moonbase.                   10:01:06

 22    Q.         And what did he say to you in response?   10:01:09

 23    A.         He said I can get anything I want online, 10:01:11

 24    don't worry about it.                                10:01:16

 25    Q.         Okay.  And when contributions were        10:01:17
```

Page 60

GREGORY ANGLIN

1

2    directed to the 6827 North High Street, Suite 121    10:01:19

3    address, were they directed to Mr. Andrew Anglin or   10:01:24

4    were they directed to the Daily Stormer or to        10:01:27

5    Moonbase?                                             10:01:31

6    A.        They were directed to Andrew Anglin.       10:01:31

7    There was -- almost all were directed to             10:01:34

8    Andrew Anglin.                                        10:01:38

9    Q.        The instances when they were not directed  10:01:40

10   to Andrew Anglin, who were they directed to?         10:01:42

11   A.        I only recall one directed to the Daily    10:01:46

12   Stormer of the whole five years.                     10:01:48

13   Q.        And what did you do with that particular   10:01:50

14   correspondence?                                      10:01:53

15   A.        Threw it away unopened.                    10:01:54

16   Q.        Okay.  And how did you know it was a       10:01:55

17   financial contribution?                              10:01:57

18   A.        I don't know that it was for sure.  It     10:01:58

19   wasn't from an attorney.  It could have been a note  10:02:00

20   of encouragement.  I don't know.  No, I take that    10:02:03

21   back.  There was another one that I remember that was 10:02:11

22   a ten dollar check that was made out to Daily        10:02:14

23   Stormer, and I remember throwing that away.          10:02:17

24   Q.        And who was the envelope addressed to?     10:02:20

25   A.        The envelope was addressed to Daily        10:02:26

```
                                                         Page 61
 1                  GREGORY ANGLIN

 2   Stormer.  I opened it in error.  I saw a ten dollar    10:02:29

 3   check, and I threw it away.                            10:02:34

 4   Q.        Are you aware of any bank accounts held by   10:02:36

 5   Daily Stormer?                                         10:02:39

 6   A.        No, I'm not.                                 10:02:40

 7   Q.        Are you aware of any bank accounts held by   10:02:42

 8   Moonbase Holdings, LLC?                                10:02:45

 9   A.        No, I'm not.                                 10:02:47

10   Q.        When your son told you he was going to       10:02:48

11   create an entity called Moonbase, did you ask him      10:02:50

12   why?                                                   10:02:54

13             █████████  Objection.  We've talked about    10:02:54

14   this, I think, at some length.                         10:02:55

15             MR. QURESHI:  Yeah.  I think it ties to      10:02:57

16   the specific line of questioning.  I'm not going to    10:02:59

17   dwell on it.                                           10:03:02

18   A.        No, I did not.                               10:03:03

19   Q.        What familiarity do you have with the        10:03:14

20   concept of trade names?  What's a trade name?          10:03:16

21   A.        I think it's a name you register so that     10:03:22

22   other people can't use it.  I think that is what it    10:03:24

23   is.                                                    10:03:26

24   Q.        And how did you come about this              10:03:27

25   understanding?                                         10:03:28
```

Page 67

GREGORY ANGLIN

2    (Plaintiff's Exhibit 4 was marked for          10:09:33

3    identification.)                               10:09:33

4    Q.      Mr. Anglin, I'm handing you a document  10:09:35

5    that's marked Exhibit 4.                        10:09:37

6    A.      Okay.                                    10:09:40

7    Q.      Please take a moment to review it.       10:09:41

8    A.      Okay.                                    10:10:00

9    Q.      Have you seen this document before,      10:10:00

10   Mr. Anglin?                                      10:10:02

11   A.      Yes, I have.                             10:10:02

12   Q.      What is it?                              10:10:03

13   A.      It is the trade name registration for the  10:10:04

14   name Andrew Anglin.                              10:10:09

15   Q.      And what role, if any, did you play in   10:10:11

16   this trade name registration for the name Andrew  10:10:13

17   Anglin?                                          10:10:15

18   A.      I applied for the name.                  10:10:16

19   Q.      On whose behalf?                         10:10:19

20   A.      Andrew asked me to do it for him.        10:10:22

21   Q.      If you turn to the second page of the    10:10:24

22   document, sir.                                   10:10:26

23   A.      Yes.                                     10:10:27

24   Q.      You'll see under name of the registrant  10:10:28

25   Moonbase Holdings, LLC?                          10:10:31

Page 68

                    GREGORY ANGLIN

1

2   A.          Um-hum.                                  10:10:34

3   Q.          Did I read that correctly?              10:10:34

4   A.          Yes.                                     10:10:36

5   Q.          Is it your understanding you were applying 10:10:36

6   for the trade name on behalf of Moonbase Holdings?  10:10:38

7   A.          That's correct.                          10:10:41

8   Q.          And you knew that?                       10:10:41

9   A.          Yes.                                     10:10:42

10  Q.          What other conversations do you recall   10:10:54

11  with Mr. Andrew Anglin about the registration of his 10:10:55

12  name as a trade name?                                10:10:59

13  A.          I don't recall anything else.            10:11:17

14  Q.          Okay.  Can you describe to me in as much 10:11:20

15  detail as you recall the request he made of you?     10:11:23

16  A.          Well, again, I'm a little bit fuzzy on   10:11:28

17  this one.  I think -- I just don't want to guess.  I 10:11:32

18  don't know.                                          10:11:38

19  Q.          Do you recall a telephone call in which  10:11:39

20  you had a conversation with him?                     10:11:42

21  A.          I don't recall the phone conversation.  I 10:11:52

22  know that he asked me to register his name as a trade 10:11:53

23  name, but I don't recall the conversation.           10:11:57

24  Q.          Okay.  My question was a little more      10:11:58

25  basic.  It is:  Was it a phone conversation?  Was it 10:12:01

Page 69

<sub>1</sub>                         GREGORY ANGLIN

<sub>2</sub>    a email?  Was it a in-person meeting?  Do you know      10:12:05

<sub>3</sub>    how the discussion arose?                              10:12:08

<sub>4</sub>    A.         Well, I know it wasn't in person, because    10:12:10

<sub>5</sub>    he was out of the country.  I don't remember whether   10:12:12

<sub>6</sub>    it was email or phone.                                 10:12:16

<sub>7</sub>    Q.         Okay.  And in the survey of email that you   10:12:19

<sub>8</sub>    undertook to look for responsive documents did you     10:12:22

<sub>9</sub>    identify any email related to this topic?              10:12:26

<sub>10</sub>   A.         No, I did not.                               10:12:29

<sub>11</sub>   Q.         Is it your practice to delete emails?        10:12:32

<sub>12</sub>   A.         Yes, it is.                                  10:12:34

<sub>13</sub>   Q.         Both in your inbox and your sent box?        10:12:35

<sub>14</sub>   A.         That's correct.                              10:12:38

<sub>15</sub>   Q.         Did you work with the Zappitellis in         10:12:43

<sub>16</sub>   connection with this trade name registration in        10:12:45

<sub>17</sub>   Exhibit 4?                                              10:12:50

<sub>18</sub>   A.         I don't think so.                            10:12:57

<sub>19</sub>   Q.         Had you ever done a trade name               10:12:58

<sub>20</sub>   registration before?                                   10:13:00

<sub>21</sub>   A.         I may have for Morningstar Counseling, I     10:13:20

<sub>22</sub>   don't recall.                                          10:13:23

<sub>23</sub>   Q.         And when you may have performed a trade       10:13:23

<sub>24</sub>   name registration for Morningstar, did you do it on     10:13:26

<sub>25</sub>   your own or did you work with an accountant or the      10:13:29

1                    GREGORY ANGLIN

2      Zappitellis or consultant?                        10:13:33

3      A.        I don't have any recollection of that.  10:13:37

4      Once again, we're going back 15 years, 20 years,  10:13:38

5      something like that.                              10:13:41

6      Q.        Exhibit 4, though, is dated January of  10:13:42

7      2017, is it not?                                  10:13:44

8      A.        I understand that.  I was talking about 10:13:45

9      Morningstar.                                      10:13:47

10     Q.        And in connection with Exhibit 4, did you 10:13:48

11     undertake any research to figure out how to do a  10:13:51

12     trade name registration?                          10:13:54

13     A.        I don't remember -- I don't know how I   10:14:10

14     knew to go to the secretary of state.  I don't recall 10:14:13

15     that.                                             10:14:15

16     Q.        Okay.  How much time did it take to      10:14:15

17     undertake the trade name registration, sir?       10:14:18

18     A.        Again, I just don't recall enough of the 10:14:21

19     details of this.  It doesn't look like it would take 10:14:23

20     a lot of time, but I don't recall.                10:14:26

21     Q.        Who paid for the registration fee?       10:14:29

22     A.        Andrew paid for it.                      10:14:32

23     Q.        And how did that work?                   10:14:34

24     A.        He would have -- if I paid cash, then it 10:14:36

25     would have been Andrew's cash.  If I wrote a check, 10:14:39

Page 71

GREGORY ANGLIN

1  then Andrew would have reimbursed me.                    10:14:42

3  Q.        What makes you say that he would have          10:14:45

4  reimbursed you?                                          10:14:47

5  A.        Because he always did.                         10:14:48

6  Q.        If you look at the second page of             10:14:49

7  Exhibit 4.  You'll notice in the right-hand corner it    10:14:51

8  says Date Electronically Filed, January 5, 2017, is      10:14:53

9  that correct?                                            10:14:59

10 A.        Yes.                                           10:15:00

11 Q.        Does that refresh your recollection that       10:15:01

12 this document was electronically filed?                  10:15:02

13 A.        I just don't remember it.  I don't            10:15:08

14 remember how it happened.                                10:15:15

15 Q.        And if it was electronically filed, sir,       10:15:17

16 do you have a recollection as to whether you             10:15:19

17 submitted credit card information, you provided          10:15:22

18 checking account information in order to pay the $39     10:15:26

19 filing fee?                                              10:15:29

20 A.        I just don't remember.  I don't remember       10:15:30

21 much about this at all.  I don't remember how it was     10:15:32

22 paid.  I just don't remember the document very well.     10:15:36

23 Q.        Okay.  If you look at the first box in the     10:15:42

24 left-hand corner on Page 2 of Exhibit 4; do you see      10:15:49

25 that box, sir?                                           10:15:59

Page 80

GREGORY ANGLIN

1

2    that's when he began everything.  But, yeah I don't    10:43:58

3    remember.  I just don't remember.                      10:44:01

4    Q.        Subsequent to the trade name registration,   10:44:03

5    after it was completed did you ever talk to him about  10:44:05

6    the trade name registration?                           10:44:09

7    A.        No, I didn't.                                 10:44:13

8    Q.        Have you ever spoken to anyone else other    10:44:15

9    than your lawyer about the trade name registration of  10:44:16

10   Andrew Anglin on behalf of Moonbase Holdings, LLC?     10:44:20

11   A.        No, I have not.                               10:44:26

12             (Plaintiff's Exhibit 5 was marked for        10:44:30

13   identification.)                                        10:44:30

14   Q.        Mr. Anglin, I'm handing you a document       10:44:31

15   that has been marked as Exhibit 5.  Please take a      10:44:33

16   moment to review that, sir.                            10:44:36

17   A.        Okay.                                         10:44:46

18   Q.        Have you seen this document before?          10:44:48

19   A.        No, I have not.                               10:44:49

20   Q.        I'll represent to you, it is a printout      10:44:52

21   from the Whois Tool for a website entitled             10:44:54

22   DailyStormer.com.  And if you look at the creation     10:44:57

23   date for the website, it's listed as March 20th,       10:45:02

24   2013; do you see that?                                 10:45:07

25   A.        Yes, I do.                                    10:45:08

Page 81

GREGORY ANGLIN

Q.       And if you continue to read down that          10:45:10

column, you'll see there's an entry for registrant     10:45:13

name?                                                  10:45:16

A.       Yes.                                           10:45:16

Q.       And is that your name listed, sir?            10:45:17

A.       That is my name listed, yes.                  10:45:19

Q.       Did you have any involvement in the           10:45:22

registration of the website Daily Stormer.com on or   10:45:23

about March 20, 2013?                                  10:45:27

A.       Yes, I did.                                   10:45:31

Q.       What was that involvement?                    10:45:32

A.       This one I actually remember.  I was          10:45:34

sitting in my living room of my condo with my son,    10:45:36

and he told me that he was going to start another     10:45:40

website.  And I said, okay.  And he asked if he could 10:45:45

use my credit card to register the name.  And I asked 10:45:51

how much it was, and it wasn't very much money, so I  10:45:58

said fine.                                             10:46:02

Q.       Was it your understanding at the time that   10:46:02

he didn't have his own credit card?                   10:46:04

A.       That's correct.                               10:46:06

Q.       And what bank issued the credit card that    10:46:06

was used to register this website?                    10:46:09

A.       Probably ██████████ although, it             10:46:11

Page 82

GREGORY ANGLIN

1

2    could have been American Express.  I don't know.      10:46:16

3    Q.        What else do you recall about that         10:46:20

4    conversation?                                          10:46:22

5    A.        Just that I had no idea I was going to be    10:46:26

6    the registrant of a website that he was going to run.  10:46:28

7    Q.        Do you recall whether he entered the         10:46:33

8    information related to the creation of the website or  10:46:38

9    is that something you did?                             10:46:41

10   A.        He would have entered everything, and then  10:46:42

11   asked me for my credit card.                           10:46:44

12   Q.        Do you have any understanding as to why he   10:46:46

13   listed you as the registrant?                          10:46:48

14   A.        I have no idea.                              10:46:49

15   Q.        Did you ever ask him about that?             10:46:51

16   A.        Yeah.                                        10:46:52

17   Q.        And what was that conversation like?         10:46:53

18   A.        Well, the conversation was -- let me think   10:46:54

19   for just a minute.  When I realized I was the          10:47:00

20   registrant, we had a very direct conversation where I  10:47:07

21   told him I was very disappointed in him that he        10:47:13

22   allowed that to happen, and that I wanted it removed   10:47:16

23   immediately.                                           10:47:19

24   Q.        And, sir, when did that occur?               10:47:20

25   A.        I didn't even find out about it until        10:47:22

Page 93

GREGORY ANGLIN

1

2    sure that the record is clear here.  The domain name          11:00:51

3    was registered in March of 2013, correct?                    11:00:54

4    A.        Yes, that's correct.                                11:00:57

5    Q.        On the internet?                                    11:00:58

6    A.        That's correct.                                     11:01:00

7    Q.        And it listed you -- the registration               11:01:01

8    listed you as the registrant, the administrator, and         11:01:04

9    the technical contact, correct?                              11:01:09

10   A.        That's correct.                                     11:01:10

11   Q.        And that's all reflected on Exhibit 5?              11:01:11

12   A.        That's correct.                                     11:01:14

13   Q.        And at some point after the registration            11:01:15

14   of the domain name reflected on Exhibit 5, you               11:01:18

15   expressed disappointment to your son about that fact,        11:01:22

16   correct?                                                      11:01:25

17   A.        That's correct.                                     11:01:26

18   Q.        And my question was:  Exhibit 6 is a trade          11:01:27

19   name registration for Daily Stormer.  Did you submit         11:01:30

20   the trade name registration, Exhibit 6, before or           11:01:35

21   after you had expressed disappointment to your son           11:01:38

22   about the internet domain registration?                      11:01:42

23   A.        I don't recall.                                     11:01:45

24   Q.        When you submitted the trade name                   11:01:53

25   registration for Daily Stormer what did you               11:01:54

Page 94

GREGORY ANGLIN

1

2  understand you were doing?                              11:01:57

3  A.        Honestly, I didn't understand anything.      11:02:06

4  What he said was:  Can you register this name?  He      11:02:08

5  may have said so someone else doesn't use it, I don't   11:02:13

6  remember.                                               11:02:16

7  Q.        Okay.                                         11:02:17

8  A.        I just remember him asking me to do that.     11:02:18

9  Q.        At this point in time in December of 2016,    11:02:21

10 had you ever visited the website DailylyStormer.com?    11:02:24

11 A.        Yes, I had.                                    11:02:29

12 Q.        Okay.  Did you know the content on the        11:02:30

13 website?                                                11:02:31

14 A.        Yes, sir, I did.                               11:02:32

15 Q.        Had you formed an opinion about whether       11:02:33

16 you agree or disagree with the content?                 11:02:35

17 A.        Yes, I had.                                    11:02:37

18 Q.        And with that opinion in mind, you agreed     11:02:38

19 to do what your son asked?                              11:02:40

20 A.        I have a difficult time as a dad sometimes    11:02:51

21 knowing what to support and what not to support.  I     11:02:54

22 don't take responsibility for somebody else's          11:02:58

23 actions.  He asked me to record this form, and I did.   11:03:01

24 Q.        Okay.  The filing fee associated with the     11:03:08

25 trade name registration in Exhibit 6, who paid that?    11:03:15

Page 95

1                      GREGORY ANGLIN

2    A.        Andrew Anglin paid it.                 11:03:21

3    Q.        How did Andrew Anglin pay it?          11:03:23

4    A.        I don't recall.                        11:03:26

5    Q.        Do you recall going to the clerk's office,   11:03:26

6    sir?                                             11:03:29

7    A.        I think I can remember going to a clerk's   11:03:29

8    office on Broad Street or something downtown, and I   11:03:31

9    think it was related to this, but I'm just not   11:03:35

10   positive.  And I don't recall whether I paid cash or   11:03:38

11   credit card, I just don't remember.             11:03:40

12   Q.        And the visit that you do recall where you   11:03:42

13   went to the clerk's office, the cash or credit card   11:03:44

14   you used, was it yours?                          11:03:48

15   A.        It would not have been my son's.  I never   11:03:51

16   used one of his.  Is that your question?        11:03:53

17   Q.        Yes, sir.                              11:03:56

18   A.        No.  It would have been mine, yes.     11:03:56

19   Q.        To go back to my earlier question:  In   11:03:59

20   connection with the trade name registration of Daily   11:04:02

21   Stormer, who paid the filing fee?               11:04:04

22   A.        This is the trade name document here,   11:04:09

23   right?                                           11:04:12

24   Q.        Correct.  Exhibit 6 is the trade name   11:04:12

25   registration.                                    11:04:14

Page 106

GREGORY ANGLIN

1

2    A.        No, I do not.                              11:18:14

3    Q.        Have you ever asked him that question?    11:18:17

4    A.        I've never talked to him about Moonbase.  11:18:18

5    Q.        In registering the trade name Daily       11:18:21

6    Stormer on behalf of Moonbase, you didn't have a    11:18:29

7    conversation with him?                              11:18:34

8    A.        Well, I suppose he would have said        11:18:42

9    register it under Moonbase, but that's -- I don't   11:18:45

10   know about the conversation, but I followed whatever 11:18:51

11   his directions were.                                11:18:53

12   Q.        And registering the name of Andrew Anglin  11:18:55

13   on behalf of Moonbase, that was also a conversation  11:18:59

14   about Moonbase, correct?                             11:19:02

15   A.        It was a request to register something on  11:19:09

16   behalf of Moonbase.                                  11:19:11

17   Q.        So you would agree that that was a         11:19:13

18   conversation about Moonbase, sir?                    11:19:15

19   A.        Well, I wouldn't say that we had a         11:19:16

20   conversation about Moonbase, no.  I would say exactly 11:19:18

21   that, that he said, can you register this trade name  11:19:23

22   under Moonbase.  So if you want to define it as a     11:19:27

23   conversation or not, I wouldn't, but you certainly    11:19:31

24   may, if you like.                                     11:19:33

25   Q.        Okay.  Other than those instances, do you  11:19:34

|    | GREGORY ANGLIN | |
|----|----------------|---|
| 1  | | |
| 2  | recall any other instance in which Mr. Andrew Anglin | 11:19:38 |
| 3  | asked you to do something on behalf of Moonbase? | 11:19:42 |
| 4  | A.         No, I don't recall anything else. | 11:19:45 |
| 5  | Q.         Have you ever understood Mr. Andrew Anglin | 11:20:05 |
| 6  | to describe the financial condition of Moonbase? | 11:20:10 |
| 7  | A.         No. | 11:20:16 |
| 8  | Q.         Has he ever told you that it's on the cusp | 11:20:17 |
| 9  | of insolvency? | 11:20:19 |
| 10 | A.         No. | 11:20:21 |
| 11 | Q.         Has he ever said anything else about its | 11:20:23 |
| 12 | financial condition? | 11:20:26 |
| 13 | A.         No, he has not. | 11:20:26 |
| 14 | (Plaintiff's Exhibit 8 was marked for | 11:20:38 |
| 15 | identification.) | 11:20:38 |
| 16 | Q.         Mr. Anglin, I'm handing you a document | 11:20:42 |
| 17 | that's marked as Exhibit 8.  Please take a moment to | 11:20:45 |
| 18 | review it. | 11:20:50 |
| 19 | A.         Okay. | 11:20:55 |
| 20 | Q.         Have you seen this document before, sir? | 11:20:56 |
| 21 | A.         Yes, I filled it out. | 11:20:58 |
| 22 | Q.         Okay.  And what is it? | 11:20:59 |
| 23 | A.         It's an application for a post office box. | 11:21:01 |
| 24 | Q.         And why did you fill out an application | 11:21:04 |
| 25 | for a post office box? | 11:21:07 |

Page 108

1                     GREGORY ANGLIN

2    A.        On the heels of my conversation that        11:21:11

3    Andrew needed to remove -- not use my office address  11:21:13

4    any more, he advised me that he could not set up a    11:21:18

5    post office box unless he was in the country, and he  11:21:22

6    was out of the country and asked if I would help him  11:21:25

7    accomplish that.                                       11:21:29

8    Q.        Did you have an understanding as to where   11:21:30

9    he was?                                                11:21:32

10   A.        No, I did not.                               11:21:32

11   Q.        You never asked him?                         11:21:33

12   A.        No.                                          11:21:34

13   Q.        And the conversation you had with him, was  11:21:42

14   that over the phone?                                   11:21:45

15   A.        I believe so, yes.                           11:21:48

16   Q.        And he told you, I'm out of the country,    11:21:49

17   correct?                                               11:21:52

18   A.        That is correct.  Well, he didn't tell me   11:21:52

19   I'm out of the country.  I knew he was out of the     11:21:54

20   country.                                               11:21:57

21   Q.        And how did you know that he was out of     11:21:57

22   the country?                                           11:22:00

23   A.        Because he hadn't been back in the country  11:22:00

24   for five years probably.                              11:22:02

25   Q.        And how did you know that?                   11:22:03

Page 109

1                          GREGORY ANGLIN

2    A.        Because he would have come and seen me if      11:22:04

3    he was in the country.                                   11:22:06

4    Q.        Okay.  And did you know where he was?          11:22:07

5    A.        No.  I know that at some point he spent        11:22:09

6    time in Thailand over that five-year period, but, no,    11:22:14

7    I did not know where he was.                             11:22:20

8    Q.        And you didn't believe it was important to     11:22:21

9    ask him?                                                 11:22:23

10   A.        No, I did not.                                 11:22:24

11   Q.        Why not?                                       11:22:29

12                    ████████    Objection.  Go ahead.       11:22:33

13   A.        He's a private person, and I'm a talkative     11:22:38

14   guy.  And so he prefers and I prefer to not know         11:22:46

15   where he is.                                             11:22:51

16   Q.        Sir, if you look at the document marked as     11:22:54

17   Exhibit 8, I believe you testified earlier that you      11:22:58

18   filled out this form?                                    11:23:01

19   A.        Do you mind if I come back to a question       11:23:02

20   real quick?  I want to make sure I said the right        11:23:04

21   thing.                                                   11:23:06

22   Q.        Okay.                                          11:23:06

23   A.        He could have actually been in Russia.  I      11:23:07

24   said Thailand, but I don't know.                         11:23:10

25   Q.        What makes you think that he may have been     11:23:12

Page 110

1                         GREGORY ANGLIN

2       in Russia?                                      11:23:14

3       A.          I know he had told me he had been in    11:23:16

4       Russia at one time, and I know that he had been in  11:23:18

5       Thailand at one time.                           11:23:20

6       Q.          And on the one time that he told you he  11:23:22

7       was in Russia, why did he tell you his location then, 11:23:24

8       but not on other occasions?                     11:23:27

9       A.          That was several years ago, and I think it 11:23:34

10      was -- I don't know why.                        11:23:36

11      Q.          I believe you testified that he was a   11:23:42

12      private person?                                 11:23:43

13      A.          He is.                              11:23:44

14      Q.          And you were a talkative person?    11:23:45

15      A.          That is what I said.                11:23:47

16      Q.          Notwithstanding that, he shared with you 11:23:48

17      his location?                                   11:23:50

18      A.          A number of years ago he did, yes.  11:23:52

19      Q.          But more recently he has not?       11:23:54

20      A.          That's correct.                     11:23:56

21      Q.          And you haven't asked him?          11:23:56

22      A.          That's correct.                     11:23:58

23      Q.          If we turn to Exhibit 8, sir, the document 11:24:00

24      that I believe you testified you completed.     11:24:03

25      A.          Yes.                                11:24:06

```
 1                    GREGORY ANGLIN

 2    Q.        Do you recall when you filled this out?    11:24:08

 3    A.        No, I do not.  This looks like it's dated  11:24:09

 4    there, though.                                       11:24:12

 5    Q.        And what is the date that you understand?  11:24:13

 6    A.        Well, let me find it here.                 11:24:15

 7    Q.        There is a date stamp in the right-hand    11:24:18

 8    corner.                                              11:24:20

 9    A.        Yes, that says December 15, 2017.          11:24:21

10    Q.        Sir, in the right-hand corner the date     11:24:32

11    that I make out is January 12, 2017.                 11:24:34

12    A.        Oh, I'm sorry.                             11:24:37

13    Q.        Where it's a post office stamp.            11:24:40

14              ███████   It's hard to read.               11:24:43

15    A.        I can read January 12.  I can't quite read 11:24:46

16    the year.  But if you guys say 2017, I'll go with    11:24:48

17    that.                                                11:24:51

18    Q.        The December date you're referencing,      11:24:51

19    where do you see that?                               11:24:53

20    A.        That was at the top of my form there.      11:24:55

21    Q.        Oh, okay.  That's the date on which it was 11:24:57

22    faxed?                                               11:25:00

23    A.        Okay.  Sorry.                              11:25:01

24    Q.        The date in the right-hand corner I see is 11:25:02

25    January 12, 2017.                                    11:25:04
```

Page 112

GREGORY ANGLIN

1

2    A.        Okay.                                    11:25:05

3    Q.        Is that consistent with your recollection?  11:25:06

4    A.        I don't recall when.  It certainly -- I   11:25:08

5    have no reason to believe that is wrong.           11:25:11

6    Q.        Okay.  And I believe you testified that   11:25:13

7    Mr. Andrew Anglin was out of the country and therefor  11:25:15

8    he requested that you set up a post office box for   11:25:19

9    him?                                               11:25:21

10   A.        That's correct.                          11:25:22

11   Q.        And did you provide identification to the  11:25:23

12   post office in connection with this process?       11:25:26

13   A.        Yes, I did.                              11:25:30

14   Q.        Did you also pay a sum?                   11:25:31

15   A.        I did, yes.                              11:25:32

16   Q.        How much did you pay?                     11:25:33

17   A.        I don't recall.  Maybe $125, something    11:25:35

18   around that range.                                 11:25:38

19   Q.        And where did that money come from?       11:25:39

20   A.        Andrew paid that.                         11:25:40

21   Q.        And can you describe for us the process by  11:25:42

22   which that occurred?                               11:25:44

23   A.        Again, I don't recall whether it was paid  11:25:45

24   directly with his cash or whether I paid it and then  11:25:47

25   he reimbursed me.                                  11:25:50

Page 113

1                    GREGORY ANGLIN

2   Q.        And if it was the first option, paid        11:25:51

3   directly with his cash, how would you have access to  11:25:53

4   his cash?                                             11:25:56

5   A.        It would be cash that was mailed to Andrew  11:25:57

6   Anglin that I would still have possession of.         11:26:00

7   Q.        And if it was the second option, whether    11:26:06

8   you paid it and then he later reimbursed you, how     11:26:08

9   would you have paid for it?                           11:26:11

10  A.        I could have written a check.  I could      11:26:14

11  have used a credit card.                              11:26:16

12  Q.        And at this point in time, did you have a   11:26:19

13  checking account at ███████████ January of 2017?      11:26:21

14  A.        No, I did not.                              11:26:29

15  Q.        Okay.  Did you bank at ██████ at that       11:26:30

16  point in time?                                        11:26:34

17  A.        Yes, I did.                                 11:26:35

18  Q.        Your checking account was with ██████?      11:26:35

19  A.        My checking account was.  I probably used   11:26:38

20  a credit card.  I don't use checks very often.        11:26:40

21  Q.        What credit card might you have used?       11:26:43

22  A.        ██████████ or possibly American Express.    11:26:46

23  Q.        Okay.  You testified earlier that           11:26:51

24  ██████████████ closed at some point in time?          11:26:55

25  A.        My checking account, not my credit card.    11:26:58

Page 114

```
 1                    GREGORY ANGLIN

 2    Q.        The bank, itself, stayed open?        11:27:01

 3    A.        I'm sorry?                            11:27:03

 4    Q.        The ███████████ institution, itself, 11:27:05

 5    is in existence?                                11:27:08

 6    A.        Oh, ████████ institution, they closed my  11:27:10

 7    accounts.                                       11:27:12

 8    Q.        Why did they close your accounts?     11:27:13

 9    A.        They never said.                      11:27:15

10    Q.        Did they ever send you any correspondence?  11:27:16

11    A.        They just sent me a correspondence that   11:27:19

12    said we're closing your accounts, no explanation.   11:27:21

13    Q.        And did they -- did you have money in the   11:27:25

14    accounts at the time they closed?               11:27:28

15    A.        Yes, they mailed me checks.           11:27:30

16    Q.        Did you ever ask them for an explanation?   11:27:33

17    A.        Yes, I did.                           11:27:36

18    Q.        Okay.  And I fail to understand.  What did   11:27:38

19    I ask that was funny?                           11:27:42

20    A.        Yeah, I asked them for an explanation.  I   11:27:43

21    thought it was kind of strange, and they didn't offer   11:27:46

22    one.                                            11:27:50

23    Q.        Did you ask them in person or in writing?   11:27:51

24    A.        Over the phone.                       11:27:54

25    Q.        Okay.  Do you have any understanding that   11:27:56
```

1                          GREGORY ANGLIN

2     the closing of the accounts was related in any way to    11:27:58

3     your association with Moonbase?                           11:28:01

4     A.          I don't have any reason to believe that,     11:28:04

5     no.                                                       11:28:05

6     Q.          Any reason to believe that it was because    11:28:06

7     of your association with Daily Stormer?                   11:28:08

8     A.          No, I don't have any reason to believe       11:28:10

9     that either.                                              11:28:12

10    Q.          Did you ever raise this issue with anyone    11:28:19

11    other than ████████████?                                 11:28:21

12    A.          No.                                           11:28:26

13    Q.          Turning back to Exhibit 8, sir.  Might you   11:28:28

14    describe what you understood to be the reason            11:28:33

15    Mr. Andrew Anglin wanted his own P.O. box?               11:28:38

16    A.          Because I was no longer going to allow       11:28:43

17    mail to be sent to -- he had already ended sending       11:28:46

18    mail to my office.                                       11:28:52

19    Q.          And did you understand that mail would       11:28:53

20    continue to be sent to the P.O. box instead of the       11:28:57

21    6827 North High Street address that we talked about      11:29:02

22    earlier?                                                 11:29:05

23    A.          I wasn't surprised when it was, but we       11:29:07

24    didn't really talk about where he was going to send      11:29:10

25    it.  So I wasn't surprised, but we didn't talk about     11:29:14

Page 116

GREGORY ANGLIN

1

2    it.                                                    11:29:17

3    Q.        And did you have an understanding as to      11:29:18

4    where people would know to send mail for Mr. Andrew    11:29:22

5    Anglin, like, where would they get that information?   11:29:26

6    A.        Well, I think it was on his website, but I   11:29:29

7    don't know that for sure.                              11:29:32

8    Q.        What website are you referring to?           11:29:34

9    A.        That would be DailyStormer.com.              11:29:36

10   Q.        So it's your understanding that at some      11:29:38

11   point the address on the website changed from 6827     11:29:40

12   North High Street, Suite 121, to a P.O. box?           11:29:43

13   A.        That is correct.                             11:29:50

14   Q.        And whose responsibility was it to           11:29:54

15   retrieve mail from the P.O. box?                       11:29:58

16   A.        I retrieved the mail from the P.O. box.      11:30:01

17   Q.        And how regularly did you retrieve mail      11:30:04

18   from the P.O. box?                                     11:30:06

19   A.        It was sporadic.  Somewhere between once a   11:30:08

20   week and once a month.                                 11:30:14

21   Q.        And what type of mail would you retrieve?    11:30:15

22   A.        I received money from readers of the Daily   11:30:19

23   Stormer.  I received correspondence from attorneys,    11:30:31

24   and I don't recall anything else.                      11:30:38

25   Q.        Okay.  Let's take them in reverse order.     11:30:44

Page 117

GREGORY ANGLIN

1

2   A.        Okay.                                           11:30:47

3   Q.        The correspondence you received from           11:30:47

4   attorneys based on your earlier testimony, I            11:30:49

5   understand that went into the tub?                       11:30:52

6   A.        That's correct, yes, sir.                      11:30:54

7   Q.        And I would like to understand what            11:30:55

8   happened to the money that was received at the P.O.     11:30:58

9   box?                                                     11:31:01

10  A.        What happened to the money that was            11:31:02

11  received at the P.O. box?                                11:31:03

12  Q.        Yes, sir.                                       11:31:04

13  A.        It was -- let me think for a minute.  The      11:31:06

14  money received at the P.O. box, I think that this is     11:31:15

15  the time period at which ████ would not -- ████          11:31:23

16  would not accept cash deposits.  So if there was         11:31:33

17  cash, I would deposit it into my account, and then      11:31:36

18  write a check to Andrew for the same amount.  And        11:31:40

19  then checks, I would deposit into the account.           11:31:44

20  Q.        Okay.  I'll break that down to make sure I     11:31:47

21  understand it.  The cash deposits that would come in     11:31:50

22  to the P.O. box, you would deposit them into your       11:31:53

23  account?                                                 11:31:56

24  A.        At some point I did.  There may have still     11:31:59

25  been a time when I was taking them directly to ████      11:32:01

Page 118

GREGORY ANGLIN

| | | |
|---|---|---|
| 1 | | |
| 2 | and they were accepting cash.  But ████ changed | 11:32:04 |
| 3 | their banking policy to no longer accept cash.  So at | 11:32:07 |
| 4 | some point, I would deposit the money in to my | 11:32:10 |
| 5 | account, write a check for the exact same amount, and | 11:32:12 |
| 6 | deposit it into Andrew's account. | 11:32:15 |
| 7 | Q.      Okay.  And which account would you deposit | 11:32:18 |
| 8 | the cash into, at what bank? | 11:32:21 |
| 9 | A.      That would have been ████████ I | 11:32:31 |
| 10 | believe. | 11:32:34 |
| 11 | Q.      And the checks that you would write to | 11:32:35 |
| 12 | Mr. Andrew Anglin were written from what bank? | 11:32:37 |
| 13 | A.      From ███████ | 11:32:41 |
| 14 | Q.      And when ████████ closed your | 11:32:46 |
| 15 | account how did your practice change, if at all? | 11:32:48 |
| 16 | A.      I think by then -- I don't recall with | 11:32:56 |
| 17 | certainty, but I think by then he had stopped -- let | 11:33:01 |
| 18 | me think.  It's so hard.  Could you ask the question | 11:33:05 |
| 19 | again?  I'm sorry. | 11:33:15 |
| 20 | Q.      Certainly.  When ████████ closed | 11:33:16 |
| 21 | your accounts how did your practice of depositing | 11:33:19 |
| 22 | cash change? | 11:33:22 |
| 23 | A.      I don't believe I deposited -- I didn't | 11:33:29 |
| 24 | deposit any cash beyond that date. | 11:33:37 |
| 25 | Q.      Okay.  You would not have deposited cash | 11:33:40 |

```
1                    GREGORY ANGLIN
2    into the account at ██████████              11:33:43
3    A.        I don't believe I ever did.       11:33:51
4    Q.        What gives you certainty about that?  11:33:54
5    A.        I don't have certainty about it.  But I  11:33:58
6    just think that we were winding up that whole cash  11:34:00
7    thing.                                       11:34:05
8    Q.        Sir, I don't understand what you mean by  11:34:13
9    winding up -- we were winding up that whole cash  11:34:15
10   thing.  Who is the we?                       11:34:18
11   A.        We would be me.  I just need to think for  11:34:21
12   just a minute.  I'm sorry.                   11:34:25
13   Q.        Please.                            11:34:26
14   A.        Starting in March -- I just want to make  11:34:56
15   sure I understand the question completely.  I'm  11:35:04
16   sorry, I think I'm getting a little bit tired here.  11:35:06
17   But go ahead.                                11:35:08
18   Q.        Certainly.  I have no problem repeating  11:35:10
19   it, sir.                                     11:35:12
20   A.        Okay.  Thank you.  I don't want to be  11:35:12
21   annoying to you.                             11:35:14
22   Q.        You're not annoying.               11:35:15
23   A.        Okay.                              11:35:16
24   Q.        You deposited cash received to the P.O.  11:35:16
25   Box into ████████████ and then wrote a      11:35:18
```

Page 120

GREGORY ANGLIN

2   corresponding check to Mr. Andrew Anglin for that        11:35:22

3   amount, correct?                                         11:35:26

4   A.        That's correct.                                11:35:26

5   Q.        At some point in time, ███████████             11:35:27

6   closed your accounts, correct?                           11:35:30

7   A.        That's correct.                                11:35:32

8   Q.        And so I would like to understand what you     11:35:33

9   did with the cash that came into the P.O. Box after      11:35:35

10  ████████████      closed your account.                   11:35:38

11  A.        I think I just let it sit until about          11:35:44

12  April of this year, 2018, when I was doing a real        11:35:51

13  estate rehab, and I borrowed some money from my son.     11:35:59

14  And so he had some cash that had accumulated.  I         11:36:02

15  borrowed that money, and then I paid it back later in    11:36:06

16  the year.                                                11:36:08

17  Q.        Okay.  And what was the amount that you        11:36:09

18  borrowed in April of this year for the real estate       11:36:11

19  rehab?                                                   11:36:13

20  A.        I misspoke.  Thank you.  It was actually       11:36:14

21  last year, it was 2017.                                  11:36:17

22  Q.        Okay.                                          11:36:20

23  A.        I borrowed -- I know the exact amount -- I     11:36:21

24  borrowed $60,038 from him early -- during the summer,    11:36:25

25  probably, of 2017.  And then I deposited -- when I       11:36:31

Page 121

GREGORY ANGLIN

1

2   paid him back at the end of 2017, I wrote him a        11:36:37

3   check.  And I don't recall making any -- doing         11:36:40

4   anything with cash other than perhaps there was a few  11:36:43

5   hundred dollars that trickled in that were still in    11:36:46

6   an envelope of his.                                     11:36:49

7   Q.       Okay.  Let's sort of go over all those        11:36:51

8   pieces of information separately.                       11:36:53

9   A.       Okay.                                          11:36:55

10  Q.       The $60,000 loan you received, that was in    11:36:55

11  the form of cash that had accumulated and was left     11:37:01

12  undeposited?                                            11:37:04

13  A.       I took it over time while I was doing         11:37:05

14  this.  I underestimated how much money it would cost   11:37:07

15  to do this rehab.  So I called Andrew and I said, can  11:37:15

16  I borrow some of this money for a few months, some of  11:37:19

17  your money.  And he said sure.  So I borrowed it,      11:37:22

18  like 5,000 here, 5,000 there.  I never knew for sure   11:37:24

19  how much more I was going to need, but I would borrow  11:37:31

20  it from him, yes.                                       11:37:33

21  Q.       How are you certain about the aggregate       11:37:35

22  amount?  I believe you said $60,038.                    11:37:37

23  A.       Yes, I was real careful.  Andrew had an       11:37:40

24  envelope with foreign currency.  Andrew had an         11:37:46

25  envelope with United States currency, and I had an     11:37:50

Page 122

                        GREGORY ANGLIN

1

2    envelope.  And when I took money in a loan from          11:37:54

3    Andrew, I would write it down on my envelope, the        11:37:57

4    date and the amount of money that I took.                11:38:00

5    Q.        And these envelopes you're referencing in      11:38:02

6    your answers, where were they physically located?        11:38:04

7    A.        They were located at a security box at ██       11:38:11

8    ██████                                                   11:38:22

9    Q.        In whose name is the security box in?           11:38:22

10   A.        In mine.                                       11:38:24

11   Q.        Okay.  And what is in the security box          11:38:26

12   today that relates to Mr. Andrew Anglin?                 11:38:30

13   A.        Some currency, I would guess -- I don't         11:38:35

14   know the exact amount.  Most of it is foreign.  About    11:38:40

15   $2,000 would be my guess.  I don't know.                 11:38:43

16   Q.        Of foreign currency?                            11:38:46

17   A.        That's correct.                                11:38:49

18   Q.        What's in the security box that relates to      11:38:49

19   Daily Stormer?                                           11:38:51

20   A.        Nothing.                                       11:38:53

21   Q.        What's in the security box that relates to      11:38:53

22   Moonbase?                                                11:38:55

23   A.        Nothing.                                       11:38:56

24   Q.        Other than the $2,000 in foreign currency       11:38:57

25   is there anything else in the security box?              11:39:01

Page 123

GREGORY ANGLIN

1

2  A.        Some different personal possessions of          11:39:03

3  mine.                                                      11:39:05

4  Q.        When you paid back Mr. Andrew Anglin the        11:39:12

5  sum of $60,038, was it a lump sum payment you made or     11:39:14

6  did you pay it incrementally?                             11:39:21

7  A.        A lump sum payment.                             11:39:23

8  Q.        How did you make that payment?                  11:39:24

9  A.        I wrote a check from ████ and deposited         11:39:26

10 it in his account.                                        11:39:30

11 Q.        His account at ████?                            11:39:31

12 A.        That's correct.                                 11:39:32

13 Q.        And when did that occur?                        11:39:33

14 A.        December of last year, 2017.                    11:39:36

15 Q.        What is the last date in which you              11:39:38

16 deposited money into the ████ account for Mr. Andrew      11:39:41

17 Anglin?                                                   11:39:44

18 A.        I believe that was the last deposit.            11:39:46

19 Q.        The 60,038?                                     11:39:48

20 A.        Yes.  Thank you.                                11:39:52

21 Q.        And the check that you wrote him was from       11:39:54

22 your account at ████                                      11:39:55

23 A.        That's correct.                                 11:39:57

24 Q.        If we go back to Exhibit 8, sir, in the         11:40:00

25 upper right-hand corner it says Box Number 208.  Is       11:40:03

Page 124

                    GREGORY ANGLIN

 1

 2   that consistent with your recollection as to where     11:40:09

 3   you received mail for Mr. Andrew Anglin?               11:40:10

 4   A.        Yes, it is.                                  11:40:13

 5   Q.        And did you have any assistance in filling   11:40:14

 6   out this form?                                         11:40:17

 7   A.        I mean, it's possible that I asked a         11:40:22

 8   question of the woman at the post office.  I don't     11:40:24

 9   recall.                                                11:40:27

10   Q.        Other than asking the person at the post     11:40:28

11   office, do you recall asking for anyone else's         11:40:30

12   assistance in completing the form?                     11:40:34

13   A.        No, I did not.                               11:40:37

14   Q.        Did you get the form at the post office or   11:40:38

15   was it mailed to you?                                  11:40:40

16   A.        I don't recall.                              11:40:41

17   Q.        Do you recall visiting the post office to    11:40:42

18   submit it?                                             11:40:45

19   A.        I don't recall if I visited the post         11:40:51

20   office or -- my guess would be I dropped it off at     11:40:53

21   the post office, but I don't recall that act.          11:40:58

22   Q.        If you look at item number one, it says:     11:41:00

23   This service is for (required selection), and the box  11:41:01

24   that is checked is business/organization use.  Is      11:41:08

25   that correct?                                          11:41:12

Page 125

GREGORY ANGLIN

1

2    A.        That is correct.                           11:41:12

3    Q.        You checked that box?                      11:41:13

4    A.        Yes, I did.                                11:41:14

5    Q.        What business or organization were you     11:41:15

6    checking that box for?                               11:41:17

7    A.        I think the business organization is       11:41:20

8    Andrew Anglin.                                       11:41:22

9    Q.        And is that an individual's name or is     11:41:24

10   that a business name?                                11:41:27

11   A.        I guess it's both.  It's my son's name,    11:41:28

12   yeah.                                                11:41:31

13   Q.        And then if you turn back to Exhibit 4,    11:41:32

14   sir, the trade name registration?                    11:41:34

15   A.        Right.                                     11:41:38

16   Q.        On January 10th, 2017, you registered the  11:41:38

17   trade name Andrew Anglin on behalf of Moonbase       11:41:43

18   Holdings, LLC, is that correct?                      11:41:46

19   A.        Yeah, that's correct.                      11:41:49

20   Q.        And two days later on Exhibit 8 you open a 11:41:50

21   P.O. box on behalf of the trade name Andrew Anglin,  11:41:55

22   is that correct?                                     11:41:59

23   A.        Yes, I think that was his plan, yes.       11:42:00

24   Q.        And the plan that you're referencing is to 11:42:02

25   create a trade name for Moonbase Holdings called     11:42:08

1                    GREGORY ANGLIN

2    Andrew Anglin, correct?                            11:42:11

3    A.        I don't know if it was for Moonbase       11:42:13

4    Holdings or how any of that works.  This is just how  11:42:14

5    he asked me to set it up.                          11:42:19

6    Q.        If you look at the middle of Exhibit 4,  11:42:21

7    sir, you'll see it references Moonbase Holdings, LLC.  11:42:23

8    A.        Um-hum.                                   11:42:27

9    Q.        If you turn to the first page of Exhibit 4  11:42:28

10   under the column that says Name of Registrant it says  11:42:30

11   Moonbase Holdings, LLC, correct?                   11:42:33

12   A.        That's correct.                          11:42:36

13   Q.        And you knew that at the time you         11:42:36

14   submitted this form on January 10, 2017, right?    11:42:38

15   A.        Yeah, yeah.                               11:42:42

16   Q.        If you turn back to Exhibit 8, the name of  11:42:43

17   the person who was applying for the P.O. Box on     11:42:49

18   behalf of trade name Andrew Anglin is yourself,    11:42:52

19   Gregory Anglin, correct?                           11:42:57

20   A.        Yes, that's correct.                      11:42:59

21   Q.        And the address listed is your office     11:42:59

22   address, is that correct?                          11:43:02

23   A.        That's correct.                          11:43:02

24   Q.        And the phone number listed is your phone  11:43:02

25   number, correct?                                   11:43:04

```
 1                    GREGORY ANGLIN

 2    A.        That's correct.                        11:43:05

 3    Q.        And the email address listed is your email   11:43:05

 4    address, right?                                  11:43:08

 5    A.        That is correct.                       11:43:09

 6    Q.        And under Photo I.D., you've checked Valid   11:43:10

 7    Driver's License, is that right?                 11:43:15

 8    A.        That's correct.                        11:43:17

 9    Q.        And the Photo I.D. number there, is that a   11:43:17

10    reflection of your Driver's I.D. number?         11:43:21

11    A.        I would presume it is.                 11:43:23

12    Q.        Okay.  And then there's a reference to   11:43:25

13    home or vehicle insurance policy.  Is that your home   11:43:27

14    or vehicle insurance policy?                     11:43:30

15    A.        Yes, it would be.                      11:43:31

16    Q.        Okay.  And other than yourself, who else   11:43:32

17    was authorized to receive mail at the P.O. box?   11:43:35

18    A.        Well, I think the next page says just me.   11:43:38

19    Q.        Was Mr. Andrew Anglin, your son, the   11:43:42

20    individual, was he authorized to receive mail at the   11:43:45

21    P.O. box?                                        11:43:49

22    A.        No, he was not.                        11:43:49

23    Q.        He was not allowed to pick it up?      11:43:50

24    A.        You have to register that in person, and   11:43:53

25    he was never in the United States.              11:43:57
```

```
 1                    GREGORY ANGLIN

 2    deposit box of which you're aware?              11:46:10

 3    A.         I'm only aware of one.               11:46:13

 4    Q.         And when did you open that safety deposit  11:46:15

 5    box?                                            11:46:17

 6    A.         When I opened the account at that bank, so  11:46:24

 7    I think that was sometime late in 2017.         11:46:28

 8    Q.         Okay.  Did you previously have a safety  11:46:32

 9    deposit box at ███████████                      11:46:35

10    A.         Yes, I did.                          11:46:38

11    Q.         Do you still have that?              11:46:39

12    A.         No, I do not.                        11:46:40

13    Q.         When your accounts at ███████████ were  11:46:41

14    closed was the safety deposit box closed as well?  11:46:42

15    A.         I closed it.  They didn't ask me to close  11:46:47

16    it.                                             11:46:49

17    Q.         You referenced earlier, sir, an envelope  11:46:50

18    on which you tracked the amount of money that you  11:46:53

19    were borrowing from your son.  Does that envelope  11:46:56

20    still exist?                                    11:47:01

21    A.         No.                                  11:47:01

22    Q.         What happened to it?                 11:47:02

23    A.         That would have been thrown away when I  11:47:03

24    paid the 60,038 back.                           11:47:06

25    Q.         Did you pay back exactly $60,038 or did  11:47:08
```

                        GREGORY ANGLIN

1

2    you pay any interest?                              11:47:12

3    A.        I did not pay interest, no.              11:47:14

4    Q.        Have you borrowed any other sums from your  11:47:22

5    son?                                               11:47:24

6    A.        No.                                      11:47:24

7    Q.        On Item 2 for Exhibit 8, when you listed 11:47:33

8    Andrew Anglin, did you intend to denote your son, the  11:47:36

9    individual, or did you intend to denote the trade  11:47:43

10   name that was registered by Moonbase Holdings on  11:47:47

11   January 10th, 2017?                                11:47:50

12   A.        I didn't really have any intent either   11:47:53

13   way.  I filled out the form the way that Andrew    11:47:55

14   Anglin asked me to.                                11:47:58

15   Q.        Okay.  You checked the box               11:47:59

16   business/organization use --                       11:48:00

17   A.        That's correct.                          11:48:02

18   Q.        -- rather than residential.              11:48:02

19             Did he tell you to do that?              11:48:04

20   A.        He told me that I have to do that        11:48:06

21   because -- yes, he told me to do that.             11:48:08

22   Q.        And did he have a copy of the form?      11:48:12

23   A.        Apparently.                              11:48:14

24   Q.        Who sent it to him?                       11:48:15

25   A.        I didn't send it to him.  I don't know.  11:48:17

Page 132

GREGORY ANGLIN

1

2  Q.        Were you talking to him on the phone while        11:48:19

3  you were filling out the form?                             11:48:21

4  A.        I don't remember.                                11:48:29

5  Q.        Do you still receive mail at 208?                11:48:42

6  A.        Mail still goes to P.O. Box 208.  I don't        11:48:48

7  collect it any longer.                                     11:48:51

8  Q.        Who collects it?                                 11:48:53

9  A.        Nobody to my knowledge.                          11:48:54

10 Q.        And when did you stop collecting mail at         11:48:55

11 P.O. Box 208?                                              11:48:57

12 A.        I'm bad at time frames.  Maybe a couple          11:49:03

13 months ago.                                                11:49:05

14 Q.        Why did you make that decision?                  11:49:05

15 A.        I just didn't want to do it any more.            11:49:07

16 Q.        Do you know if the P.O. Box still contains       11:49:11

17 cash contributions?                                        11:49:15

18 A.        There had not been cash contributions for       11:49:17

19 quite a long time, so I would be surprised.               11:49:19

20 Q.        But you don't know, because you haven't          11:49:24

21 visited the P.O. box?                                      11:49:26

22 A.        That's correct.                                  11:49:28

23           (Plaintiff's Exhibit 9 was marked for            11:49:28

24 identification.)                                           11:49:28

25 Q.        Okay.  Mr. Anglin, I'm handing you a             11:49:32

Page 137

1                           GREGORY ANGLIN

2    information.                                      12:08:04

3    A.          Yes, sir.                             12:08:04

4    Q.          Sir, you talked about the loan that was    12:08:05

5    made to you from funds sent to Andrew Anglin the      12:08:09

6    $60,038?                                          12:08:13

7    A.          Um-hum.                               12:08:15

8    Q.          And you referenced a real estate rehab    12:08:15

9    project, is that correct?                         12:08:19

10   A.          That's correct.                       12:08:20

11   Q.          Was that rehab project related in any way    12:08:20

12   related to Mr. Andrew Anglin?                      12:08:23

13   A.          No, it was not.                        12:08:24

14   Q.          Related in any way to Moonbase Holdings?    12:08:26

15   A.          No, it was not.                        12:08:28

16   Q.          Was it related to Daily Stormer?      12:08:29

17   A.          No, it was not.                        12:08:31

18   Q.          Was it associated with your personal    12:08:32

19   business affairs?                                 12:08:34

20   A.          Yes, sir, it was.                      12:08:35

21   Q.          And was that real estate rehab associated    12:08:36

22   with property here in Columbus, Ohio?             12:08:39

23   A.          Yes, it was.                           12:08:41

24   Q.          Is that project complete?             12:08:44

25   A.          Yes, sir, it is, finally.             12:08:46

Page 144

1                    GREGORY ANGLIN

2    121, Worthington, Ohio?                        12:16:17

3    A.          Yes, I see that.                    12:16:19

4    Q.          And on top of that it says, "And snail   12:16:20

5    mail for cash (any currency), checks, money orders,  12:16:22

6    and so on."  Is that what it says?              12:16:29

7    A.          That is what it says.               12:16:32

8    Q.          And underneath it lists the address 12:16:33

9    associated with your consulting business, correct?  12:16:35

10   A.          That's correct.                     12:16:39

11   Q.          We talked about cash, and we talked about  12:16:41

12   foreign currency.  We didn't talk about money orders.  12:16:43

13   Did you ever receive money orders at that address?  12:16:47

14   A.          Yes, I did.                          12:16:49

15   Q.          And how did you treat those?         12:16:50

16   A.          Well, just like a check.             12:16:53

17   Q.          You would deposit them into the ███   12:16:56

18   account?                                         12:16:59

19   A.          That's correct.                      12:16:59

20   Q.          Or on occasion you would deposit them into  12:17:00

21   your ███████████ account and then send a check to  12:17:02

22   Mr. Anglin for the corresponding amount?          12:17:06

23   A.          Well, only with cash.                12:17:08

24   Q.          You would only do that with cash?    12:17:09

25   A.          That's correct.                      12:17:13

Page 147

```
 1                  GREGORY ANGLIN

 2   Daily Stormer website?                          12:20:10

 3   A.        No, I don't.                          12:20:13

 4   Q.        Do you know if people who write for the  12:20:15

 5   Daily Stormer get paid?                         12:20:17

 6   A.        No, I don't know.                     12:20:19

 7   Q.        Do you have any understanding as to what  12:20:24

 8   happens to the money that is contributed to the Daily  12:20:25

 9   Stormer?                                        12:20:27

10   A.        No, I don't.                          12:20:31

11   Q.        Did you ever ask Andrew Anglin that   12:20:32

12   question?                                       12:20:35

13   A.        No, I did not.                        12:20:35

14   Q.        You were depositing money in to his   12:20:38

15   account, correct?                               12:20:41

16   A.        I deposited money in to his account, yes,  12:20:44

17   sir.                                            12:20:46

18   Q.        And you collected money from the P.O. box?  12:20:47

19   A.        That's correct.                       12:20:49

20   Q.        You collected money from the 6827 North  12:20:49

21   High Street address?                            12:20:52

22   A.        That's correct.                       12:20:53

23   Q.        And you never asked him what's this money  12:20:54

24   for?                                            12:20:55

25   A.        No, I never had a conversation with him  12:20:58
```

Page 148

1                        GREGORY ANGLIN

2   except before I borrowed the money, I asked him -- I    12:21:00

3   just confirmed again, I said, this is your money.  He   12:21:11

4   said this is my money.                                  12:21:14

5   Q.        And did you have an understanding             12:21:15

6   independent of any conversation you might have had      12:21:18

7   with him as to what the purpose of these                12:21:21

8   contributions that were coming into these addresses     12:21:24

9   was?                                                    12:21:27

10  A.        What the -- the purpose meaning why they      12:21:31

11  sent them or what they were supposed to do -- what he   12:21:34

12  was supposed to do with the money?                      12:21:36

13  Q.        We can talk about both.  Let's talk about     12:21:38

14  the first concept first.  Why do you understand         12:21:40

15  people were sending money?                              12:21:42

16  A.        I think it was primarily readers of the       12:21:44

17  site that were sending him money.                       12:21:47

18  Q.        The Daily Stormer website?                    12:21:50

19  A.        That is correct, readers of the Daily         12:21:52

20  Stormers website were sending Andrew money.             12:21:54

21  Q.        And what about the second question, what      12:21:58

22  was going to be done with the money; what did you       12:21:59

23  understand to happen?                                   12:22:01

24  A.        You know, I don't know what he does with      12:22:02

25  his money.                                              12:22:03

Page 149

1                    GREGORY ANGLIN

2    Q.         And did you have any belief or opinion as      12:22:04

3    to what was going to occur with the funds that were       12:22:07

4    sent to the addresses we've talked about today?           12:22:10

5    A.         No, I did not.                                  12:22:13

6    Q.         Sir, are you paying your own legal fees in      12:22:21

7    connection with this deposition?                           12:22:26

8    A.         Yes, I am.                                      12:22:27

9    Q.         Do you intend to seek reimbursement from       12:22:28

10   your son?                                                  12:22:30

11   A.         No, I do not.                                   12:22:30

12             MR. QURESHI:  I have no further questions.       12:22:35

13             ████████████  Thank you.                         12:22:37

14             MR. QURESHI:  Thank you for your time,           12:22:38

15   Mr. Anglin.                                                12:22:40

16             THE VIDEOGRAPHER:  It's 12:21, we're off        12:25:44

17   the record.                                                12:25:44

18             (Signature Not Waived.)                          12:25:44

19                    - - -                                     12:25:44

20        (DEPOSITION CONCLUDED AT 12:21 P.M.)                  12:25:44

21

22

23

24

25

Page 151

```
1                    GREGORY ANGLIN

2                     CERTIFICATE                    12:25:44

3    State of Ohio      :                            12:25:44

                        SS:                          12:25:44

4    County of Franklin:

5            I, Jackie Olexa White, Notary Public in

6    and for the State of Ohio, duly commissioned and

7    qualified, certify that the within named GREGORY

8    ANGLIN was by me duly sworn to testify to the whole

9    truth in the cause aforesaid; that the testimony was

10   taken down by me in stenotypy in the presence of said

11   witness, afterwards transcribed upon a computer; that

12   the foregoing is a true and correct transcript of the

13   testimony given by said witness taken at the time and

14   place in the foregoing caption specified.

15           I certify that I am not a relative,

16   employee, or attorney of any of the parties hereto,

17   or of any attorney or counsel employed by the

18   parties, or financially interested in the action.

19           IN WITNESS WHEREOF, I have set my hand and

20   affixed my seal of office at Columbus, Ohio, on this

21   13th day of November, 2018.

22

                     _____

23                   JACKIE OLEXA WHITE, Notary Public

                     in and for the State of Ohio

24                   and RPR-CM.

25   My Commission expires January 21, 2019.
```