# EXHIBIT 6

NOVEMBER 16, 2018




HOME    NEWS    ARTS & CULTURE    MEDIA    CONTACT US    DONATE

ONE PEOPLE'S PROJECT

NEWS    [ November 15, 2018 ]  'We Put One Step Forward, Kept Movin' On':    SEARCH …

HOME  >  EVENTS  >  Rally Against the Anglins of Daily Stormer in Ohio

# Rally Against the Anglins of Daily Stormer in Ohio

January 5, 2017   Idavox      2

[Flyer image: "Montana for an armed 'March Against the Jews' in support of a local neo-nazi group headquartered there. And his father cashes his checks and handles the mail. This is his father Greg Anglin. Greg runs a 'Christian Counseling Center' in Worthington where he raised his son to be a nazi. While his little baby boy wanders the earth inciting hatred, Greg picks up his mail. Andrew's website is registered to his father's business address. Donations to support Andrew's 'cause' of putting people in ovens are also mailed to that address. Checks mailed there will be cashed and Andrew specifically uses his Dad's TAX FREE business operation as a front for his hatred. Greg claims he does not agree with his son but his money is where Andrew's mouth is. Demonstration Saturday 1-14-2017 1pm 6827 N. High Street Worthington. Anti-Racist Action stands with the people of Whitefish Montana who do not want Neo-Nazis building a base in their town or threatening residents with an armed march. Join us in going to Greg Anglin's 'Christian' counseling center and letting Greg know that this community will not let him cash checks for his son's proposed next Holocaust"]

### ALERTS, EVENTS & ANNOUNCEMENTS

**NOV**
**17**
**Sat**
(https://idavox.com/index.php/calendar/action~oneday/exact_date~17-11-2018/)

**11:00 am** Proud Boy-Affiliated III%er Grou... @ independence Visitor Center (https://idavox.com/index.php/event/proud-boy-affiliated-iiier-group-to-rally-in-philly/?instance_id=140)

(https://idavox.com/index.php/calendar/)

### FOLLOW ON TWITTER

    

Case: 2:17-cv-00720-EAS-EPD Doc #: 46-7 Filed: 11/16/18 Page: 3 of 5 PAGEID #: 969

**WHEN:**
January 14, 2017 @ 1:00 pm – 4:00 pm

**WHERE:**
6827 N High St
Worthington, OH 43085
USA

**CONTACT:**
 Colubus Anti-Racist Action
 (614)407-5887
 Email (mailto:aracbus@gmail.com)

 EVENT (HTTPS://IDAVOX.C
  Andrew Anglin (https://idav
  Columbus (https://idavox.co
  Daily Stormer (https://idavo
  Greg Anglin (https://idavox
  Hate (https://idavox.com/in
  Ohio (https://idavox.com/in
  racism (https://idavox.com/

 (https://idavox.com/index.php/calendar/)



**Tweets** by @IdavoxOPP



Embed　　　　View on Twitter

**FOLLOW ON FACEBOOK**



We must state for the record: We are not sure if the Daily Stormer's Andrew Anglin is actually going to pull of his armed anti-Jewish rally in Whitefish, Montana on Martin Luther King, Jr. Day. This is a guy who does not make public appearances, only talks trash from behind his computer and has not even filed the application for a permit to rally in Whitefish on that or any day in the near future (we called the city clerk and they confirmed to us that the application had not been received). But screw HIS timetable. Anti-Racist Action isn't going by that. See, Anglin keeps wanting to be an asshole screwing with people with his Nazi BS from afar, but he is in the Columbus, Ohio area and Columbus is not only the home of one of the strongest chapters of ARA, but it's also where we called home for a year and a half. To that end antifa is making other plans – zeroing in on his disreputable father Greg

who seems to be a kind of silent partner of his son's and just so happens to own an office building just outside town! So Andrew now has a choice: Go out and posture thousands of miles away from where people back home are calling him and his Daddy out, or stay home and deal with the mess he is making of his life that is now being dealt with in more offline scenarios.

    


**« PREVIOUS**
ALERT! Neo Confederate 'Memorial Service' in Lexington, VA

**NEXT »**
ALERT! Neo-Fascist 'Atlanta Forum' to Take Place Jan. 28


## 2 COMMENTS

 **adolf the great**
JANUARY 9, 2017 AT 11:31 PM

good luck with that antifa faggots

**To all: The two negative comments you see here are posted because we just want to say how comical these net Nazis can be. Bravado doesn't work when you don't show up, and the 50 that turned out (and by the way effectively got the Anglin Family kicked out of that office building in the process – more on that later) were not opposed in any way. So Adolf, thanks for the good luck wishes! We most certainly had that!–Idavox**

 **↰ REPLY**

 **kerrang**
JANUARY 11, 2017 AT 8:09 AM

so, lefties, are you scared of us? :)))) 14/88 WPWW

**↰ REPLY**

## Leave a Reply

Your email address will not be published.

Comment

Object in the image

Name *

Email *

Website

POST COMMENT

This site uses Akismet to reduce spam. Learn how your comment data is processed.

Copyright © 2016 | One People's Project