# EXHIBIT 8

# STEVEN CROWDER ALLEGEDLY HUNTING MANCHESTER BOMBING MASTERMIND DEAN OBEIDALLAH IN ISIS-OCCUPIED SYRIA!

Andrew Anglin

**Daily Stormer**

August 29, 2017



Dean "Dean of ISIS" Obediallaih, mastermind of the Manchester bombing

I am being sued by a greasy Islamic terrorist who is now claiming that real tweets that he posted were faked by me, as he tries to wiggle his way out of guilt for masterminding the Manchester bombing.

Dean Obedelliah openly admitted to carrying out the attack on Twitter, and all I did was post screen shots.

His lawsuit – or perhaps I should say "lolsuit" – is pure fabrication, designed to cover-up his key role in the bombing.

You can read the fake news take on this at Cleveland.com.

Here's an example:





See.

They are claiming I edited the Tweets. In fact, he edited the tweets. And before you're like "ANGLIN TWITTER DOESN'T LET YOU EDIT TWEETS" – get this: he's got what's called a "Master's Account," which is a special type of Twitter account that allows users to edit tweets.

That's the reality we're living in here, folks: I can't even keep a website up, and this ADMITTED TERRORIST who is PLANNING MORE ATTACKS from a base in RAQQA is still on TWITTER with a MASTER'S ACCOUNT.

And I'M THE ONE getting sued, while he lives it up in ISIS-controlled Syria with 14 Yazidi child sex slaves he calls his "girlies."

Luckily for the forces of good in the universe, the heroic white hero Steve Crowder has taken up the cause and vowed to hunt down Obedelliah AKA "The Dean of Comedy" and make him woe the day.





Dean Obelidiallh



Steven Crowder

US President Donald Trump has gone around the established and legal legal system and personally given a warrant directly to the vigilante mass-murderer Crowder to bring Obelidelia to justice.

According to a series of Tweets during a back and forth with Obidiallah, Crowder, leader of a massive

secret army of Neo-Nazi terrorists, has traveled to Syria to track down the notorious bomber and frivolous lawsuit filer…









I cannot confirm that Crowder actually trained Seal Team Six. However, he has run the most infamous international Neo-Nazi terrorist organization on the planet – The Blood Order of Aryan Skinheads – for nigh a decade, and is, according to the SPLC, "personally responsible for the brutal torture, murder and dismemberment of hundreds of Jews, blacks, Muslims and Mexicans." He is also responsible, again according to the SPLC, for more than three dozen synagogue bombings dating back to 2002 when he released a grainy video declaring "the beginning of the real and final Holocaust."

He has only been arrested once, in 2011, when he is said to have "slipped out of handcuffs, bent the bars of the jail cell and squeezed through." He killed nine cops during his escape. He made 12 children

fatherless, and one motherless. He has referred to cops as "blue ZOG niggers."

Allegedly, Twitter won't ban him due to repeated threats that if they do "all of their offices will explode simultaneously."



Currently, it is unknown what has happened with Crowder (The Dean of Genocide) or the Dean of Comedy. What we do know is that these were the last Tweets by either of them.

Presumably, even if Dean disappears, the Association of Moslems will still sue me. So send some money, lmao. I'm also getting sued by the Jews (although that is I think totally covered already). These Semitic rats just crawl up into the country my ancestors built and start drinking the blood from my veins and demanding cash. I might even be getting sued over Charlottesville somehow. I'm also kicked off of the internet by Jews, and that shit is not cheap.