IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEAN OBEIDALLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW B. ANGLIN,<br>    DBA *Daily Stormer*,<br><br>and<br><br>MOONBASE HOLDINGS, LLC,<br>    DBA Andrew Anglin,<br><br>and<br><br>JOHN DOES NUMBERS 1–10,<br>    Individuals who also assisted in the publication or representation of false statements regarding<br>    Mr. Obeidallah,<br><br>    Defendants. | CASE NO. 2:17-CV-00720-EAS-EPD<br><br>CHIEF JUDGE EDMUND A. SARGUS<br><br>MAGISTRATE JUDGE<br>ELIZABETH PRESTON DEAVERS |
| **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST**<br>**TO BE REMOVED FROM ECF SERVICE LIST** | |

Notice is hereby given that attorney Johnathan Smith should be withdrawn as counsel for Plaintiff Dean Obeidallah. Mr. Smith is no longer associated with Muslim Advocates. Plaintiff will continue to be represented by other counsel of record from Lathan & Watkins LLP, the Chandra Law Firm, and Muslim Advocates. Plaintiff also requests that the Court direct the Clerk to remove Mr. Smith's name from the CM/ECF service list in this matter.

1

Dated: February 1, 2019          Respectfully submitted,

*/s/ Johnathan Smith*
Johnathan Smith (D.C. Bar No. 1029373)
Muslim Advocates
P.O. Box 34440
Washington, D.C. 20043
johnathan@muslimadvocates.org
Tel: (202) 897-1897
Fax: (202) 508-1007

*Attorney for Plaintiff*
*Admitted pro hac vice*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I filed this notice of withdrawal through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel required to be served.

By: */s/ Johnathan Smith*