IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEAN OBEIDALLAH,**

    **Plaintiff,**

            **Case No. 2:17-cv-720**
            **Chief Judge Edmund A. Sargus, Jr.**
    **v.**           **Chief Magistrate Judge Elizabeth P. Deavers**

**ANDREW B. ANGLIN,** *et al.***,**

    **Defendants.**

## DEFICIENCY NOTICE

On February 1, 2019, Attorney Johnathan Smith filed a Notice of Withdrawal of Counsel, purporting to withdraw as co-counsel for Plaintiff.  (ECF No. 50.)  Counsel's Notice is ineffective because it fails to comply with Southern District of Ohio Local Civil Rule 83.4, which provides in pertinent part that "[c]o-counsel may withdraw by way of notice of withdrawal signed by the withdrawing attorney and by the trial attorney for the party on whose behalf co-counsel has appeared."  S.D. Ohio Civ. R. 83.4(d).  The subject Notice is deficient because the trial attorney did not sign the Notice.

Within seven (7) days, counsel is **DIRECTED** to re-file the Notice in compliance with Local Rule 83.4.

    **IT IS SO ORDERED.**


Date: February 3, 2019                /s/ *Elizabeth A. Preston Deavers*
                                        ELIZABETH A. PRESTON DEAVERS
                                        CHIEF UNITED STATES MAGISTRATE JUDGE