IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEAN OBEIDALLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW B. ANGLIN,<br>    DBA *Daily Stormer*,<br><br>and<br><br>MOONBASE HOLDINGS, LLC,<br>    DBA Andrew Anglin,<br><br>and<br><br>JOHN DOES NUMBERS 1–10,<br>    Individuals who also assisted in the publication or representation of false statements regarding Mr. Obeidallah,<br><br>    Defendants. | CASE NO. 2:17-CV-00720-EAS-EPD<br><br>CHIEF JUDGE EDMUND A. SARGUS<br><br>MAGISTRATE JUDGE<br>ELIZABETH PRESTON DEAVERS |
| **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST** ||

    Pursuant to S.D. Ohio Civ. R. 83.4(d), notice is hereby given that attorney Johnathan Smith should be withdrawn as counsel for Plaintiff Dean Obeidallah. As of February 1, 2019, Mr. Smith has left Muslim Advocates after accepting a position of employment elsewhere. Plaintiff will continue to be represented by other counsel of record from Lathan & Watkins LLP, the Chandra Law Firm, and Muslim Advocates. Plaintiff also requests that the Court direct the Clerk to remove Mr. Smith's name from the CM/ECF service list in this matter.

Dated: February 04, 2019                      Respectfully submitted,

    /s/ Subodh Chandra (Trial Attorney)
Subodh Chandra (OH Bar No. 0069233)
Donald Screen (OH Bar No. 0044070)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th Street, Suite 400
Cleveland, OH 44113-1326
Phone: (216) 578-1700
Fax: (216) 578-1800
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com

    /s/ Johnathan Smith
Johnathan Smith (D.C. Bar No. 1029373)*
Muslim Advocates
P.O. Box 34440
Washington, D.C. 20043
johnathan@muslimadvocates.org
Tel: (202) 897-1897
Fax: (202) 508-1007

*Attorneys for Plaintiff*
*\*Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 04, 2019, I filed this notice of withdrawal through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel required to be served.

By: */s/ Subodh Chandra*
 Subodh Chandra