# EXHIBIT C

## Neonazi BTC Tracker
@NeonaziWallets

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 8,389 | 11 | 2,330 | 28 |

Follow

### Neonazi BTC Tracker
@NeonaziWallets

An automated feed of bitcoin transactions involving suspected neonazi or altright extremist wallets. Send comments or intel on neonazi BTC wallets to @Bambenek.

- Champaign, IL
- bambenekconsulting.com
- Joined August 2017

Photos and videos

**Tweets**  Tweets & replies  Media

**Neonazi BTC Tracker** @NeonaziWallets · 2h
New payment to Identity Evropa:
0.04923086 BTC ($177.59)
blockchain.info/tx/dae49714c8d...
Total of Identity Evropa BTC wallets:
0.97332011 BTC ($3,511.13)

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Andrew Auernheimer (weev) daily wallet summary report (Lifetime Numbers):
Rec: 198.00254016 BTC ~$714,419.9 USD
Spent: 195.12938953 BTC ~$704,053.18 USD
Bal: 2.87315063 BTC ~$10,366.72 USD.

♡ 1   ♥ 1

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Vanguard America daily wallet summary report (Lifetime Numbers):
Rec: 0.04998575 BTC ~$180.36 USD
Spent: 0 BTC ~$0 USD
Bal: 0.04998575 BTC ~$180.36 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Mike Peinovich (The Right Stuff) daily wallet summary report (Lifetime Numbers):
Rec: 26.7262559 BTC ~$96,431.94 USD
Spent: 26.66031042 BTC ~$96,194 USD
Bal: 0.06594548 BTC ~$237.94 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Tara McCarthy daily wallet summary report (Lifetime Numbers):
Rec: 0.50533578 BTC ~$1,823.32 USD
Spent: 0 BTC ~$0 USD
Bal: 0.50533578 BTC ~$1,823.32 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h



**Neonazi BTC Tracker**
@NeonaziWallets

Tweets: 8,389 | Following: 11 | Followers: 2,330 | Likes: 28

Follow

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Henrik Palmgren (RedIce.tv) daily wallet summary report (Lifetime Numbers):
Rec: 0.35462346 BTC ~$1,279.53 USD
Spent: 0.35462346 BTC ~$1,279.53 USD
Bal: 0 BTC ~$0 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Radio Aryan daily wallet summary report (Lifetime Numbers):
Rec: 0.56682965 BTC ~$2,045.35 USD
Spent: 0.41917168 BTC ~$1,512.54 USD
Bal: 0.14765797 BTC ~$532.81 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
New payment to Radio Aryan:
0.005 BTC ($18.04)
blockchain.info/tx/38dd5e8d747…
Total of Radio Aryan BTC wallets:
0.14765797 BTC ($532.81)

**Neonazi BTC Tracker** @NeonaziWallets · 3h
National Policy Institute daily wallet summary report (Lifetime Numbers):
Rec: 0.16234118 BTC ~$585.79 USD
Spent: 0.15881214 BTC ~$573.06 USD
Bal: 0.00352904 BTC ~$12.73 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Nordfront daily wallet summary report (Lifetime Numbers):
Rec: 0.71946836 BTC ~$2,596.13 USD
Spent: 0.15013977 BTC ~$541.77 USD
Bal: 0.56932859 BTC ~$2,054.37 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Stefan Molyneux daily wallet summary report (Lifetime Numbers):
Rec: 688.93653722 BTC ~$2,485,962.05 USD
Spent: 688.41279619 BTC ~$2,484,072.18 USD
Bal: 0.52374103 BTC ~$1,889.87 USD.

♡ 1

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Colin Robertson (Millennial Woes) daily wallet summary report (Lifetime

## Neonazi BTC Tracker
@NeonaziWallets

Tweets 8,389 | Following 11 | Followers 2,330 | Likes 28

Follow

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Horus the Avenger daily wallet summary report (Lifetime Numbers):
Rec: 0.03234272 BTC ~$116.71 USD
Spent: 0 BTC ~$0 USD
Bal: 0.03234272 BTC ~$116.71 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Fash the Nation daily wallet summary report (Lifetime Numbers):
Rec: 30.57174988 BTC ~$110,315.26 USD
Spent: 30.57174988 BTC ~$110,315.26 USD
Bal: 0 BTC ~$0 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Faith Goldy daily wallet summary report (Lifetime Numbers):
Rec: 1.7250973 BTC ~$6,222.4 USD
Spent: 1.55370643 BTC ~$5,604.3 USD

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Identity Evropa daily wallet summary report (Lifetime Numbers):
Rec: 0.94567925 BTC ~$3,411.05 USD
Spent: 0.02159 BTC ~$77.87 USD
Bal: 0.92408925 BTC ~$3,333.18 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Démocratie Participative daily wallet summary report (Lifetime Numbers):
Rec: 0.72566185 BTC ~$2,617.45 USD
Spent: 0.12362822 BTC ~$445.93 USD
Bal: 0.60203363 BTC ~$2,171.53 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Andrew Anglin (Dailystormer) daily wallet summary report (Lifetime Numbers):
Rec: 104.98526164 BTC ~$378,680.44 USD
Spent: 104.56941256 BTC ~$377,180.48 USD
Bal: 0.41584908 BTC ~$1,499.96 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Counter Currents daily wallet summary report (Lifetime Numbers):
Rec: 8.23982633 BTC ~$29,720.94 USD



Home | Moments | Search Twitter | Have an account? Log in

**Neonazi BTC Tracker**
@NeonaziWallets

Tweets 8,389 | Following 11 | Followers 2,330 | Likes 28

Follow

---

**Neonazi BTC Tracker** @NeonaziWallets · 3h
Robert Ray (azzmador) daily wallet summary report (Lifetime Numbers):
Rec: 3.30174259 BTC ~$11,912.86 USD
Spent: 3.30174259 BTC ~$11,912.86 USD
Bal: 0 BTC ~$0 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 3h
James Alsup daily wallet summary report (Lifetime Numbers):
Rec: 1.04870489 BTC ~$3,783.78 USD
Spent: 0.0428359 BTC ~$154.55 USD
Bal: 1.00586899 BTC ~$3,629.23 USD.

**Neonazi BTC Tracker** @NeonaziWallets · 16h
New payment to Nordfront:
0.00237433 BTC ($8.58)
blockchain.info/tx/c4ff2ef7a32…
Total of Nordfront BTC wallets:
0.56932859 BTC ($2,057.19)

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
New payment to Andrew Anglin (Dailystormer):
0.00166147 BTC ($5.99)
blockchain.info/tx/e39a7000cd8…
Total of Andrew Anglin (Dailystormer) BTC wallets:
0.41584908 BTC ($1,499.45)

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
Andrew Auernheimer (weev) daily wallet summary report (Lifetime Numbers):
Rec: 198.00254016 BTC ~$713,792.23 USD
Spent: 195.12938953 BTC ~$703,434.62 USD
Bal: 2.87315063 BTC ~$10,357.61 USD.

1

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
Vanguard America daily wallet summary report (Lifetime Numbers):
Rec: 0.04998575 BTC ~$180.2 USD
Spent: 0 BTC ~$0 USD
Bal: 0.04998575 BTC ~$180.2 USD.

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
Mike Peinovich (The Right Stuff) daily wallet summary report (Lifetime Numbers):

**Neonazi BTC Tracker**
@NeonaziWallets

Tweets 8,389 | Following 11 | Followers 2,330 | Likes 28

Follow

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
Richard Spencer daily wallet summary report (Lifetime Numbers):
Rec: 0.72685908 BTC ~$2,620.3 USD
Spent: 0.71698761 BTC ~$2,584.72 USD
Bal: 0.00987147 BTC ~$35.59 USD.

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
Don Black (Stormfront) daily wallet summary report (Lifetime Numbers):
Rec: 5.66016248 BTC ~$20,404.69 USD
Spent: 5.66016248 BTC ~$20,404.69 USD
Bal: 0 BTC ~$0 USD.

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
Henrik Palmgren (RedIce.tv) daily wallet summary report (Lifetime Numbers):
Rec: 0.35462346 BTC ~$1,278.41 USD
Spent: 0.35462346 BTC ~$1,278.41 USD
Bal: 0 BTC ~$0 USD.

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
Radio Aryan daily wallet summary report (Lifetime Numbers):
Rec: 0.56182965 BTC ~$2,025.38 USD
Spent: 0.41917168 BTC ~$1,511.11 USD
Bal: 0.14265797 BTC ~$514.28 USD.

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
National Policy Institute daily wallet summary report (Lifetime Numbers):
Rec: 0.16234118 BTC ~$585.24 USD
Spent: 0.15881214 BTC ~$572.51 USD
Bal: 0.00352904 BTC ~$12.72 USD.

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
Nordfront daily wallet summary report (Lifetime Numbers):
Rec: 0.71709403 BTC ~$2,585.11 USD
Spent: 0.15013977 BTC ~$541.25 USD
Bal: 0.56695426 BTC ~$2,043.86 USD.

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
Stefan Molyneux daily wallet summary report (Lifetime Numbers):
Rec: 688.93653722 BTC ~$2,483,602.44 USD
Spent: 688.41279619 BTC ~$2,481,714.36 USD



   

**Neonazi BTC Tracker**
@NeonaziWallets

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 8,389 | 11 | 2,330 | 28 |

Follow

**Neonazi BTC Tracker** @NeonaziWallets · Feb 13
Lauren Southern daily wallet summary report (Lifetime Numbers):
Rec: 8.53810657 BTC ~$30,779.7 USD
Spent: 8.53809998 BTC ~$30,779.68 USD
Bal: 0.00000659 BTC ~$0.02 USD.

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## Worldwide trends

Happy Valentine
2.2M Tweets

Kenny G
21K Tweets

#Pulwama
445K Tweets

#GSvSLB
17.6K Tweets

National Emergency
117K Tweets

#FelizDiaDeSanValentin
67.4K Tweets

BATE
72.1K Tweets

#14deFebrero
59.5K Tweets

#EuropaLeague
12.3K Tweets

Kashmir
170K Tweets

© 2019 Twitter About
Help Center Terms
Privacy policy Cookies
Ads info

ADVERTISEMENT

CRYPTOCURRENCIES

# This Twitter Bot Tracks Neo-Nazi Bitcoin Transactions

**Follow the money.**

By Louise Matsakis | Aug 29 2017, 10:34am

Case: 2:17-cv-00720-EAS-EPD Doc #: 55-3 Filed: 02/22/19 Page: 9 of 18 PAGEID #: 1063



Image: Shutterstock / Composition: Louise Matsakis

**SHARE** **TWEET**

After a white supremacist rally in Charlottesville, Virginia earlier this month turned violent, a number of tech companies including GoDaddy and Cloudflare **stopped supporting** the Daily Stormer, a neo-Nazi website. It now struggles to maintain a presence on the surface web. But its staff are still steadily raising funds: Monday, one recently-created **Bitcoin wallet** associated with the site received a donation for more than $100 USD. Tuesday, another, older **Bitcoin wallet** received a similarly-sized donation.





Though Bitcoin's value fluctuates daily, the Daily Stormer retains around $80,000 in the digital currency, and has received more than $200,000 since it started accepting it back in 2014, according to Bitcoin transactions listed in wallets controlled by the site. The Daily Stormer isn't alone: Racists have been raising significant funds via Bitcoin for years.

Now, a new Twitter bot created this month by security researcher John Bambenek is tracking just how much money they're collecting. It monitors a handful or so Bitcoin wallets associated with white supremacists, and reports when a donation is made. It also tweets updates on the amount of money Bitcoin wallets connected to hate groups have saved up.



Bambenek told me on a phone call that he made the Bitcoin-tracking bot in part because he rarely "gets to code interesting short-term things with impact." And, he said, "Fuck those guys."

Case: 2:17-cv-00720-EAS-EPD Doc #: 55-3 Filed: 02/22/19 Page: 11 of 18 PAGEID #: 1065

  

them to accept it. I want to make it difficult for them to raise it, store it, and spend it," Bambenek said. "We're really focusing on disrupting their money flows."

Bambenek was surprised to learn that a significant amount of money is being raised by white supremacists, he said. "There's really money in saying racist shit," Bambenek told me.

One drawback to the bot is that the Daily Stormer and other organizations it tracks, like white supremacist group Vanguard America, can simply open new Bitcoin wallets. Bambenek doesn't think the possibility is a problem: "Weev [the alias of notorious hacker and racist Andrew Auernheimer] could rotate wallets six ways to Sunday but all the dumbasses that fund him are barely able to figure out this Bitcoin mumbo jumbo in the first place," he said. In other words, many people struggle with using Blockchain technology, compared to more mainstream services like PayPal. Changing wallets often could simply impede donations, at least from Bambenek's perspective.



Many people who use Bitcoin rely on services like Coinbase, which controls Bitcoin wallets. Earlier this month, a Twitter account associated with the Daily Stormer tweeted that Coinbase was deleting accounts who tried to send Bitcoin to the neo-Nazi site (the company declined to comment on specific accounts). Bambenek hopes shedding light on the money that white supremacists are raising will force companies that help them get funds to stop lending support. Ultimately, however, bitcoin's decentralized nature means that white supremacists can find ways around using the companies that may try to kick them off.

  

eventually publicly release the code behind the bot, so that it can be modified to track other groups or individuals collecting funds via Bitcoin in the future.



 SHARE  TWEET

**TAGGED:** BITCOIN, AUTOMATION, WEEV, TWITTER BOT, THE DAILY STORMER

## Where we're going, we don't need email.

Sign up for Motherboard Premium.

Your email                                                                 SUBSCRIBE

ADVERTISEMENT



Case: 2:17-cv-00720-EAS-EPD Doc #: 35-3 Filed: 02/22/19 Page: 14 of 18 PAGEID #: 1068



NO NAZIS NO KKK

# Can the Bitcoin Community Stop Neo-Nazis From Using the Digital Currency?

**Decentralization is a double-edged sword.**

By Jordan Pearson | Aug 18 2017, 11:07am

SHARE     TWEET

Image: Flickr/coldcoffeeandcookies

White supremacists and neo-Nazis aren't shy in their support for bitcoin, a digital currency that aims to sidestep banks and governments. It's these same characteristics that have made bitcoin a fixture of the online drug trade.

PayPal and Apple Pay both recently barred some prominent hate-peddlers from their platforms, making it difficult for fascists to solicit donations. For them, bitcoin is an alternative. Richard Spencer tweeted in March that bitcoin was the "currency of the

  

cryptocurrency" in an article on the site. Notorious hacker and racist Andrew Auernheimer, who goes by "weev" and has Nazi imagery tattooed on his body, has also expressed his support for bitcoin.

ADVERTISEMENT

**Read More:** Following Other Tech Companies, Cloudflare Has Dropped the Daily Stormer as a Customer

With several tech companies kicking neo-Nazis off of their platforms in the last week, it's a good time to ask: Could bitcoiners do anything to stop these people from using the tech, if they wanted to?

Motherboard looked at the bitcoin donation addresses of several prominent neo-Nazis and white supremacists, as well as their organizations, including the Daily Stormer, Stormfront, Auernheimer, Anglin, and Christopher Cantwell (who was recently filmed by VICE News saying he would "kill" protesters in Charlottesville "if we have to"). These addresses, since 2014, have altogether been sent more than $1 million USD worth of bitcoin at today's prices, around $4300 per whole coin. However, at the time of writing, these accounts contain much less than that amount: $71,742 altogether, with Auernheimer holding the lion's share. Still, transaction records show donations are still coming in. The Daily Stormer has received roughly $5,000 in bitcoin since Monday.

So, what can conscientious people in bitcoin do to stymie the use of the technology by neo-Nazis? Bitcoin is a technology, not a company, but companies that act as *intermediaries* for bitcoin transactions can take action against neo-Nazis, and may have done so already. On Tuesday, a Daily Stormer supporter claimed on Twitter that Coinbase, a bitcoin exchange that operates a wallet service, deleted their account for donating to the neo-Nazi site.

ADVERTISEMENT

When contacted by Motherboard, Coinbase would not comment on individual accounts, but said in an emailed statement that it actively seeks out customers who use the service to promote violence and closes their accounts.

  

to enforce this policy across our platform, including to restrict access to Coinbase services and to close accounts."

**Read More:** [How Coinbase Traders Are Fighting Back IRS Attempts to Reveal Their Identities](#)

Companies like Coinbase can act as a bottleneck for neo-Nazis. This is because, simply, it controls their bitcoin wallets. Even though bitcoin users are identified on the system's public ledger only by strings of numbers and letters, exchanges often comply with [US Know Your Customer (KYC) regulations](#). These policies require customers to identify themselves, which makes it possible to attach an identity to bitcoin transactions. Coinbase enforces KYC, which may allow it to identify people promoting violence.

Coinbase declined to comment on how or if its KYC policies help the company to identify people breaching its policies barring hate promotion.

Neo-Nazis [can easily sidestep](#) companies like Coinbase. There's no authority facilitating bitcoin transactions unless you sign up for one, like Coinbase. If someone creates an open source wallet on their own computer, and sends bitcoin to someone else who's done the same, then there's not much anybody can do. Bitcoin [transactions are irreversible](#). This is a feature for bitcoin, since it could allow political dissidents to send funds without government interference. However, this has the side effect of facilitating illegal acts like drug deals, or even vile and dangerous ones as is the case with neo-Nazis.

This puts bitcoiners in an awkward position. On the one hand, bitcoiners (globally speaking) are a diverse bunch, with many of [the biggest players](#) on the infrastructure side located in China. On the other, it's a technological fact that nobody can stop a relatively savvy neo-Nazi from sending bitcoin without taking away their computer and internet connection. Some in the bitcoin community have made peace with this.

ADVERTISEMENT

"Well, all I can say is that Bitcoin is for all people regardless of what ideology the person might be carrying," one poster [wrote in a thread](#) about Richard Spencer's tweet from March declaring bitcoin the currency of the alt-right.

  

wallet service, they can step up and do something about it.

If they're the average bitcoiner, they might just have to look on with horror as their digital currency is used by neo-Nazis.

*Get six of our favorite Motherboard stories every day by signing up for our newsletter.*

 SHARE     TWEET

**TAGGED:** TECH, NEWS, BITCOIN, WHITE SUPREMACY, DAILY STORMER, NAZI, STORMFRONT, WHITE NATIONALIST, COINBASE, NAO-NAZI

---

## Watch This Next



---

### Where we're going, we don't need email.

  

Your email

SUBSCRIBE