# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEAN OBEIDALLAH,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW B. ANGLIN,<br>   DBA *Daily Stormer*,<br><br>and<br><br>MOONBASE HOLDINGS, LLC,<br>   DBA Andrew Anglin,<br><br>and<br><br>JOHN DOES NUMBERS 1–10,<br>   Individuals who also assisted in the publication or representation of false statements regarding<br>   Mr. Obeidallah,<br><br>   Defendants. | CASE NO. 2:17-CV-00720-EAS-EPD<br><br>Chief Judge Edmund A. Sargus<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **DECLARATION OF DEAN OBEIDALLAH** ||

I, Dean Obeidallah, declare as follows:

1. I am a Muslim American political commentator and comedian. I host the daily national radio program "The Dean Obeidallah show" on SiriusXM radio, making me the first Muslim to host a national radio show on a major U.S. media platform. In addition, I write weekly as a columnist for *The Daily Beast* as well as for CNN.com's opinion page, and appear frequently on MSNBC and CNN to offer commentary on political issues.

2. On July 1, 2017, Andrew B. Anglin posted an article (the "Article") on the Neo-Nazi website the *Daily Stormer* which falsely and maliciously claimed that I am a terrorist. Among other falsehoods, the Article manipulated screenshots from my Twitter account to make it appear as if I planned the Manchester bombing. The Article referenced actual media appearances that I had made and would make, but made it seem as if I was appearing on them to endorse or further terrorism.

3. The false accusations in the Article were extremely painful and infuriating. As an innocent person falsely accused of horrific and heinous crimes on a highly trafficked website, I found it frustrating and stressful to know that hundreds of thousands of people would read the Article and believe that I committed the unspeakable acts that I was accused of. As a person who makes his living interacting with the public, it anguished me to think that anyone reading the Article might associate me, even for a minute, with the awful thoughts of Andrew Anglin, including his writing that the terrorist bombing "was actually kind of funny and those people obviously deserved to die."

4. The emotional harm and anguish that I suffered as a result of the Article was especially damaging because it undermined the dedication that I have shown to improving the image of Muslims and Arab-Americans in American culture. As a Muslim American of Palestinian descent, I have seen firsthand the trauma and distrust that is caused in America by racist and anti-Muslim stereotypes that depict Muslims and Arab-Americans only as violent terrorists. As a result, I have dedicated a significant portion of my career to pushing back against those stereotypes, both by forming Muslim- and Arab-centric comedy festivals, and by publishing articles stressing the importance of religious freedom and of fostering peace between religions. All of the hard work that I have put into these efforts makes it especially painful for me to see the Article, which not only falls back upon the worst of those trends in falsely depicting me as a terrorist, but modifies my Twitter posts to make it seem as if I am undermining my own hard work by perpetrating those same racist and anti-Mueslim ideas.

5. In addition to the mental anguish of knowing that people falsely believed I was a terrorist, the fact that the Article encouraged readers to "confront" me caused me to immediately fear for my personal safety.

6. That fear was exacerbated by the violent history that I knew readers of the *Daily Stormer* had exhibited. For example, I recalled that Dylann Roof, the mass murderer and white supremacist who committed the Charleston church shooting, had been reported as a reader of the *Daily Stormer*. I also recalled James Jackson, a *Daily Stormer* reader who travelled across multiple states to New York, where I lived, specifically to kill a person of color. These stories compounded by fear and emotional turmoil, because I understood that the people reading the Article were not just casual consumers of news, but were people who took such false reports very seriously and were willing to take acts of violence against the people depicted in *Daily Stormer* articles.

7. My fears were further confirmed when I read the comment section of the Article, and saw that *Daily Stormer* readers were threatening to shoot, hang, and kill me. I found those threats to be emotionally traumatic, and they affected my ability to go about my daily life in the immediate aftermath of the Article.

8. This anguish, and fear for my safety, was concerning enough that I immediately contacted the executives in charge of my show at SiriusXM, as well at the *Daily Beast*. Although it was stressful and potentially career-altering to tell my employers that someone wanted to kill me (and possibly them) due to the political opinions that I have expressed and the false statements that others have made, I felt that I had no choice.

9. The executives at SiriusXM also expressed concern for my safety. They offered to have a guard escort me in and out of the building every day and safely place me in a vehicle. They also put me in touch with a security specialist, who further expressed serious concern for my safety.

This reinforced and exacerbated my own existing fear and stress, as I realized that even people with experience in this area considered an attack on me to be a very real possibility.

10. Due to this fear, I considered purchasing a weapon to defend myself in case I was attacked in public, although I did not do so.

11. After the Article was published, I spoke to an expert in domestic terrorism in order to better understand what the possible threats against me could be. He told me that, in all likelihood, the *Daily Stormer* or its readers would have obtained and published my phone number or address, and would likely attempt a cyberattack. Fearing a cyberattack in addition to a physical attack, I purchased extra encryption software for my computer.

12. In the immediate aftermath of the Article, I found myself altering my habits due to my emotional state and fear for my safety. I became concerned when walking around in public, and found myself having suspicious and nervous thoughts when passing strangers. Instead of interacting normally, I wondered if other people might be looking at me and thinking of me as a terrorist.

13. This stress also prevented me from engaging with my fans in the way I used to. For example, one person emailed me to tell me that they loved my radio show and would like to meet me in person. In the past, I had been happy to meet with fans in person, and found those experiences very engaging. However, after the Article, I declined to meet with this person, because I could not shake the thought that they might be a *Daily Stormer* reader intending to harm me.

14. In addition to the emotional toll that the Article took on me, it was extremely stressful for my family. As soon as they became aware of the Article, both my wife and my sister expressed concern for my safety. They told me that they were very worried and afraid of the *Daily Stormer* and its readers, and that I should be as well, because there were dangerous people in the world who wanted to commit acts of violence against me. The fact that others were concerned for my safety made the

threat against me seem even more real and immediate. It also weighed on me significantly that the actions of the *Daily Stormer* had caused stress and anxiety not only to me, but to my family members.

15. The fact that the Article makes it appear as if I support and carry out terrorism also hurts my reputation. As a comedian and political commentator, my career relies heavily on popular opinion and the goodwill of the public. I would not be able to continue to work as a radio host or political commentator if not for my ability to appeal to large groups of people, especially those who are were not previously familiar with me. But those who read the Article would falsely know me only as a terrorist.

16. In my experience, a significant number of people rely on search engine results and other first impressions to form positive or negative opinions of me, which are unlikely to change. Because that first impression for some people is now based on statements that falsely suggest that I am a terrorist, I worry that the Article has significantly damaged my reputation. While readers of the *Daily Stormer* were unlikely to have been fans of mine, the prevalence of the Article and its false statements have no doubt resulted in some people who might otherwise have listened to my radio show or read my commentary not doing so. For example, I have written extensively about the use of the word "terrorism," and how media outlets and politicians are very quick to describe Muslims and Arab-Americans as terrorists, but unlikely to use the word for similar acts committed by non-Muslims. Internet searches for my articles on the subject now mainly produce results relating to the Article and this lawsuit, rather than to my writings or media appearances. As a result, even those people who do not believe the Article's claims have a more difficult time finding my work and following my career than they would have if the Article had not been published.

My statements are based on personal knowledge, and if called as a witness about the facts contained in these statements, I could testify competently based on such personal knowledge. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 2/20/19    _____
                        Dean Obeidallah