# EXHIBIT E

# White House Slams Fake News Hoaxsters as Journalist Squeal Like the Pigs They Are!

Andrew Anglin

**Daily Stormer**

June 27, 2017

WATCH THIS CLIP:



Sarah Sanders Slams CNN & Has Heated Exchange with Liberal Reporter

As the reader is aware, I have argued for women to have leashes attached to their necks attached to a chain that is attached to a thick steel wire that runs from the kitchen to the bedroom.

That having been clearly stated, I must now say: Bravo, Sarah Sanders.

That.

Was.

Fantastic.

Basically, you have to have a woman come out and do something like that.

She called CNN fake news, called the Russia story a hoax, said they are refusing to report on anything that matters.

She mentioned the Project Veritas tape that just got dropped, where a CNN producer ADMITS that the Russian story is "bullshit."

Then this piece of shit:



Brian Karem, who writes for The Sentinel, interrupted her and said that people can "change the channel" and choose what they consume.

This is a filthy goddamned lie.

The entire media is controlled by the same JEWS – except for Fox, which while slightly better, is still subversive and is still going along with huge portions of the Russia fake news hoax. They won't ask for proof the DNC server – or John Podesta's emails – were hacked by Russia.

Real media – which is right here, folks – is strangled by a Jewish terrorist program which claims that because we are driven by the emotion of "hate," we shouldn't be allowed to voice our opinions.

The ADL and the SPLC engage in tortious interference with my business dealings, and ensure that I'm not able to make any money, ever.



These people have blocked me from all forms of ad revenue.

Remember when we had those ads for like, gook mail order brides, "you'll never guess which celebrity" and "can you believe it?" listicles?

That was a Ukrainian company that didn't give a single fuck about the content on this site, they got called up and threatened by the SPLC, and they were down within three days.

You know how much I made in three days, off the worst conceivable ads?

$600.

It wasn't even a full 3 days, it was like 65 hours.

That would have been $6000 a month from the worst possible ads at the lowest conceivable rates.

Remember when we had that LiberaPay thing that was supposed to be a free speech donation platform?

**People had pledged 20,000 EUROS a month to donate to the site – that's $22,670.**

**$22,670 a month.** That was 18 months ago, when the site's traffic was half of what it is now.

All of this would have went directly back into the site, the quality and content would go up, the page views would go up, the money would go up, rinse and repeat – and we would now be competing with the likes of CNN and the New York Times.

I am the alternative media and I am getting fucking strangled by absolutely illegal dealings with my business by a fucking terrorist group and with NO MONEY I am STILL out here beating ass and taking names to the point where these fucking vicious kikes are suing me for blogging in a SLAPP suit to try and silence me.

This is on top of the endless harassment, sending journalists to threaten my family and anyone who knows me – all of it. It is endless what these evil fucking JEWS will do to shut down REAL NEWS.



Case: 2:17-cv-00720-EAS-EPD Doc #: 55-5 Filed: 02/22/19 Page: 5 of 9 PAGEID #: 1084

I am as intelligent and capable as Roger Ailes – at least.

So don't you fucking tell me people can "change the channel," you fat piece of shit.

There is no other channel.

These people are not content with having bought out all of the media that existed, they prevent any new media from appearing. There is a media monopoly that says it isn't a oligopoly because it is 5 separate companies. Yet it functions as a monopoly, because all of these people are conferring together, pushing the exact same narrative in unison.

Breitbart is being blacklisted by ad companies and barely surviving. They have lost 90% of their ad revenue, due to Jewish pressure groups harassing companies.

So this idea that the media is different than the President because people don't have a choice in the President and they do have a choice in the media is worst BULLSHIT the media has come up with yet.

If people don't like Trump, they do have an option – they can move to another country. Canada has already said they will accept people fleeing Trump, Angela Merkel probably will to.

There are more countries in the world than there are media companies in America, that's for goddamn sure.

## YOU CAN'T CHANGE THE CHANNEL.

# FUCK.

All of these people know that the Russia story is bullshit.

Now we have them on record saying it.

But it doesn't matter that we have them on record saying it.

They are just going to keep saying it.

These people need to be arrested for conspiracy to commit sedition.

That is what is on that Project Veritas tape: an admission that they are conspiring to commit sedition.



I need to be given the ability to run ads from companies who are comfortable running ads on this website without them being called up and threatened with defamation by the SPLC. It is not legal for these people to make threats against companies that do business with us. This is a criminal conspiracy to silence my protected First Amendment rights by using intimidation methods against people who do business with me.

I cannot even receive donations through a credit processor. They all get threatened.

It never gets mentioned, but the fact that the alternative media is silenced is just as relevant as the fact that the mainstream media lies. CNN, WaPo and NYT are absolutely ridiculous, they have zero credibility, and no one would choose them if they had a choice.

The Daily Stormer is coming up on its four year anniversary a week from today.

Case: 2:17-cv-00720-EAS-EPD Doc #: 55-5 Filed: 02/22/19 Page: 7 of 9 PAGEID #: 1086



I am not being haughty and I am not using hyperbole when I say that if I would have had access to normal revenue streams over these four years, we would be competing with the top 10 news websites. Right now. Today.

The rage I am feeling right now at these "they can change the channel" statements is rage at a level I have not felt in a very long time.

I am doing this because I believe in it, and because no one else has the stamina. Apparently.

Or, to be perfectly honest with you, the talent. I am a modest man, but objectively, I am very good at what I do. I have overcome unbelievable odds to make this site what it is.

As always, we are struggling financially, so if you believe in what we are doing, and believe that people should have a choice in where they get their news, please do donate.

I know it is a hassle to get an envelope. And I know maybe you think it's not worth the time to send me a $5, $10 or $20 bill. But it is.

Over four million people visited this site in the last month, and I am struggling to figure out how to pay employees.

You can mail any currency in cash, or a check, or a money order, to this address:

```
Andrew Anglin
PO Box 208
Worthington, Ohio
43085
```

This is my Bitcoin address:

```
19m9yEChBSPuzCzEMmg1dNbPvdLdWA59rS
```



Here is a directory of bitcoin ATMs, where you can hold that QR code (which is in the sidebar) up in front of the camera and insert cash. It will go to me.

**A Note to Readers**

To all of you emailing me, writing me letters, sending me messages and so on – thank you.

I apologize that I'm unable to answer.

I have a lot going on right now.

I am dealing with it, and everything is going to be fine, and this site is going to be ten times bigger in its fifth year than it was in its fourth.

I love you all.

**Hail Victory.**

Case: 2:17-cv-00720-EAS-EPD Doc #: 55-5 Filed: 02/22/19 Page: 9 of 9 PAGEID #: 1088