# EXHIBIT G

Case: 2:17-cv-00720-EAS-EPD Doc #: 55-7 Filed: 02/22/19 Page: 2 of 4  PAGEID #: 1095

 hatreon 

December 7, 2017: Pledging is currently disabled while we upgrade our systems.



# Andrew Anglin   IS CREATING THE DAILY STORMER

**$3655.70**
per month

**212**
patrons

Make a Pledge

## SHARE THIS CREATOR



https://hatreon.net/Anglin/

Copy

## Current normieweb status: Up at dailystormer.red

Triggering shitlibs and cucks to an absurd degree and serving a reader base of millions, The Daily Stormer is the biggest pro-white publication in the history of the world. It's humbling to think about the sheer scale that we serve every day-- roughly the same amount daily as the entire

 hatreon 

We are significantly larger than the Arkansas Democrat-Gazette, which serves an entire state. They have almost 200 employees and multiple buildings. We are now at the tier of a major metro daily newspaper, and we do so on a fraction of the resources of any publication our size. Major metro daily newspapers don't have to mitigate some of the maddening problems which we've faced either, including random server shutdowns, getting our Internet routes jacked by Internet service providers that aren't even in the same country as the ones we host in, shutdowns from major payment processors, having law enforcement harass our families and business partners, and getting blacklisted from advertising revenues.

A publication at this scale requires thousands of dollars a month in basic expenses just to keep the lights on, and now we confront increasingly confront difficult issues like frivolous anti-speech lawsuits from Jewish legal activists. We need a consistent and predictable source of operations revenue. That's where you come in-- donate now and help sustain The Daily Stormer and let it continue propagandizing on its uniquely massive scale.

## SUGGESTED CREATORS


**XURIOUS**
Creating **Fashwave**


**Greg Johnson**
Creating **the North American New Right**


**Brittany Pettibone**
Creating **Political Commentary, Interviews, Podcasts & Independent Journalism**


**Sam Hyde**
Creating **Ongoing Hydian Operations**


**Andrew Auernheimer**
Creating **fascist polemic, trolls, hacks, poetry reading, lulz**

**Featured Creators**



Hatreon © 2017