IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEAN OBEIDALLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW B. ANGLIN,<br>    DBA *Daily Stormer*,<br><br>and<br><br>MOONBASE HOLDINGS, LLC,<br>    DBA Andrew Anglin,<br><br>and<br><br>JOHN DOES NUMBERS 1–10,<br>    Individuals who also assisted in the publication or representation of false statements regarding Mr. Obeidallah,<br><br>    Defendants. | CASE NO. 2:17-CV-00720-EAS-EPD<br><br>Chief Judge Edmund A. Sargus<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **ORDER** ||

This matter is before the Court on Plaintiff's Motion to Seal Exhibits A and B and the accompanying affidavit authenticating financial documents. Good cause having been shown and pursuant to S.D. Ohio Civ. R. 5.2.1, the Motion is hereby GRANTED.

**IT IS SO ORDERED.**

Date: Feb. 25, 2019

UNITED STATES MAGISTRATE JUDGE