IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEAN OBEIDALLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW B. ANGLIN,<br>    DBA *Daily Stormer*,<br><br>and<br><br>MOONBASE HOLDINGS, LLC,<br>    DBA Andrew Anglin,<br><br>and<br><br>JOHN DOES NUMBERS 1–10,<br>    Individuals who also assisted in the<br>    publication or representation of false<br>    statements regarding<br>    Mr. Obeidallah,<br><br>    Defendants. | CASE NO. 2:17-CV-00720-EAS-EPD<br><br>Chief Judge Edmund A. Sargus<br><br>Magistrate Judge Elizabeth Preston Deavers |
| **NOTICE** ||

In compliance with the Court's order dated February 25, 2019, ECF No. 57, Plaintiff Dean Obeidallah is filing (a) an unredacted version of Mr. Greg Anglin's deposition transcript, previously filed with redactions at ECF No. 46-6; (b) unredacted versions of correspondence with Mr. Greg Anglin's attorneys, previously filed with redactions at ECF Nos. 45-5, 45-6, and 45-7; and (c) an unsealed version of the subpoena previously filed under seal at ECF No. 48. In compliance with Fed. R. Civ. P. 5.2, the month of Mr. Andrew Anglin's birth and the first five digits of his social security number have been redacted from the subpoena.

Dated: March 5, 2019                                  Respectfully submitted,

*/s/ Subodh Chandra (trial counsel)*

Abid R. Qureshi (D.C. Bar No. 459227)                 Subodh Chandra (OH Bar No. 0069233)
Tyler S. Williams (D.C. Bar No. 888242297)            Donald Screen (OH Bar No. 0044070)
LATHAM & WATKINS LLP                                  THE CHANDRA LAW FIRM LLC
555 Eleventh St., NW, Suite 1000                      1265 W. 6th St., Suite 400
Washington, D.C. 20004-1304                           Cleveland, OH 44113-1326
Phone: 202.637.2200 Fx: 202.637.2201                  Phone: 216.578.1700 Fx: 216.578.1800
abid.qureshi@lw.com                                   Subodh.Chandra@ChandraLaw.com
tyler.williams@lw.com                                 Donald.Screen@ChandraLaw.com

سsirine Shebaya (D.C. Bar No. 1019748)                *Attorneys for Plaintiff Dean Obeidallah*
Juvaria Khan (N.Y. Bar No. 5027461)
MUSLIM ADVOCATES
P.O. Box 66408
Washington, D.C. 20035
Phone: 202.897.1894
sirine@muslimadvocates.org
juvaria@muslimadvocates.org

*Admitted pro hac vice*