# EXHIBIT 5

Page 1

GREGORY ANGLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - -

DEAN OBEIDALLAH,                    )
                                    )
           Plaintiff,               )
                                    )
     vs.                            ) Case No.
                                    )
ANDREW B. ANGLIN, et al.,           ) 2:17 CV 720
                                    )
           Defendants.              )

- - - - - - - - - - - - - - - - - - - - - - - - - -

Wednesday, October 31, 2018

Tyack Law Firm

536 South High Street

Columbus, Ohio  43215


DEPOSITION OF GREGORY ANGLIN


- - - - - - - - - - - - - - - - - - - - - - - - - -


Jackie Olexa White


Registered Merit Reporter


- - - - - - - - - - - - - - - - - - - - - - - - - -


Job No. 150002

1                    GREGORY ANGLIN

2    asked -- he told me he had a subpoena.  I said, can    09:00:49

3    you meet at my office in an hour, and he said yes,    09:00:52

4    and we did.    09:00:55

5    Q.        What is your office address?    09:00:56

6    A.        It's 6827 North High Street, Suite 121,    09:01:02

7    Worthington, Ohio.    09:01:06

8    Q.        Do you share that office space with    09:01:08

9    anybody?    09:01:09

10   A.        My particular office Suite?    09:01:13

11   Q.        Yes, sir, Suite 121.    09:01:15

12   A.        There are some other counselors there,    09:01:17

13   yes.    09:01:19

14   Q.        What business is resident at Suite 121?    09:01:19

15   A.        Well, there is an office psychiatric,    09:01:25

16   which is a counselor that is there.  There is Hope    09:01:29

17   Recovery, which is another counselor that's there,    09:01:36

18   and myself and some gentlemen that do some sort of    09:01:39

19   business consulting.    09:01:45

20   Q.        And do you know those gentlemen's business    09:01:47

21   name or personal name?    09:01:49

22   A.        Robert is the only thing I remember of his    09:01:51

23   name, yes.    09:01:53

24   Q.        Do you have any understanding as to what    09:01:54

25   type of business consulting occurs?    09:01:56

Page 12

1                    GREGORY ANGLIN

2    not asking for any conversations between you and me.    09:04:13

3              THE WITNESS:  Right.                          09:04:17

4    A.        I'm sorry, could you ask the question one     09:04:23

5    more time?                                              09:04:25

6    Q.        I would like to understand what efforts       09:04:25

7    you undertook to identify whether or not you            09:04:27

8    possessed documents responsive to the five requests     09:04:30

9    detailed in Exhibit 1.                                  09:04:33

10   A.        Well, I carefully read them, and it was my    09:04:34

11   understanding I did not have any copies of anything     09:04:40

12   that had been requested.                                09:04:42

13   Q.        Do you maintain files related to your         09:04:46

14   businesses at the Suite 121 address we spoke about      09:04:49

15   earlier?                                                09:04:54

16   A.        No, I do not.                                 09:04:54

17   Q.        Where do you maintain documents related to    09:04:55

18   your businesses?                                        09:04:58

19   A.        At my personal residence.                     09:04:58

20   Q.        Do you use email for your business?           09:05:03

21   A.        Well, I'm retired, so I don't really do       09:05:06

22   much business.                                          09:05:10

23   Q.        Have you ever used email related to your      09:05:12

24   businesses in the last five years?                      09:05:15

25   A.        I mean, I'm sure I've sent some emails.  I     09:05:23

1                    GREGORY ANGLIN

2      don't really use email much.  It's not really my        09:05:26

3      thing.                                                   09:05:30

4      Q.       Understood.  Do you have an email address?      09:05:30

5      A.       Yes, I do.                                      09:05:32

6      Q.       What is that?                                   09:05:33

7      A.       It's G R E G O R Y M A R K A N G L I            09:05:33

8      N@yahoo.                                                 09:05:39

9      Q.       And did you review the emails sent or           09:05:42

10     received from that address in connection with the       09:05:46

11     subpoena?                                                09:05:49

12     A.       I'm not sure I understand what you're           09:05:52

13     asking.  I'm sorry.                                      09:05:54

14     Q.       As part of the efforts to respond to the        09:05:55

15     subpoena, did you log into your email account and        09:05:57

16     determine whether or not there's any emails,             09:06:00

17     correspondence, documents, responsive to the subpoena   09:06:02

18     in your email inbox?                                     09:06:05

19     A.       Oh, yes, I did check my email.                  09:06:07

20     Q.       When did you do that?                           09:06:09

21     A.       After I received the subpoena.                  09:06:10

22     Q.       And that analysis revealed that there were      09:06:14

23     no documents responsive?                                 09:06:17

24     A.       None at all, no.                                09:06:18

25     Q.       Did you talk to any person you worked with      09:06:23

Page 14

GREGORY ANGLIN

1

2     in your business to look for responsive documents?     09:06:27

3     A.          When you say my business, I'm not sure     09:06:34

4     what you're asking.                                    09:06:36

5     Q.          I believe you said earlier that you work   09:06:38

6     in the counseling business?                            09:06:40

7     A.          I'm sorry, I retired about five years ago, 09:06:42

8     so I don't do any counseling.                          09:06:46

9     Q.          Do you still maintain an office address?   09:06:48

10    A.          I get my mail sent to the office, my       09:06:51

11    personal mail.                                         09:06:53

12    Q.          Do you have office space at Suite 121?     09:06:54

13    A.          No, I do not.                              09:06:57

14    Q.          Do you ever visit that location?           09:06:58

15    A.          To pick up my mail, yes.                   09:07:00

16    Q.          For any other reason?                      09:07:01

17    A.          No, I don't think so.                      09:07:08

18    Q.          Do you pay monthly rental?                 09:07:10

19    A.          Yes, I do.                                 09:07:13

20    Q.          And what do you understand that payment to 09:07:15

21    represent?  Why are you paying rent?                   09:07:18

22    A.          Well, because I'm still on a lease for     09:07:21

23    another 18 months.                                     09:07:23

24    Q.          Do you have any possessions at that        09:07:27

25    location?                                              09:07:29

1                    GREGORY ANGLIN

2    Q.        Do you know of any bank accounts Moonbase      09:13:04

3    Holdings uses?                                           09:13:07

4    A.        No, I do not.                                  09:13:08

5    Q.        Do you know if Moonbase -- I'll just call      09:13:12

6    it Moonbase, but you'll know that I'm referring to      09:13:15

7    the entity Moonbase Holdings, LLC, is that fair?        09:13:19

8    A.        Yes, sir.                                      09:13:23

9    Q.        Do you know if Moonbase has any financial      09:13:23

10   obligations?  Has it taken out any loans?  Has it       09:13:25

11   bought any property?                                    09:13:28

12   A.        I don't know.                                  09:13:29

13   Q.        Do you know if Moonbase is still in            09:13:32

14   existence today?                                         09:13:36

15   A.        I do not know.                                 09:13:38

16   Q.        Have you ever spoken to your son about         09:13:39

17   Moonbase after that initial conversation where he       09:13:41

18   told you he was going to set it up?                      09:13:44

19   A.        I don't recall ever talking to him about      09:13:53

20   it, no.                                                  09:13:54

21   Q.        You talked to him initially when he told      09:13:58

22   you he was going to create it, correct?                 09:14:00

23   A.        He told me he was going to create it, yes.    09:14:04

24   Q.        And it's your testimony that after that       09:14:07

25   date and time, you never spoke to him about it again?   09:14:09

Page 22

GREGORY ANGLIN

1

2    A.        Okay.  Thank you.  When I asked him to --         09:15:45

3    he wanted to set up a post office box, and he -- I'm       09:15:59

4    trying to remember the details of it.  He wanted to        09:16:10

5    establish a post office box, and he set it up under        09:16:15

6    Andrew Anglin.  And I think there was some connection      09:16:22

7    between those, but I'm really not sure.                    09:16:26

8    Q.        And what involvement, if any, did you have       09:16:28

9    in the setting up of a post office box?                    09:16:30

10   A.        I filled out the application for the             09:16:34

11   postal service for his post office box.                    09:16:35

12   Q.        Why did you do that?                             09:16:39

13   A.        Because being out of the country at the          09:16:40

14   time, he was unable to set up a post office box, and       09:16:43

15   I told him I would do it for him.                          09:16:48

16   Q.        And did you have any understanding               09:16:50

17   regarding the purpose of setting up a post office          09:16:52

18   box?                                                       09:16:54

19   A.        For him to send his personal mail.               09:16:58

20   Q.        Other than that understanding, did you           09:17:08

21   have any other awareness as to why he needed a post        09:17:09

22   office box?                                                09:17:13

23   A.        I don't believe I did.                           09:17:19

24   Q.        Okay.  Had you assisted him, prior to the        09:17:20

25   creation of the post office box, had you ever              09:17:23

Page 23

GREGORY ANGLIN

1

2    assisted him with securing mail?                        09:17:26

3    A.        Yes, I had, at -- well, when he began         09:17:29

4    traveling in his 20's, he started using my office      09:17:35

5    address as his mailing address.                        09:17:41

6    Q.        And is this the address we discussed          09:17:43

7    earlier, Suite 121, 6827?                               09:17:46

8    A.        That's correct.                               09:17:49

9    Q.        And did you give him permission to do         09:17:50

10   that?                                                   09:17:52

11   A.        I gave him permission to have his personal   09:17:54

12   mail directed to my post office box -- to my office,   09:17:57

13   yes.                                                    09:18:01

14   Q.        And how would he retrieve it from the         09:18:02

15   office?                                                 09:18:04

16   A.        Well, there wasn't a lot of mail, but when    09:18:08

17   he came in town, I guess he would get it.  But there   09:18:11

18   really wasn't much.                                     09:18:15

19   Q.        When you would pick up your mail at Suite     09:18:17

20   121, did you also pick up his mail?                     09:18:20

21   A.        Yes.                                          09:18:24

22   Q.        Okay.  And what did you do with it?           09:18:24

23   A.        With his personal mail?                       09:18:26

24   Q.        Yes, sir.                                     09:18:27

25   A.        I'm trying to remember.  We're talking       09:18:48

1                    GREGORY ANGLIN

2     about his personal mail -- what mail are we talking        09:18:51

3     about exactly?  His personal mail?                         09:18:54

4     Q.        Other than personal mail directed to             09:18:57

5     Mr. Andrew Anglin what other type of mail was sent to      09:18:59

6     that address?                                              09:19:03

7     A.        Are we talking about the office address or       09:19:07

8     the post office box address, I'm sorry?                    09:19:09

9     Q.        Right now, sir, we're talking about Suite        09:19:11

10    121, 6827 North High Street.                               09:19:13

11    A.        Okay.  He received legal documents to that       09:19:17

12    address.  He received contributions sent to him.  I        09:19:20

13    don't know if they were contributions; probably the        09:19:30

14    wrong word.  Readers of the Daily Stormer would send       09:19:32

15    money to that address.                                     09:19:35

16    Q.        And I believe you testified earlier that         09:19:38

17    you would pick up this mail.  And my follow-up             09:19:40

18    question was:  What would you do with it after you         09:19:45

19    picked it up?                                              09:19:47

20    A.        If there were -- I would deposit it into         09:19:49

21    his bank account.                                          09:19:52

22    Q.        Okay.  And what bank is that?                    09:19:56

23    A.        Chase, Chase Bank.                               09:19:57

24    Q.        And what is the name of the account              09:20:01

25    holder?                                                    09:20:02

1                 GREGORY ANGLIN

2    A.        Andrew Anglin.                          09:20:04

3    Q.        And do you have the account number?     09:20:06

4    A.        I have it somewhere.  I don't know it.  09:20:10

5    I'm sure I could retrieve it.                     09:20:14

6              MR. QURESHI:  We would make a request for 09:20:16

7    that information, please.                         09:20:17

8              And what was the frequency with which you 09:20:21

9    would make deposits on behalf of Mr. Andrew Anglin? 09:20:23

10   A.        It varied quite a lot.  Perhaps once a  09:20:33

11   month.                                            09:20:39

12   Q.        The address at the Chase Bank where you 09:20:43

13   would make the deposits, do you recall that?      09:20:45

14   A.        I don't.  It was normally -- well, there 09:20:48

15   were a couple Chase branches that are near my home. 09:20:50

16   So one of them would have been at Graceland Shopping 09:20:53

17   Center.  One of them would have been on            09:20:56

18   Dublin-Granville Road.                            09:21:00

19   Q.        The deposits you would make are in an   09:21:05

20   account held in Mr. Andrew Anglin's name, is that 09:21:08

21   correct?                                          09:21:11

22   A.        That's correct.                         09:21:12

23   Q.        Was there any business account associated 09:21:12

24   with the funds that you would receive?            09:21:14

25   A.        No.                                     09:21:17

1                   GREGORY ANGLIN

2    Q.        And I understand that you said it would --    09:21:20

3    the amounts would vary, the frequency would vary,       09:21:23

4    approximately once a month, is that correct?            09:21:26

5    A.        Yes.  Maybe not quite that often.             09:21:29

6    Q.        And going back in time how far?               09:21:32

7    A.        Probably five years.                          09:21:39

8    Q.        Roughly 2013, five years from today?          09:21:42

9    A.        Roughly, yes.                                 09:21:49

10   Q.        And what was the order of magnitude of the    09:21:50

11   deposits you would make on behalf of                    09:21:53

12   Mr. Andrew Anglin?                                      09:21:55

13   A.        I'm not sure I know what that means.          09:21:56

14   Q.        I'm just looking for the amounts, sir.        09:21:58

15   You said you would make deposits once a month,          09:22:00

16   roughly.  I'm trying to understand how big the          09:22:02

17   deposits were.                                          09:22:06

18   A.        Up until 2000 -- we're going way out of       09:22:10

19   the -- maybe $1,500 a month on average up until mid     09:22:16

20   2017, and then there was a spike in the deposits.       09:22:36

21   Q.        A spike increase?                             09:22:41

22   A.        Increase.                                     09:22:42

23   Q.        To what magnitude?                            09:22:43

24   A.        You know, I'm just not comfortable            09:22:47

25   guessing on that.  I mean, significantly more than a    09:22:49

Page 27

                        GREGORY ANGLIN

1

2    thousand dollars or $1,500 a month.                    09:22:52

3    Q.        Was it more than 10,000?                      09:22:55

4    A.        Yes.                                          09:22:56

5    Q.        More than 25,000?                             09:22:57

6    A.        You mean average a month?  I'm sorry.  Oh,    09:23:00

7    no, not average a month.                                09:23:02

8    Q.        What about an aggregate?                      09:23:04

9    A.        Again, I'm not sure what you're asking.       09:23:07

10   Q.        I'm just trying to get a sense of the         09:23:09

11   total amount of funds that were deposited into the      09:23:11

12   account at Chase Bank.                                  09:23:15

13   A.        Over what period?                             09:23:16

14   Q.        Since it started, from 2013 through the       09:23:18

15   present.  I believe you said for some time it was       09:23:20

16   about 1500 to a thousand dollars a month, but there     09:23:22

17   was a spike.  So I think I'm focused now on the         09:23:25

18   spike.  How much did it spike to?                       09:23:28

19   A.        If I had to guess an amount totally           09:23:35

20   deposited, it's a guess.  We're allowed to do that,     09:23:38

21   is that right?                                          09:23:42

22   Q.        I'm entitled to your best testimony.  If      09:23:43

23   you're telling me your best testimony is a guess, I     09:23:46

24   would like to know what that guess is.                  09:23:48

25   A.        My guess would be the total deposits were     09:23:50

                        GREGORY ANGLIN

1

2    between -- let me just think for a moment.  My guess      09:23:53

3    would be between, over the five-year period, between      09:24:03

4    100,000 and 125,000 would be my guess total deposits.     09:24:07

5    Q.        Bank statements for this particular             09:24:14

6    account, were they also sent to the Suite 121             09:24:16

7    address?                                                  09:24:18

8    A.        No, they were not.                              09:24:20

9    Q.        Do you know where they were sent?               09:24:21

10   A.        No, I do not.                                   09:24:23

11   Q.        Did you have any signatory authority over       09:24:24

12   that account?                                             09:24:26

13   A.        No, I did not.                                  09:24:26

14   Q.        Other than depositing funds into the            09:24:28

15   account, did you do anything else with respect to the     09:24:31

16   account, sir?                                             09:24:33

17   A.        No, I did not.                                  09:24:33

18   Q.        Did you ever make any withdrawals?              09:24:36

19   A.        No, I did not.                                  09:24:38

20   Q.        Are you still engaging in this activity?        09:24:41

21   A.        No, I'm not.                                    09:24:43

22   Q.        When did it cease?                              09:24:45

23   A.        I think my last deposit was sometime last      09:24:51

24   year.                                                     09:24:54

25   Q.        Are you able to approximate when last           09:24:55

Page 29

GREGORY ANGLIN

1
2   year?  When you say last year, it's 2017?        09:24:57

3   A.        That's correct.                        09:25:00

4   Q.        Are you able to approximate when in 2017?   09:25:01

5   A.        My best guess would be my last deposit was   09:25:05

6   December of 2017.                                09:25:07

7   Q.        And I would like to focus in a little bit   09:25:11

8   of the particulars of the deposits.              09:25:13

9           MR. TYACK:  I'm sorry, just let me       09:25:16

10   interrupt.  You're talking still now about deposits   09:25:17

11   made into Andrew Anglin's personal account?  This has   09:25:20

12   nothing to do with Moonbase.                     09:25:24

13           MR. QURESHI:  Well, I'm trying to        09:25:25

14   understand the relationship between Mr. Anglin and   09:25:26

15   Mr. Moonbase (sic).  I believe he said Mr. Anglin set   09:25:29

16   up Moonbase.                                     09:25:32

17           MR. TYACK:  Right.  But I think to the   09:25:33

18   extent you're going further than the scope of the   09:25:33

19   court's order, I would just ask you to use caution   09:25:37

20   there.                                           09:25:40

21           MR. QURESHI:  I appreciate that.  Thank   09:25:41

22   you.                                             09:25:42

23   Q.        I would like to understand a little bit   09:25:43

24   about the nature of the funds that you deposited on   09:25:44

25   behalf of Mr. Andrew Anglin.  Was it cash or was it   09:25:48

GREGORY ANGLIN

1

2    checks that were received at Suite 121?                09:25:52

3    A.        There was both.                              09:25:57

4    Q.        Would you say it was evenly split or was     09:25:59

5    there more checks or more cash?                        09:26:01

6    A.        I didn't really pay attention to that.  I    09:26:11

7    couldn't really say.                                   09:26:13

8    Q.        Did you notice any frequency in the people   09:26:15

9    who were sending checks?  Were there certain names     09:26:19

10   that seemed more regular than others?                  09:26:21

11   A.        I don't know that I really paid attention    09:26:28

12   to who was writing the checks.  I'm sure that there    09:26:29

13   were people that sent them regularly and people that   09:26:34

14   did not, but I didn't really pay attention to that.    09:26:36

15   Q.        So you're unable to identify any name that   09:26:39

16   might have appeared on any check that you deposited    09:26:41

17   over a five-year period?                               09:26:44

18   A.        I deposited checks into his account          09:27:05

19   written from me.                                       09:27:08

20   Q.        Other than yourself, anybody else whose      09:27:11

21   name you might recall that appeared on a check?        09:27:14

22   A.        I don't recall any other names.              09:27:17

23   Q.        Do you know if the checks were coming from   09:27:22

24   United States or were they coming from overseas?       09:27:24

25   A.        Both.                                        09:27:29

Page 31

1                    GREGORY ANGLIN

2    Q.        Did you ever deposit any foreign currency?    09:27:31

3    A.        I deposited foreign currency in to my         09:27:40

4    personal account and then wrote a check for whatever    09:27:44

5    amount that was into my son's personal account.         09:27:48

6    Q.        Okay.  Do you recall what foreign currency    09:27:53

7    you deposited into your own account and subsequently    09:27:56

8    wrote a check to your son's account?                    09:27:59

9    A.        The primary foreign courtesy would have       09:28:02

10   been pounds, but there were multiple foreign            09:28:03

11   currencies.                                             09:28:07

12   Q.        This is, again, over the five-year period,    09:28:08

13   2013 to roughly December of 2017?                       09:28:10

14   A.        That's correct.                               09:28:13

15   Q.        Were there occasions when you wrote checks    09:28:18

16   to Mr. Andrew Anglin's account other than those         09:28:20

17   instances in which foreign currency was received?       09:28:25

18   A.        There were sometimes that I did it with       09:28:31

19   United States currency as well.                         09:28:33

20   Q.        You would deposit the money received at       09:28:36

21   Suite 121 into your personal account, and then write    09:28:38

22   a check to Mr. Andrew Anglin for deposit in his         09:28:41

23   account?                                                09:28:45

24   A.        That's correct.                               09:28:45

25   Q.        Okay.  Why did you do that?                   09:28:45

1                     GREGORY ANGLIN

2    A.        Because Chase changed their bank policy to      09:28:48

3    where you could not deposit cash into their account      09:28:53

4    unless you were the account holder.                      09:28:56

5    Q.        When did that change occur?                     09:28:58

6    A.        Maybe at the beginning of 2017.  I don't       09:29:10

7    recall exactly.                                           09:29:12

8    Q.        And the deposits that you made in to your       09:29:14

9    own account, are those also at Chase, or is it some      09:29:16

10   other banking institution?                                09:29:19

11   A.        That was a different banking institution.       09:29:24

12   Q.        What institution was it?                        09:29:26

13   A.        Huntington Bank.                                09:29:27

14   Q.        Let's turn back to Moonbase, sir.  Does         09:29:42

15   Moonbase maintain any financial records of which you     09:29:45

16   are aware?                                                09:29:47

17   A.        Not of which I'm aware.                         09:29:49

18   Q.        Does it have any assets?                        09:29:51

19   A.        Not that I am aware of.                         09:29:54

20   Q.        You mentioned at some point that the name       09:29:57

21   Andrew Anglin was registered as a trade name; do you     09:30:00

22   recall that?                                              09:30:03

23   A.        Yes, I do.                                      09:30:03

24   Q.        What entity registered it?                      09:30:06

25   A.        I think Moonbase did, but I'm not certain       09:30:10

Page 34

                         GREGORY ANGLIN

1

2   Q.        Have you had any discussions with        09:31:21

3   Mr. Andrew Anglin about the Daily Stormer?         09:31:23

4   A.        Yes.                                      09:31:28

5   Q.        Okay.  And what do you recall about those 09:31:29

6   discussions?                                        09:31:32

7   A.        Can you clarify your question a little    09:31:38

8   bit?  What kind of discussions are you asking about? 09:31:40

9   Q.        I'm trying to understand if you've spoken 09:31:42

10  to your son about this website and his role in it,  09:31:44

11  his involvement in it.  What has he told you about  09:31:47

12  it?  That is what I'm trying to get at.             09:31:50

13  A.        Well, he writes on the website about      09:31:56

14  issues and things that I guess are important to him. 09:32:00

15  Q.        And who funds the website?  Where does the 09:32:04

16  money for the website come?                         09:32:09

17  A.        I don't really know how he structures     09:32:12

18  that.                                               09:32:15

19  Q.        Have you ever spoken to him about that?   09:32:15

20  A.        I know that he gets bitcoin, but I don't  09:32:22

21  know anything about how that works.  He has mentioned 09:32:26

22  bitcoin before, though.                             09:32:30

23  Q.        And when did he mention bitcoin?          09:32:31

24  A.        I don't know.  Whenever bitcoin became a  09:32:34

25  thing.                                              09:32:36

1                          GREGORY ANGLIN

2     Q.        But was it this year, 2018?              09:32:37

3     A.        No, maybe a year ago.  A year, year and a   09:32:41

4     half ago.                                         09:32:45

5     Q.        When is the last time you spoke with him?   09:32:46

6     A.        Just a few days ago.                     09:32:49

7     Q.        And what do you recall about that        09:32:51

8     conversation?                                      09:32:54

9     A.        Just catching up, dad stuff, told him I   09:32:56

10    was mad about having to come in today.             09:32:59

11    Q.        Was it a phone call?  Was it an in-person   09:33:01

12    meeting?                                           09:33:03

13    A.        Phone call.                              09:33:04

14    Q.        And where was he calling from?           09:33:04

15    A.        I don't know.                            09:33:06

16    Q.        Did you receive a call on your cell phone?   09:33:08

17    Did you receive a call on your home phone?  Where   09:33:10

18    were you when you received the call?               09:33:13

19    A.        It was my cell phone.                    09:33:15

20    Q.        Does your cell phone tell you the incoming   09:33:16

21    number?                                            09:33:19

22    A.        Yes.                                     09:33:19

23    Q.        And what was the incoming number?        09:33:19

24    A.        I don't recall.                          09:33:21

25    Q.        Was it an international number?           09:33:22

Page 44

GREGORY ANGLIN

1

2    A.        No -- I'm sorry, what is the question          09:42:59

3    again?                                                   09:43:02

4    Q.        Have you ever spoken to Miss Karen            09:43:02

5    Zappitelli about these Articles of Organization for a   09:43:05

6    Domestic Limited Liability Company that's reflected     09:43:07

7    in Exhibit 2?                                           09:43:10

8    A.        I'm not sure what the Articles of             09:43:11

9    Organization are.  Is that on this document?           09:43:13

10   Q.        Yes, sir.  If you turn to Page 2 of          09:43:17

11   Exhibit 2, you'll see that the title is Articles of     09:43:19

12   Organization for a Domestic Limited Liability           09:43:24

13   Company; do you see that, sir?                          09:43:27

14   A.        Yes.                                          09:43:29

15   Q.        Have you ever spoken to Miss Zappitelli       09:43:29

16   about this document?                                    09:43:31

17   A.        I don't recall.                               09:43:32

18   Q.        If you turn to Page 3, you'll notice the      09:43:32

19   signature at the bottom?                                09:43:38

20   A.        Yes.                                          09:43:38

21   Q.        Do you remember recognize that signature?    09:43:39

22   A.        No, I do not.                                 09:43:40

23   Q.        Do you know if that is your son's            09:43:41

24   signature, sir?                                         09:43:42

25   A.        I do not know.                                09:43:43

1                          GREGORY ANGLIN

2    Q.        Okay.  Did you ever sign this document on        09:43:44

3    behalf of your son?                                        09:43:46

4    A.        No, I did not.                                   09:43:49

5    Q.        Did he ever ask you to do that?                  09:43:51

6    A.        No, he did not.                                  09:43:54

7    Q.        Do you see the address under the General         09:43:56

8    Appointment of Agent section on Page 2?                    09:44:02

9    A.        Yes.                                             09:44:05

10   Q.        And what is that address?                        09:44:05

11   A.        6827 North High Street, Suite 121.               09:44:07

12   Q.        That, in fact, is your business address?         09:44:11

13   A.        That's correct.                                  09:44:13

14   Q.        And it was your business address in              09:44:13

15   September of 2016?                                         09:44:15

16   A.        That is correct.                                 09:44:17

17   Q.        Did you give permission for Mr. Andrew           09:44:17

18   Anglin to use this business address as the                 09:44:20

19   Appointment of Agent Address for Moonbase Holdings,        09:44:23

20   LLC?                                                       09:44:25

21   A.        I don't believe I did.  I can't say with         09:44:38

22   absolute certainty, but I don't believe I did.            09:44:40

23   Q.        Did he ever tell you he was going to do          09:44:43

24   this?                                                      09:44:45

25   A.        He did tell me he was going to do it.            09:44:45

Page 49

1                     GREGORY ANGLIN

2    Q.        Do you have any understanding of a filing       09:47:59

3    fee associated with the submission of Articles of         09:48:01

4    Organization for a Domestic Limited Liability             09:48:04

5    Company?                                                  09:48:07

6    A.        I'm sorry, could you say that again?            09:48:11

7    Q.        Do you know whether you have to submit a        09:48:13

8    fee in order to register a company in Ohio?               09:48:14

9    A.        Yes, you do.                                    09:48:16

10   Q.        Do you know how Mr. Andrew Anglin               09:48:18

11   submitted the fee for Moonbase Holdings in September      09:48:20

12   of 2016?                                                  09:48:22

13   A.        It was probably paid by Karen Zappitelli.       09:48:31

14   I don't know for sure.                                    09:48:35

15   Q.        That was going to be my follow-up              09:48:36

16   question.  What makes you say that?                       09:48:38

17   A.        Because I paid to reimburse them for this.      09:48:41

18   And my recollection was that that was a part of the       09:48:48

19   reimbursement to them.                                    09:48:51

20   Q.        Okay.  What's your understanding of the         09:48:52

21   reimbursement that they sought from you?                  09:48:54

22   A.        What's my understanding of it?                  09:48:59

23   Q.        Yes, sir.                                       09:49:00

24   A.        I don't know what that means.                   09:49:01

25   Q.        Did they call you one day and say, hey,         09:49:03

Page 50

1                    GREGORY ANGLIN

2    write us a check for $99?  How did the process play    09:49:05

3    out?                                                   09:49:09

4    A.        I think she sent a bill, and then I paid     09:49:21

5    it.                                                    09:49:25

6    Q.        Where did she send the bill to?              09:49:26

7    A.        That would have been my office address.      09:49:29

8    Q.        The 6827 North High Street, Suite 121?       09:49:32

9    A.        That's correct.                              09:49:37

10   Q.        And do you have a copy of the invoice?       09:49:37

11   A.        No, I do not.                                09:49:41

12   Q.        Who was the invoice directed to?             09:49:42

13   A.        I don't recall.                              09:49:45

14   Q.        Was it directed to you?                      09:49:46

15   A.        I don't recall.                              09:49:49

16   Q.        Okay.  Did you ask any questions before      09:49:50

17   paying the invoice?                                    09:49:53

18   A.        I don't believe so.                          09:50:00

19   Q.        Can you help me understand the process       09:50:01

20   between receipt of invoice and payment of the          09:50:03

21   reimbursement to Miss Zappitelli?                      09:50:07

22   A.        Well, I knew that they were setting up an    09:50:10

23   LLC for my son, and they sent an invoice.  I paid the  09:50:15

24   invoice, and then was reimbursed by my son.            09:50:21

25   Q.        And why did you pay the invoice?             09:50:25

1                          GREGORY ANGLIN

2      A.       Because my son was out of the country.        09:50:28

3      Q.       Did he ask you to pay it?                      09:50:30

4      A.       Yes, he did.                                   09:50:32

5      Q.       And was it in a phone call or an email?        09:50:33

6    How did he communicate that information to you?          09:50:36

7      A.       I don't recall.                                09:50:42

8      Q.       And what understanding did you have about      09:50:45

9    getting reimbursement from your son after you paid       09:50:48

10   this amount?                                             09:50:51

11     A.       Well, I mean, I don't pay any expenses for    09:50:54

12   his adventures here.  So he reimburses me for that.      09:50:57

13     Q.       What is that understanding based on?  Have    09:51:03

14   you talked to him about it or is that just an            09:51:05

15   implicit understanding?                                  09:51:08

16     A.       It's an implicit understanding.               09:51:09

17     Q.       How long after you paid the invoice to the    09:51:11

18   Zappitellis for the creation of Moonbase did you         09:51:14

19   receive reimbursement from your son?                     09:51:17

20     A.       I don't recall.                               09:51:20

21     Q.       Did he send you a check?                      09:51:21

22     A.       No.                                           09:51:23

23     Q.       How did you get reimbursed?                   09:51:24

24     A.       I used cash from money that had been sent     09:51:25

25   to him.                                                  09:51:29

Page 52

                        GREGORY ANGLIN

1

2    Q.        Okay.  Do you keep any accounting or        09:51:30

3    ledger of the amounts that are sent to him?          09:51:35

4    A.        No, I don't.                               09:51:39

5    Q.        So you just deducted $99 from a            09:51:41

6    contribution, and the remainder you deposited in the 09:51:44

7    account; is that how it worked?                      09:51:48

8    A.        Yes.                                        09:51:58

9    Q.        Did this occur in September of 2016?       09:52:00

10   A.        It looks like it did from the date.  I     09:52:03

11   don't have any recollection of that.                 09:52:05

12   Q.        The amount that you paid for the creation  09:52:07

13   of Moonbase Holdings, the $99, did you write a check 09:52:10

14   to the Zappitellis?                                  09:52:14

15   A.        My recollection -- and I'm not sure this   09:52:24

16   is exactly right -- but my recollection was that     09:52:26

17   their fee was about $500 total.  So I would have     09:52:30

18   written a check to Zappitellis and then being        09:52:35

19   reimbursed by my son.                                09:52:37

20   Q.        The total amount was $500?                 09:52:40

21   A.        That is my recollection.                   09:52:42

22   Q.        The check that you wrote to the            09:52:43

23   Zappitellis, was that from your account at Huntington 09:52:44

24   Bank?                                                09:52:48

25   A.        Probably, yes.                             09:52:52

Page 53

1                    GREGORY ANGLIN

2    Q.      Do you have access to that account?      09:52:54

3    A.      No, I do not.                            09:52:55

4    Q.      Why not?                                 09:52:57

5    A.      It's been closed down.                   09:52:58

6    Q.      When was it closed down?                 09:53:00

7    A.      Sometime late last year.                 09:53:06

8    Q.      And why was it closed late last year?    09:53:07

9    A.      I don't know.  The bank just closed it.  09:53:11

10   Q.      And where do you bank currently?         09:53:15

11   A.      FC Bank.                                 09:53:17

12   Q.      FC, Frank --                             09:53:22

13   A.      Frank Cathy -- or Frank Cat.  Don't want 09:53:24

14   to mess you up there.                            09:53:32

15   Q.      You don't have a copy of a canceled check 09:53:36

16   from Huntington Bank?                            09:53:38

17   A.      Do I have a copy of a canceled check, no, 09:53:44

18   I do not.                                        09:53:46

19   Q.      Did you get bank statements from         09:53:47

20   Huntington Bank?                                 09:53:49

21   A.      I think the only statements I got were   09:53:54

22   online.  That's the best of my recollection.    09:53:56

23   Q.      Other than the $500 you paid to the      09:54:06

24   Zappitellis for the creation of Moonbase, have you 09:54:09

25   paid for any other expenses associated with Moonbase 09:54:11

Page 54

1                    GREGORY ANGLIN

2    Holdings, LLC?                                         09:54:14

3              MR. TYACK:  Objection, just in terms of it   09:54:16

4    was clearly a reimbursement situation.  He didn't      09:54:19

5    actually pay for his son.                              09:54:22

6              MR. QURESHI:  Okay.                           09:54:25

7              MR. TYACK:  Just want to make it clear.       09:54:26

8              MR. QURESHI:  Yeah, I think the record is     09:54:27

9    clear on that, that he subsequently was reimbursed      09:54:28

10   from his son's contributions.                           09:54:31

11   A.        So the question is:  Were there any other     09:54:33

12   Moonbase expenses that I paid and then was reimbursed    09:54:35

13   for?                                                    09:54:39

14   Q.        Yes, sir.                                      09:54:40

15   A.        Is that the question?                          09:54:40

16   Q.        Yes, sir.                                      09:54:41

17   A.        I believe there was an expense associated     09:54:46

18   with registering the trade name Andrew Anglin.          09:54:48

19   Q.        Do you recall the amount of that expense?      09:54:53

20   A.        No, I do not.                                 09:54:55

21   Q.        Can you describe the mechanics of how that    09:54:57

22   worked?                                                 09:55:00

23   A.        There was some fee involved, and I paid        09:55:03

24   it.  I don't recall whether I paid -- used his cash      09:55:10

25   to pay the fee, or whether I wrote a check and then      09:55:13

Page 55

GREGORY ANGLIN

1

2   was reimbursed by Andrew.  I don't recall which it      09:55:17

3   was.                                                     09:55:19

4   Q.      And if you had written a check, this was        09:55:20

5   during a time when Huntington Bank was your bank?        09:55:23

6   A.      That is correct.                                 09:55:26

7   Q.      And I'm sorry if I am repeating a                09:55:28

8   question.  Do you recall the amount that you paid?       09:55:30

9   A.      No, I do not.                                    09:55:36

10  Q.      Have you spoken to either Karen or John          09:55:41

11  Zappitelli recently?                                     09:55:44

12  A.      Not recently.  Sometime maybe five or six        09:55:50

13  months ago.                                              09:55:55

14  Q.      What did you talk to them about five to          09:55:56

15  six months ago?                                          09:55:58

16  A.      A friend of mine had some old coins he           09:55:59

17  wanted to sell, and I asked John if he had any ideas     09:56:02

18  about how to do that.                                    09:56:04

19  Q.      Do you recall speaking with them about the       09:56:07

20  creation of Moonbase Holdings, LLC at any point in       09:56:09

21  time?                                                    09:56:12

22  A.      Not after the initial conversation that I        09:56:13

23  had with Karen.                                          09:56:16

24  Q.      Do you know whether your son, in fact, did       09:56:17

25  speak to either Karen or John Zappitelli about the       09:56:20

Page 57

1                    GREGORY ANGLIN

2    A.        Okay.                                09:58:23

3    Q.        Sir, have you seen Exhibit 3 before?  09:58:24

4    A.        I don't recall ever having seen this, no.  09:58:26

5    Q.        Okay.  I'll represent to you it's a letter  09:58:28

6    from the Internal Revenue Service to Moonbase  09:58:31

7    Holdings, LLC, and it's directed to an address that  09:58:33

8    we've talked about earlier today, 6827 North High  09:58:37

9    Street, Suite 121, correct?                  09:58:40

10   A.        Right.                             09:58:43

11   Q.        Do you recall ever receiving this document  09:58:44

12   at that address?                            09:58:46

13   A.        No, I do not recall.               09:58:49

14   Q.        Have you had any discussions with  09:58:52

15   Mr. Andrew Anglin about the procurement of an  09:58:53

16   employer identification number for Moonbase Holdings,  09:58:56

17   LLC?                                        09:58:57

18   A.        No, I have not.                    09:58:59

19   Q.        Do you know whether Moonbase Holdings  09:59:01

20   files tax returns?                          09:59:03

21   A.        I don't know.                      09:59:05

22   Q.        Did you provide him any advice or guidance  09:59:06

23   on obtaining an employer I.D. number?        09:59:08

24   A.        No, I did not.                     09:59:12

25   Q.        You mentioned earlier in the day about  09:59:27

Page 58

GREGORY ANGLIN

1

2   receiving legal documents at the 6827 North High        09:59:29

3   Street address, Suite 121; do you recall that?          09:59:32

4   A.        Yes, I do.                                     09:59:36

5   Q.        And these are legal documents directed to      09:59:37

6   Mr. Andrew Anglin, is that correct?                      09:59:39

7   A.        When you say legal documents, I'm talking      09:59:41

8   about documents that come from attorneys, that have      09:59:43

9   an attorney return address.                              09:59:46

10  Q.        Okay.  What is your practice with those        09:59:48

11  documents, what do you do with them?                     09:59:49

12  A.        I put them in a big plastic tub.               09:59:51

13  Q.        And what happens to them afterwards?           09:59:54

14  A.        They sit in the tub.                           09:59:56

15  Q.        You don't forward them on to anybody?          09:59:58

16  A.        No, I do not.                                  10:00:00

17  Q.        And what about letters from the Internal       10:00:01

18  Revenue Service that were directed to that address,      10:00:03

19  what did you do with those?                              10:00:06

20  A.        Any mailings that are directed to Moonbase     10:00:07

21  or Daily Stormer I don't open.                           10:00:13

22  Q.        What do you do with it?                         10:00:16

23  A.        Throw them away.                               10:00:18

24  Q.        Did you put it in the tub or you throw it      10:00:18

25  away?                                                    10:00:21

Page 59

                         GREGORY ANGLIN

1

2    A.        I put the attorney stuff in the tub.        10:00:21

3    Anything else I throw away.                           10:00:23

4    Q.        What is your practice to treat             10:00:25

5    correspondence from the Internal Revenue Service     10:00:27

6    directed to Moonbase?                                10:00:29

7    A.        That would be throw away.                  10:00:30

8    Q.        Do you ever have conversations with your   10:00:35

9    son about the fact that he has received              10:00:37

10   correspondence from the Internal Revenue Service that 10:00:40

11   you subsequently have thrown away; have you ever told 10:00:42

12   him that?                                            10:00:45

13   A.        What I have told him is that I will not    10:00:46

14   open any correspondence addressed to Daily Stormer or 10:00:48

15   to Moonbase Holdings.                                10:00:52

16   Q.        And do you go on to tell him that you will 10:00:53

17   throw it away if it's from the Internal Revenue      10:00:55

18   Service?                                             10:00:58

19   A.        I didn't specify the Internal Revenue      10:00:59

20   Service.  What I said was:  I will not open any mail  10:01:01

21   sent to Daily Stormer or Moonbase.                   10:01:06

22   Q.        And what did he say to you in response?    10:01:09

23   A.        He said I can get anything I want online,  10:01:11

24   don't worry about it.                                10:01:16

25   Q.        Okay.  And when contributions were         10:01:17

GREGORY ANGLIN

1

2    directed to the 6827 North High Street, Suite 121      10:01:19

3    address, were they directed to Mr. Andrew Anglin or    10:01:24

4    were they directed to the Daily Stormer or to          10:01:27

5    Moonbase?                                              10:01:31

6    A.        They were directed to Andrew Anglin.         10:01:31

7    There was -- almost all were directed to               10:01:34

8    Andrew Anglin.                                         10:01:38

9    Q.        The instances when they were not directed    10:01:40

10   to Andrew Anglin, who were they directed to?           10:01:42

11   A.        I only recall one directed to the Daily      10:01:46

12   Stormer of the whole five years.                       10:01:48

13   Q.        And what did you do with that particular     10:01:50

14   correspondence?                                        10:01:53

15   A.        Threw it away unopened.                      10:01:54

16   Q.        Okay.  And how did you know it was a         10:01:55

17   financial contribution?                                10:01:57

18   A.        I don't know that it was for sure.  It       10:01:58

19   wasn't from an attorney.  It could have been a note    10:02:00

20   of encouragement.  I don't know.  No, I take that      10:02:03

21   back.  There was another one that I remember that was  10:02:11

22   a ten dollar check that was made out to Daily          10:02:14

23   Stormer, and I remember throwing that away.            10:02:17

24   Q.        And who was the envelope addressed to?       10:02:20

25   A.        The envelope was addressed to Daily          10:02:26

1                    GREGORY ANGLIN

2    Stormer.  I opened it in error.  I saw a ten dollar      10:02:29

3    check, and I threw it away.                              10:02:34

4    Q.        Are you aware of any bank accounts held by     10:02:36

5    Daily Stormer?                                           10:02:39

6    A.        No, I'm not.                                   10:02:40

7    Q.        Are you aware of any bank accounts held by     10:02:42

8    Moonbase Holdings, LLC?                                  10:02:45

9    A.        No, I'm not.                                   10:02:47

10   Q.        When your son told you he was going to         10:02:48

11   create an entity called Moonbase, did you ask him        10:02:50

12   why?                                                     10:02:54

13           MR. TYACK:  Objection.  We've talked about       10:02:54

14   this, I think, at some length.                           10:02:55

15           MR. QURESHI:  Yeah.  I think it ties to           10:02:57

16   the specific line of questioning.  I'm not going to      10:02:59

17   dwell on it.                                             10:03:02

18   A.        No, I did not.                                 10:03:03

19   Q.        What familiarity do you have with the          10:03:14

20   concept of trade names?  What's a trade name?            10:03:16

21   A.        I think it's a name you register so that       10:03:22

22   other people can't use it.  I think that is what it      10:03:24

23   is.                                                      10:03:26

24   Q.        And how did you come about this                10:03:27

25   understanding?                                           10:03:28

Page 67

1              GREGORY ANGLIN

2              (Plaintiff's Exhibit 4 was marked for        10:09:33

3       identification.)                                    10:09:33

4       Q.        Mr. Anglin, I'm handing you a document    10:09:35

5       that's marked Exhibit 4.                            10:09:37

6       A.        Okay.                                     10:09:40

7       Q.        Please take a moment to review it.        10:09:41

8       A.        Okay.                                     10:10:00

9       Q.        Have you seen this document before,       10:10:00

10      Mr. Anglin?                                         10:10:02

11      A.        Yes, I have.                              10:10:02

12      Q.        What is it?                               10:10:03

13      A.        It is the trade name registration for the 10:10:04

14      name Andrew Anglin.                                 10:10:09

15      Q.        And what role, if any, did you play in    10:10:11

16      this trade name registration for the name Andrew    10:10:13

17      Anglin?                                             10:10:15

18      A.        I applied for the name.                   10:10:16

19      Q.        On whose behalf?                          10:10:19

20      A.        Andrew asked me to do it for him.         10:10:22

21      Q.        If you turn to the second page of the     10:10:24

22      document, sir.                                      10:10:26

23      A.        Yes.                                      10:10:27

24      Q.        You'll see under name of the registrant   10:10:28

25      Moonbase Holdings, LLC?                             10:10:31

1                    GREGORY ANGLIN

2    A.         Um-hum.                              10:10:34

3    Q.         Did I read that correctly?           10:10:34

4    A.         Yes.                                 10:10:36

5    Q.         Is it your understanding you were applying    10:10:36

6    for the trade name on behalf of Moonbase Holdings?    10:10:38

7    A.         That's correct.                      10:10:41

8    Q.         And you knew that?                    10:10:41

9    A.         Yes.                                 10:10:42

10   Q.         What other conversations do you recall    10:10:54

11   with Mr. Andrew Anglin about the registration of his    10:10:55

12   name as a trade name?                           10:10:59

13   A.         I don't recall anything else.        10:11:17

14   Q.         Okay.  Can you describe to me in as much    10:11:20

15   detail as you recall the request he made of you?    10:11:23

16   A.         Well, again, I'm a little bit fuzzy on    10:11:28

17   this one.  I think -- I just don't want to guess.  I    10:11:32

18   don't know.                                     10:11:38

19   Q.         Do you recall a telephone call in which    10:11:39

20   you had a conversation with him?                 10:11:42

21   A.         I don't recall the phone conversation.  I    10:11:52

22   know that he asked me to register his name as a trade    10:11:53

23   name, but I don't recall the conversation.       10:11:57

24   Q.         Okay.  My question was a little more    10:11:58

25   basic.  It is:  Was it a phone conversation?  Was it    10:12:01

Page 69

1                    GREGORY ANGLIN

2   a email?  Was it a in-person meeting?  Do you know      10:12:05

3   how the discussion arose?                               10:12:08

4   A.        Well, I know it wasn't in person, because     10:12:10

5   he was out of the country.  I don't remember whether    10:12:12

6   it was email or phone.                                  10:12:16

7   Q.        Okay.  And in the survey of email that you    10:12:19

8   undertook to look for responsive documents did you      10:12:22

9   identify any email related to this topic?               10:12:26

10  A.        No, I did not.                                 10:12:29

11  Q.        Is it your practice to delete emails?          10:12:32

12  A.        Yes, it is.                                     10:12:34

13  Q.        Both in your inbox and your sent box?           10:12:35

14  A.        That's correct.                                 10:12:38

15  Q.        Did you work with the Zappitellis in           10:12:43

16  connection with this trade name registration in         10:12:45

17  Exhibit 4?                                               10:12:50

18  A.        I don't think so.                              10:12:57

19  Q.        Had you ever done a trade name                 10:12:58

20  registration before?                                     10:13:00

21  A.        I may have for Morningstar Counseling, I       10:13:20

22  don't recall.                                            10:13:23

23  Q.        And when you may have performed a trade        10:13:23

24  name registration for Morningstar, did you do it on      10:13:26

25  your own or did you work with an accountant or the       10:13:29

1                   GREGORY ANGLIN

2    Zappitellis or consultant?                          10:13:33

3    A.        I don't have any recollection of that.    10:13:37

4    Once again, we're going back 15 years, 20 years,    10:13:38

5    something like that.                                10:13:41

6    Q.        Exhibit 4, though, is dated January of    10:13:42

7    2017, is it not?                                    10:13:44

8    A.        I understand that.  I was talking about   10:13:45

9    Morningstar.                                        10:13:47

10   Q.        And in connection with Exhibit 4, did you 10:13:48

11   undertake any research to figure out how to do a    10:13:51

12   trade name registration?                            10:13:54

13   A.        I don't remember -- I don't know how I    10:14:10

14   knew to go to the secretary of state.  I don't recall 10:14:13

15   that.                                               10:14:15

16   Q.        Okay.  How much time did it take to       10:14:15

17   undertake the trade name registration, sir?         10:14:18

18   A.        Again, I just don't recall enough of the  10:14:21

19   details of this.  It doesn't look like it would take 10:14:23

20   a lot of time, but I don't recall.                  10:14:26

21   Q.        Who paid for the registration fee?        10:14:29

22   A.        Andrew paid for it.                        10:14:32

23   Q.        And how did that work?                     10:14:34

24   A.        He would have -- if I paid cash, then it  10:14:36

25   would have been Andrew's cash.  If I wrote a check,  10:14:39

```
                         GREGORY ANGLIN
```

1

2    then Andrew would have reimbursed me.                10:14:42

3    Q.        What makes you say that he would have     10:14:45

4    reimbursed you?                                      10:14:47

5    A.        Because he always did.                     10:14:48

6    Q.        If you look at the second page of          10:14:49

7    Exhibit 4.  You'll notice in the right-hand corner it  10:14:51

8    says Date Electronically Filed, January 5, 2017, is  10:14:53

9    that correct?                                        10:14:59

10   A.        Yes.                                       10:15:00

11   Q.        Does that refresh your recollection that  10:15:01

12   this document was electronically filed?             10:15:02

13   A.        I just don't remember it.  I don't        10:15:08

14   remember how it happened.                           10:15:15

15   Q.        And if it was electronically filed, sir,  10:15:17

16   do you have a recollection as to whether you        10:15:19

17   submitted credit card information, you provided     10:15:22

18   checking account information in order to pay the $39  10:15:26

19   filing fee?                                         10:15:29

20   A.        I just don't remember.  I don't remember  10:15:30

21   much about this at all.  I don't remember how it was  10:15:32

22   paid.  I just don't remember the document very well.  10:15:36

23   Q.        Okay.  If you look at the first box in the  10:15:42

24   left-hand corner on Page 2 of Exhibit 4; do you see  10:15:49

25   that box, sir?                                       10:15:59

Page 80

GREGORY ANGLIN

1

2  that's when he began everything.  But, yeah I don't          10:43:58

3  remember.  I just don't remember.                           10:44:01

4  Q.       Subsequent to the trade name registration,         10:44:03

5  after it was completed did you ever talk to him about        10:44:05

6  the trade name registration?                                10:44:09

7  A.       No, I didn't.                                       10:44:13

8  Q.       Have you ever spoken to anyone else other          10:44:15

9  than your lawyer about the trade name registration of        10:44:16

10  Andrew Anglin on behalf of Moonbase Holdings, LLC?          10:44:20

11  A.       No, I have not.                                    10:44:26

12           (Plaintiff's Exhibit 5 was marked for             10:44:30

13  identification.)                                            10:44:30

14  Q.       Mr. Anglin, I'm handing you a document            10:44:31

15  that has been marked as Exhibit 5.  Please take a           10:44:33

16  moment to review that, sir.                                 10:44:36

17  A.       Okay.                                              10:44:46

18  Q.       Have you seen this document before?               10:44:48

19  A.       No, I have not.                                    10:44:49

20  Q.       I'll represent to you, it is a printout           10:44:52

21  from the Whois Tool for a website entitled                  10:44:54

22  DailyStormer.com.  And if you look at the creation          10:44:57

23  date for the website, it's listed as March 20th,            10:45:02

24  2013; do you see that?                                      10:45:07

25  A.       Yes, I do.                                         10:45:08

Page 81

GREGORY ANGLIN

1

2   Q.        And if you continue to read down that          10:45:10

3   column, you'll see there's an entry for registrant       10:45:13

4   name?                                                    10:45:16

5   A.        Yes.                                           10:45:16

6   Q.        And is that your name listed, sir?             10:45:17

7   A.        That is my name listed, yes.                   10:45:19

8   Q.        Did you have any involvement in the            10:45:22

9   registration of the website Daily Stormer.com on or     10:45:23

10  about March 20, 2013?                                    10:45:27

11  A.        Yes, I did.                                    10:45:31

12  Q.        What was that involvement?                     10:45:32

13  A.        This one I actually remember.  I was           10:45:34

14  sitting in my living room of my condo with my son,       10:45:36

15  and he told me that he was going to start another        10:45:40

16  website.  And I said, okay.  And he asked if he could    10:45:45

17  use my credit card to register the name.  And I asked    10:45:51

18  how much it was, and it wasn't very much money, so I     10:45:58

19  said fine.                                               10:46:02

20  Q.        Was it your understanding at the time that     10:46:02

21  he didn't have his own credit card?                      10:46:04

22  A.        That's correct.                                10:46:06

23  Q.        And what bank issued the credit card that      10:46:06

24  was used to register this website?                       10:46:09

25  A.        Probably Huntington Bank; although, it         10:46:11

Page 82

GREGORY ANGLIN

1

2  could have been American Express.  I don't know.    10:46:16

3  Q.        What else do you recall about that       10:46:20

4  conversation?                                       10:46:22

5  A.        Just that I had no idea I was going to be 10:46:26

6  the registrant of a website that he was going to run. 10:46:28

7  Q.        Do you recall whether he entered the     10:46:33

8  information related to the creation of the website or 10:46:38

9  is that something you did?                           10:46:41

10 A.        He would have entered everything, and then 10:46:42

11 asked me for my credit card.                         10:46:44

12 Q.        Do you have any understanding as to why he 10:46:46

13 listed you as the registrant?                        10:46:48

14 A.        I have no idea.                            10:46:49

15 Q.        Did you ever ask him about that?          10:46:51

16 A.        Yeah.                                      10:46:52

17 Q.        And what was that conversation like?      10:46:53

18 A.        Well, the conversation was -- let me think 10:46:54

19 for just a minute.  When I realized I was the        10:47:00

20 registrant, we had a very direct conversation where I 10:47:07

21 told him I was very disappointed in him that he      10:47:13

22 allowed that to happen, and that I wanted it removed 10:47:16

23 immediately.                                         10:47:19

24 Q.        And, sir, when did that occur?            10:47:20

25 A.        I didn't even find out about it until     10:47:22

GREGORY ANGLIN

1

2    sure that the record is clear here.  The domain name        11:00:51

3    was registered in March of 2013, correct?                  11:00:54

4    A.       Yes, that's correct.                               11:00:57

5    Q.       On the internet?                                   11:00:58

6    A.       That's correct.                                    11:01:00

7    Q.       And it listed you -- the registration              11:01:01

8    listed you as the registrant, the administrator, and       11:01:04

9    the technical contact, correct?                            11:01:09

10   A.       That's correct.                                    11:01:10

11   Q.       And that's all reflected on Exhibit 5?             11:01:11

12   A.       That's correct.                                    11:01:14

13   Q.       And at some point after the registration           11:01:15

14   of the domain name reflected on Exhibit 5, you             11:01:18

15   expressed disappointment to your son about that fact,      11:01:22

16   correct?                                                    11:01:25

17   A.       That's correct.                                    11:01:26

18   Q.       And my question was:  Exhibit 6 is a trade         11:01:27

19   name registration for Daily Stormer.  Did you submit       11:01:30

20   the trade name registration, Exhibit 6, before or         11:01:35

21   after you had expressed disappointment to your son         11:01:38

22   about the internet domain registration?                    11:01:42

23   A.       I don't recall.                                    11:01:45

24   Q.       When you submitted the trade name                 11:01:53

25   registration for Daily Stormer what did you                11:01:54

Page 94

                    GREGORY ANGLIN

1

2    understand you were doing?                        11:01:57

3    A.        Honestly, I didn't understand anything.  11:02:06

4    What he said was:  Can you register this name?  He  11:02:08

5    may have said so someone else doesn't use it, I don't  11:02:13

6    remember.                                          11:02:16

7    Q.        Okay.                                    11:02:17

8    A.        I just remember him asking me to do that.  11:02:18

9    Q.        At this point in time in December of 2016,  11:02:21

10   had you ever visited the website DailylyStormer.com?  11:02:24

11   A.        Yes, I had.                              11:02:29

12   Q.        Okay.  Did you know the content on the   11:02:30

13   website?                                           11:02:31

14   A.        Yes, sir, I did.                         11:02:32

15   Q.        Had you formed an opinion about whether  11:02:33

16   you agree or disagree with the content?            11:02:35

17   A.        Yes, I had.                              11:02:37

18   Q.        And with that opinion in mind, you agreed  11:02:38

19   to do what your son asked?                         11:02:40

20   A.        I have a difficult time as a dad sometimes  11:02:51

21   knowing what to support and what not to support.  I  11:02:54

22   don't take responsibility for somebody else's       11:02:58

23   actions.  He asked me to record this form, and I did.  11:03:01

24   Q.        Okay.  The filing fee associated with the  11:03:08

25   trade name registration in Exhibit 6, who paid that?  11:03:15

GREGORY ANGLIN

1

2   A.        Andrew Anglin paid it.             11:03:21

3   Q.        How did Andrew Anglin pay it?      11:03:23

4   A.        I don't recall.                 11:03:26

5   Q.        Do you recall going to the clerk's office,  11:03:26

6   sir?                                             11:03:29

7   A.        I think I can remember going to a clerk's  11:03:29

8   office on Broad Street or something downtown, and I  11:03:31

9   think it was related to this, but I'm just not    11:03:35

10  positive.  And I don't recall whether I paid cash or  11:03:38

11  credit card, I just don't remember.          11:03:40

12  Q.        And the visit that you do recall where you  11:03:42

13  went to the clerk's office, the cash or credit card  11:03:44

14  you used, was it yours?                 11:03:48

15  A.        It would not have been my son's.  I never  11:03:51

16  used one of his.  Is that your question?      11:03:53

17  Q.        Yes, sir.                     11:03:56

18  A.        No.  It would have been mine, yes.    11:03:56

19  Q.        To go back to my earlier question:  In    11:03:59

20  connection with the trade name registration of Daily  11:04:02

21  Stormer, who paid the filing fee?          11:04:04

22  A.        This is the trade name document here,    11:04:09

23  right?                                      11:04:12

24  Q.        Correct.  Exhibit 6 is the trade name    11:04:12

25  registration.                          11:04:14

Page 106

GREGORY ANGLIN

| | | |
|---|---|---|
| 1 | | |
| 2 | A. No, I do not. | 11:18:14 |
| 3 | Q. Have you ever asked him that question? | 11:18:17 |
| 4 | A. I've never talked to him about Moonbase. | 11:18:18 |
| 5 | Q. In registering the trade name Daily | 11:18:21 |
| 6 | Stormer on behalf of Moonbase, you didn't have a | 11:18:29 |
| 7 | conversation with him? | 11:18:34 |
| 8 | A. Well, I suppose he would have said | 11:18:42 |
| 9 | register it under Moonbase, but that's -- I don't | 11:18:45 |
| 10 | know about the conversation, but I followed whatever | 11:18:51 |
| 11 | his directions were. | 11:18:53 |
| 12 | Q. And registering the name of Andrew Anglin | 11:18:55 |
| 13 | on behalf of Moonbase, that was also a conversation | 11:18:59 |
| 14 | about Moonbase, correct? | 11:19:02 |
| 15 | A. It was a request to register something on | 11:19:09 |
| 16 | behalf of Moonbase. | 11:19:11 |
| 17 | Q. So you would agree that that was a | 11:19:13 |
| 18 | conversation about Moonbase, sir? | 11:19:15 |
| 19 | A. Well, I wouldn't say that we had a | 11:19:16 |
| 20 | conversation about Moonbase, no. I would say exactly | 11:19:18 |
| 21 | that, that he said, can you register this trade name | 11:19:23 |
| 22 | under Moonbase. So if you want to define it as a | 11:19:27 |
| 23 | conversation or not, I wouldn't, but you certainly | 11:19:31 |
| 24 | may, if you like. | 11:19:33 |
| 25 | Q. Okay. Other than those instances, do you | 11:19:34 |

```
1                    GREGORY ANGLIN

2    recall any other instance in which Mr. Andrew Anglin    11:19:38

3    asked you to do something on behalf of Moonbase?        11:19:42

4    A.         No, I don't recall anything else.            11:19:45

5    Q.         Have you ever understood Mr. Andrew Anglin    11:20:05

6    to describe the financial condition of Moonbase?        11:20:10

7    A.         No.                                           11:20:16

8    Q.         Has he ever told you that it's on the cusp    11:20:17

9    of insolvency?                                          11:20:19

10   A.         No.                                           11:20:21

11   Q.         Has he ever said anything else about its      11:20:23

12   financial condition?                                    11:20:26

13   A.         No, he has not.                               11:20:26

14              (Plaintiff's Exhibit 8 was marked for         11:20:38

15   identification.)                                        11:20:38

16   Q.         Mr. Anglin, I'm handing you a document        11:20:42

17   that's marked as Exhibit 8.  Please take a moment to    11:20:45

18   review it.                                              11:20:50

19   A.         Okay.                                         11:20:55

20   Q.         Have you seen this document before, sir?      11:20:56

21   A.         Yes, I filled it out.                         11:20:58

22   Q.         Okay.  And what is it?                        11:20:59

23   A.         It's an application for a post office box.    11:21:01

24   Q.         And why did you fill out an application       11:21:04

25   for a post office box?                                  11:21:07
```

```
 1                    GREGORY ANGLIN
 2   A.        On the heels of my conversation that        11:21:11
 3   Andrew needed to remove -- not use my office address 11:21:13
 4   any more, he advised me that he could not set up a   11:21:18
 5   post office box unless he was in the country, and he 11:21:22
 6   was out of the country and asked if I would help him 11:21:25
 7   accomplish that.                                      11:21:29
 8   Q.        Did you have an understanding as to where  11:21:30
 9   he was?                                               11:21:32
10   A.        No, I did not.                              11:21:32
11   Q.        You never asked him?                        11:21:33
12   A.        No.                                         11:21:34
13   Q.        And the conversation you had with him, was 11:21:42
14   that over the phone?                                  11:21:45
15   A.        I believe so, yes.                          11:21:48
16   Q.        And he told you, I'm out of the country,   11:21:49
17   correct?                                              11:21:52
18   A.        That is correct.  Well, he didn't tell me  11:21:52
19   I'm out of the country.  I knew he was out of the    11:21:54
20   country.                                              11:21:57
21   Q.        And how did you know that he was out of    11:21:57
22   the country?                                          11:22:00
23   A.        Because he hadn't been back in the country 11:22:00
24   for five years probably.                              11:22:02
25   Q.        And how did you know that?                  11:22:03
```

                        GREGORY ANGLIN

1
2    A.        Because he would have come and seen me if    11:22:04
3    he was in the country.                                  11:22:06
4    Q.        Okay.  And did you know where he was?        11:22:07
5    A.        No.  I know that at some point he spent      11:22:09
6    time in Thailand over that five-year period, but, no,  11:22:14
7    I did not know where he was.                            11:22:20
8    Q.        And you didn't believe it was important to   11:22:21
9    ask him?                                                11:22:23
10   A.        No, I did not.                                11:22:24
11   Q.        Why not?                                      11:22:29
12             MR. TYACK:  Objection.  Go ahead.             11:22:33
13   A.        He's a private person, and I'm a talkative   11:22:38
14   guy.  And so he prefers and I prefer to not know       11:22:46
15   where he is.                                            11:22:51
16   Q.        Sir, if you look at the document marked as   11:22:54
17   Exhibit 8, I believe you testified earlier that you    11:22:58
18   filled out this form?                                   11:23:01
19   A.        Do you mind if I come back to a question     11:23:02
20   real quick?  I want to make sure I said the right      11:23:04
21   thing.                                                  11:23:06
22   Q.        Okay.                                         11:23:06
23   A.        He could have actually been in Russia.  I    11:23:07
24   said Thailand, but I don't know.                        11:23:10
25   Q.        What makes you think that he may have been   11:23:12

Page 110

                          GREGORY ANGLIN

1

2    in Russia?                                      11:23:14

3    A.        I know he had told me he had been in  11:23:16

4    Russia at one time, and I know that he had been in  11:23:18

5    Thailand at one time.                           11:23:20

6    Q.        And on the one time that he told you he  11:23:22

7    was in Russia, why did he tell you his location then,  11:23:24

8    but not on other occasions?                     11:23:27

9    A.        That was several years ago, and I think it  11:23:34

10   was -- I don't know why.                        11:23:36

11   Q.        I believe you testified that he was a  11:23:42

12   private person?                                 11:23:43

13   A.        He is.                                11:23:44

14   Q.        And you were a talkative person?      11:23:45

15   A.        That is what I said.                  11:23:47

16   Q.        Notwithstanding that, he shared with you  11:23:48

17   his location?                                   11:23:50

18   A.        A number of years ago he did, yes.    11:23:52

19   Q.        But more recently he has not?         11:23:54

20   A.        That's correct.                       11:23:56

21   Q.        And you haven't asked him?            11:23:56

22   A.        That's correct.                       11:23:58

23   Q.        If we turn to Exhibit 8, sir, the document  11:24:00

24   that I believe you testified you completed.     11:24:03

25   A.        Yes.                                  11:24:06

1                        GREGORY ANGLIN

2    Q.        Do you recall when you filled this out?      11:24:08

3    A.        No, I do not.  This looks like it's dated    11:24:09

4    there, though.                                         11:24:12

5    Q.        And what is the date that you understand?    11:24:13

6    A.        Well, let me find it here.                   11:24:15

7    Q.        There is a date stamp in the right-hand      11:24:18

8    corner.                                                11:24:20

9    A.        Yes, that says December 15, 2017.            11:24:21

10   Q.        Sir, in the right-hand corner the date       11:24:32

11   that I make out is January 12, 2017.                   11:24:34

12   A.        Oh, I'm sorry.                               11:24:37

13   Q.        Where it's a post office stamp.              11:24:40

14             MR. TYACK:  It's hard to read.               11:24:43

15   A.        I can read January 12.  I can't quite read   11:24:46

16   the year.  But if you guys say 2017, I'll go with      11:24:48

17   that.                                                  11:24:51

18   Q.        The December date you're referencing,        11:24:51

19   where do you see that?                                 11:24:53

20   A.        That was at the top of my form there.        11:24:55

21   Q.        Oh, okay.  That's the date on which it was   11:24:57

22   faxed?                                                 11:25:00

23   A.        Okay.  Sorry.                                11:25:01

24   Q.        The date in the right-hand corner I see is   11:25:02

25   January 12, 2017.                                      11:25:04

Page 112

1                      GREGORY ANGLIN

2    A.        Okay.                                11:25:05

3    Q.        Is that consistent with your recollection?    11:25:06

4    A.        I don't recall when.  It certainly -- I    11:25:08

5    have no reason to believe that is wrong.    11:25:11

6    Q.        Okay.  And I believe you testified that    11:25:13

7    Mr. Andrew Anglin was out of the country and therefor    11:25:15

8    he requested that you set up a post office box for    11:25:19

9    him?                                          11:25:21

10   A.        That's correct.                      11:25:22

11   Q.        And did you provide identification to the    11:25:23

12   post office in connection with this process?    11:25:26

13   A.        Yes, I did.                          11:25:30

14   Q.        Did you also pay a sum?              11:25:31

15   A.        I did, yes.                          11:25:32

16   Q.        How much did you pay?                11:25:33

17   A.        I don't recall.  Maybe $125, something    11:25:35

18   around that range.                            11:25:38

19   Q.        And where did that money come from?    11:25:39

20   A.        Andrew paid that.                    11:25:40

21   Q.        And can you describe for us the process by    11:25:42

22   which that occurred?                          11:25:44

23   A.        Again, I don't recall whether it was paid    11:25:45

24   directly with his cash or whether I paid it and then    11:25:47

25   he reimbursed me.                             11:25:50

Page 113

1                       GREGORY ANGLIN

2    Q.        And if it was the first option, paid        11:25:51

3    directly with his cash, how would you have access to   11:25:53

4    his cash?                                              11:25:56

5    A.        It would be cash that was mailed to Andrew   11:25:57

6    Anglin that I would still have possession of.          11:26:00

7    Q.        And if it was the second option, whether     11:26:06

8    you paid it and then he later reimbursed you, how      11:26:08

9    would you have paid for it?                            11:26:11

10   A.        I could have written a check.  I could       11:26:14

11   have used a credit card.                               11:26:16

12   Q.        And at this point in time, did you have a    11:26:19

13   checking account at Huntington Bank, January of 2017?  11:26:21

14   A.        No, I did not.                               11:26:29

15   Q.        Okay.  Did you bank at FC Bank at that       11:26:30

16   point in time?                                         11:26:34

17   A.        Yes, I did.                                  11:26:35

18   Q.        Your checking account was with FC Bank?      11:26:35

19   A.        My checking account was.  I probably used    11:26:38

20   a credit card.  I don't use checks very often.         11:26:40

21   Q.        What credit card might you have used?        11:26:43

22   A.        Huntington or possibly American Express.     11:26:46

23   Q.        Okay.  You testified earlier that            11:26:51

24   Huntington Bank closed at some point in time?          11:26:55

25   A.        My checking account, not my credit card.     11:26:58

Page 114

```
 1            GREGORY ANGLIN
 2   Q.      The bank, itself, stayed open?          11:27:01
 3   A.      I'm sorry?                              11:27:03
 4   Q.      The Huntington Bank institution, itself, 11:27:05
 5   is in existence?                                11:27:08
 6   A.      Oh, Huntington institution, they closed my 11:27:10
 7   accounts.                                       11:27:12
 8   Q.      Why did they close your accounts?       11:27:13
 9   A.      They never said.                        11:27:15
10   Q.      Did they ever send you any correspondence? 11:27:16
11   A.      They just sent me a correspondence that 11:27:19
12   said we're closing your accounts, no explanation. 11:27:21
13   Q.      And did they -- did you have money in the 11:27:25
14   accounts at the time they closed?              11:27:28
15   A.      Yes, they mailed me checks.             11:27:30
16   Q.      Did you ever ask them for an explanation? 11:27:33
17   A.      Yes, I did.                             11:27:36
18   Q.      Okay.  And I fail to understand.  What did 11:27:38
19   I ask that was funny?                          11:27:42
20   A.      Yeah, I asked them for an explanation.  I 11:27:43
21   thought it was kind of strange, and they didn't offer 11:27:46
22   one.                                           11:27:50
23   Q.      Did you ask them in person or in writing? 11:27:51
24   A.      Over the phone.                         11:27:54
25   Q.      Okay.  Do you have any understanding that 11:27:56
```

Page 115

GREGORY ANGLIN

| | | |
|---|---|---|
| 1 | | |
| 2 | the closing of the accounts was related in any way to | 11:27:58 |
| 3 | your association with Moonbase? | 11:28:01 |
| 4 | A.      I don't have any reason to believe that, | 11:28:04 |
| 5 | no. | 11:28:05 |
| 6 | Q.      Any reason to believe that it was because | 11:28:06 |
| 7 | of your association with Daily Stormer? | 11:28:08 |
| 8 | A.      No, I don't have any reason to believe | 11:28:10 |
| 9 | that either. | 11:28:12 |
| 10 | Q.      Did you ever raise this issue with anyone | 11:28:19 |
| 11 | other than Huntington Bank? | 11:28:21 |
| 12 | A.      No. | 11:28:26 |
| 13 | Q.      Turning back to Exhibit 8, sir.  Might you | 11:28:28 |
| 14 | describe what you understood to be the reason | 11:28:33 |
| 15 | Mr. Andrew Anglin wanted his own P.O. box? | 11:28:38 |
| 16 | A.      Because I was no longer going to allow | 11:28:43 |
| 17 | mail to be sent to -- he had already ended sending | 11:28:46 |
| 18 | mail to my office. | 11:28:52 |
| 19 | Q.      And did you understand that mail would | 11:28:53 |
| 20 | continue to be sent to the P.O. box instead of the | 11:28:57 |
| 21 | 6827 North High Street address that we talked about | 11:29:02 |
| 22 | earlier? | 11:29:05 |
| 23 | A.      I wasn't surprised when it was, but we | 11:29:07 |
| 24 | didn't really talk about where he was going to send | 11:29:10 |
| 25 | it.  So I wasn't surprised, but we didn't talk about | 11:29:14 |

Page 116

1                          GREGORY ANGLIN

2      it.                                                11:29:17

3      Q.          And did you have an understanding as to  11:29:18

4      where people would know to send mail for Mr. Andrew  11:29:22

5      Anglin, like, where would they get that information?  11:29:26

6      A.          Well, I think it was on his website, but I  11:29:29

7      don't know that for sure.                           11:29:32

8      Q.          What website are you referring to?       11:29:34

9      A.          That would be DailyStormer.com.          11:29:36

10     Q.          So it's your understanding that at some  11:29:38

11     point the address on the website changed from 6827  11:29:40

12     North High Street, Suite 121, to a P.O. box?        11:29:43

13     A.          That is correct.                         11:29:50

14     Q.          And whose responsibility was it to       11:29:54

15     retrieve mail from the P.O. box?                    11:29:58

16     A.          I retrieved the mail from the P.O. box.  11:30:01

17     Q.          And how regularly did you retrieve mail  11:30:04

18     from the P.O. box?                                  11:30:06

19     A.          It was sporadic.  Somewhere between once a  11:30:08

20     week and once a month.                              11:30:14

21     Q.          And what type of mail would you retrieve?  11:30:15

22     A.          I received money from readers of the Daily  11:30:19

23     Stormer.  I received correspondence from attorneys,  11:30:31

24     and I don't recall anything else.                   11:30:38

25     Q.          Okay.  Let's take them in reverse order.  11:30:44

Page 117

GREGORY ANGLIN

1
2    A.        Okay.                                    11:30:47
3    Q.        The correspondence you received from     11:30:47
4    attorneys based on your earlier testimony, I      11:30:49
5    understand that went into the tub?                11:30:52
6    A.        That's correct, yes, sir.               11:30:54
7    Q.        And I would like to understand what      11:30:55
8    happened to the money that was received at the P.O.  11:30:58
9    box?                                              11:31:01
10   A.        What happened to the money that was      11:31:02
11   received at the P.O. box?                         11:31:03
12   Q.        Yes, sir.                               11:31:04
13   A.        It was -- let me think for a minute. The  11:31:06
14   money received at the P.O. box, I think that this is  11:31:15
15   the time period at which Chase would not -- Chase  11:31:23
16   would not accept cash deposits. So if there was   11:31:33
17   cash, I would deposit it into my account, and then  11:31:36
18   write a check to Andrew for the same amount. And   11:31:40
19   then checks, I would deposit into the account.    11:31:44
20   Q.        Okay. I'll break that down to make sure I  11:31:47
21   understand it. The cash deposits that would come in  11:31:50
22   to the P.O. box, you would deposit them into your  11:31:53
23   account?                                          11:31:56
24   A.        At some point I did. There may have still  11:31:59
25   been a time when I was taking them directly to Chase,  11:32:01

                          GREGORY ANGLIN

1

2    and they were accepting cash.  But Chase changed          11:32:04

3    their banking policy to no longer accept cash.  So at     11:32:07

4    some point, I would deposit the money in to my            11:32:10

5    account, write a check for the exact same amount, and     11:32:12

6    deposit it into Andrew's account.                         11:32:15

7    Q.       Okay.  And which account would you deposit       11:32:18

8    the cash into, at what bank?                              11:32:21

9    A.       That would have been Huntington Bank, I          11:32:31

10   believe.                                                  11:32:34

11   Q.       And the checks that you would write to           11:32:35

12   Mr. Andrew Anglin were written from what bank?            11:32:37

13   A.       From Huntington Bank.                            11:32:41

14   Q.       And when Huntington Bank closed your             11:32:46

15   account how did your practice change, if at all?          11:32:48

16   A.       I think by then -- I don't recall with           11:32:56

17   certainty, but I think by then he had stopped -- let      11:33:01

18   me think.  It's so hard.  Could you ask the question      11:33:05

19   again?  I'm sorry.                                        11:33:15

20   Q.       Certainly.  When Huntington Bank closed          11:33:16

21   your accounts how did your practice of depositing         11:33:19

22   cash change?                                              11:33:22

23   A.       I don't believe I deposited -- I didn't          11:33:29

24   deposit any cash beyond that date.                        11:33:37

25   Q.       Okay.  You would not have deposited cash         11:33:40

Page 119

1                    GREGORY ANGLIN

2    into the account at FC Bank?                    11:33:43

3    A.        I don't believe I ever did.           11:33:51

4    Q.        What gives you certainty about that?  11:33:54

5    A.        I don't have certainty about it.  But I  11:33:58

6    just think that we were winding up that whole cash  11:34:00

7    thing.                                          11:34:05

8    Q.        Sir, I don't understand what you mean by  11:34:13

9    winding up -- we were winding up that whole cash  11:34:15

10   thing.  Who is the we?                          11:34:18

11   A.        We would be me.  I just need to think for  11:34:21

12   just a minute.  I'm sorry.                      11:34:25

13   Q.        Please.                               11:34:26

14   A.        Starting in March -- I just want to make  11:34:56

15   sure I understand the question completely.  I'm  11:35:04

16   sorry, I think I'm getting a little bit tired here.  11:35:06

17   But go ahead.                                   11:35:08

18   Q.        Certainly.  I have no problem repeating  11:35:10

19   it, sir.                                        11:35:12

20   A.        Okay.  Thank you.  I don't want to be  11:35:12

21   annoying to you.                                11:35:14

22   Q.        You're not annoying.                  11:35:15

23   A.        Okay.                                 11:35:16

24   Q.        You deposited cash received to the P.O.  11:35:16

25   Box into Huntington Bank and then wrote a       11:35:18

¹                        GREGORY ANGLIN

² corresponding check to Mr. Andrew Anglin for that            11:35:22

³ amount, correct?                                            11:35:26

⁴ A.        That's correct.                                   11:35:26

⁵ Q.        At some point in time, Huntington Bank            11:35:27

⁶ closed your accounts, correct?                              11:35:30

⁷ A.        That's correct.                                   11:35:32

⁸ Q.        And so I would like to understand what you        11:35:33

⁹ did with the cash that came into the P.O. Box after         11:35:35

¹⁰ Huntington Bank closed your account.                       11:35:38

¹¹ A.        I think I just let it sit until about            11:35:44

¹² April of this year, 2018, when I was doing a real          11:35:51

¹³ estate rehab, and I borrowed some money from my son.       11:35:59

¹⁴ And so he had some cash that had accumulated.  I           11:36:02

¹⁵ borrowed that money, and then I paid it back later in      11:36:06

¹⁶ the year.                                                  11:36:08

¹⁷ Q.        Okay.  And what was the amount that you          11:36:09

¹⁸ borrowed in April of this year for the real estate         11:36:11

¹⁹ rehab?                                                     11:36:13

²⁰ A.        I misspoke.  Thank you.  It was actually         11:36:14

²¹ last year, it was 2017.                                    11:36:17

²² Q.        Okay.                                            11:36:20

²³ A.        I borrowed -- I know the exact amount -- I       11:36:21

²⁴ borrowed $60,038 from him early -- during the summer,      11:36:25

²⁵ probably, of 2017.  And then I deposited -- when I         11:36:31

Page 121

GREGORY ANGLIN

1

2  paid him back at the end of 2017, I wrote him a          11:36:37

3  check.  And I don't recall making any -- doing          11:36:40

4  anything with cash other than perhaps there was a few   11:36:43

5  hundred dollars that trickled in that were still in     11:36:46

6  an envelope of his.                                      11:36:49

7  Q.        Okay.  Let's sort of go over all those        11:36:51

8  pieces of information separately.                        11:36:53

9  A.        Okay.                                          11:36:55

10  Q.        The $60,000 loan you received, that was in    11:36:55

11  the form of cash that had accumulated and was left      11:37:01

12  undeposited?                                             11:37:04

13  A.        I took it over time while I was doing         11:37:05

14  this.  I underestimated how much money it would cost    11:37:07

15  to do this rehab.  So I called Andrew and I said, can   11:37:15

16  I borrow some of this money for a few months, some of   11:37:19

17  your money.  And he said sure.  So I borrowed it,       11:37:22

18  like 5,000 here, 5,000 there.  I never knew for sure    11:37:24

19  how much more I was going to need, but I would borrow   11:37:31

20  it from him, yes.                                        11:37:33

21  Q.        How are you certain about the aggregate       11:37:35

22  amount?  I believe you said $60,038.                    11:37:37

23  A.        Yes, I was real careful.  Andrew had an       11:37:40

24  envelope with foreign currency.  Andrew had an          11:37:46

25  envelope with United States currency, and I had an      11:37:50

Page 122

GREGORY ANGLIN

1
2   envelope.  And when I took money in a loan from        11:37:54

3   Andrew, I would write it down on my envelope, the      11:37:57

4   date and the amount of money that I took.              11:38:00

5   Q.        And these envelopes you're referencing in    11:38:02

6   your answers, where were they physically located?      11:38:04

7   A.        They were located at a security box at FC     11:38:11

8   Bank.                                                   11:38:22

9   Q.        In whose name is the security box in?         11:38:22

10  A.        In mine.                                      11:38:24

11  Q.        Okay.  And what is in the security box        11:38:26

12  today that relates to Mr. Andrew Anglin?                11:38:30

13  A.        Some currency, I would guess -- I don't       11:38:35

14  know the exact amount.  Most of it is foreign.  About  11:38:40

15  $2,000 would be my guess.  I don't know.               11:38:43

16  Q.        Of foreign currency?                          11:38:46

17  A.        That's correct.                               11:38:49

18  Q.        What's in the security box that relates to    11:38:49

19  Daily Stormer?                                          11:38:51

20  A.        Nothing.                                      11:38:53

21  Q.        What's in the security box that relates to    11:38:53

22  Moonbase?                                               11:38:55

23  A.        Nothing.                                      11:38:56

24  Q.        Other than the $2,000 in foreign currency     11:38:57

25  is there anything else in the security box?             11:39:01

Page 123

1                    GREGORY ANGLIN

2     A.        Some different personal possessions of     11:39:03

3     mine.                                                11:39:05

4     Q.        When you paid back Mr. Andrew Anglin the   11:39:12

5     sum of $60,038, was it a lump sum payment you made or 11:39:14

6     did you pay it incrementally?                        11:39:21

7     A.        A lump sum payment.                        11:39:23

8     Q.        How did you make that payment?             11:39:24

9     A.        I wrote a check from FC Bank and deposited 11:39:26

10    it in his account.                                   11:39:30

11    Q.        His account at Chase?                      11:39:31

12    A.        That's correct.                            11:39:32

13    Q.        And when did that occur?                   11:39:33

14    A.        December of last year, 2017.               11:39:36

15    Q.        What is the last date in which you         11:39:38

16    deposited money into the Chase account for Mr. Andrew 11:39:41

17    Anglin?                                              11:39:44

18    A.        I believe that was the last deposit.       11:39:46

19    Q.        The 60,038?                                11:39:48

20    A.        Yes.  Thank you.                           11:39:52

21    Q.        And the check that you wrote him was from  11:39:54

22    your account at FC Bank?                             11:39:55

23    A.        That's correct.                            11:39:57

24    Q.        If we go back to Exhibit 8, sir, in the    11:40:00

25    upper right-hand corner it says Box Number 208.  Is  11:40:03

                         GREGORY ANGLIN

1

2    that consistent with your recollection as to where      11:40:09

3    you received mail for Mr. Andrew Anglin?               11:40:10

4    A.        Yes, it is.                                   11:40:13

5    Q.        And did you have any assistance in filling    11:40:14

6    out this form?                                          11:40:17

7    A.        I mean, it's possible that I asked a          11:40:22

8    question of the woman at the post office.  I don't      11:40:24

9    recall.                                                 11:40:27

10   Q.        Other than asking the person at the post      11:40:28

11   office, do you recall asking for anyone else's          11:40:30

12   assistance in completing the form?                      11:40:34

13   A.        No, I did not.                                11:40:37

14   Q.        Did you get the form at the post office or    11:40:38

15   was it mailed to you?                                   11:40:40

16   A.        I don't recall.                               11:40:41

17   Q.        Do you recall visiting the post office to     11:40:42

18   submit it?                                              11:40:45

19   A.        I don't recall if I visited the post          11:40:51

20   office or -- my guess would be I dropped it off at      11:40:53

21   the post office, but I don't recall that act.           11:40:58

22   Q.        If you look at item number one, it says:      11:41:00

23   This service is for (required selection), and the box   11:41:01

24   that is checked is business/organization use.  Is       11:41:08

25   that correct?                                           11:41:12

1               GREGORY ANGLIN

2    A.        That is correct.                          11:41:12

3    Q.        You checked that box?                     11:41:13

4    A.        Yes, I did.                               11:41:14

5    Q.        What business or organization were you    11:41:15

6    checking that box for?                              11:41:17

7    A.        I think the business organization is      11:41:20

8    Andrew Anglin.                                      11:41:22

9    Q.        And is that an individual's name or is    11:41:24

10   that a business name?                               11:41:27

11   A.        I guess it's both.  It's my son's name,   11:41:28

12   yeah.                                               11:41:31

13   Q.        And then if you turn back to Exhibit 4,   11:41:32

14   sir, the trade name registration?                   11:41:34

15   A.        Right.                                    11:41:38

16   Q.        On January 10th, 2017, you registered the 11:41:38

17   trade name Andrew Anglin on behalf of Moonbase      11:41:43

18   Holdings, LLC, is that correct?                     11:41:46

19   A.        Yeah, that's correct.                     11:41:49

20   Q.        And two days later on Exhibit 8 you open a 11:41:50

21   P.O. box on behalf of the trade name Andrew Anglin,  11:41:55

22   is that correct?                                    11:41:59

23   A.        Yes, I think that was his plan, yes.      11:42:00

24   Q.        And the plan that you're referencing is to 11:42:02

25   create a trade name for Moonbase Holdings called    11:42:08

```
1                    GREGORY ANGLIN

2    Andrew Anglin, correct?                              11:42:11

3    A.        I don't know if it was for Moonbase        11:42:13

4    Holdings or how any of that works.  This is just how 11:42:14

5    he asked me to set it up.                            11:42:19

6    Q.        If you look at the middle of Exhibit 4,    11:42:21

7    sir, you'll see it references Moonbase Holdings, LLC. 11:42:23

8    A.        Um-hum.                                    11:42:27

9    Q.        If you turn to the first page of Exhibit 4 11:42:28

10   under the column that says Name of Registrant it says 11:42:30

11   Moonbase Holdings, LLC, correct?                     11:42:33

12   A.        That's correct.                            11:42:36

13   Q.        And you knew that at the time you          11:42:36

14   submitted this form on January 10, 2017, right?      11:42:38

15   A.        Yeah, yeah.                                11:42:42

16   Q.        If you turn back to Exhibit 8, the name of 11:42:43

17   the person who was applying for the P.O. Box on      11:42:49

18   behalf of trade name Andrew Anglin is yourself,      11:42:52

19   Gregory Anglin, correct?                             11:42:57

20   A.        Yes, that's correct.                       11:42:59

21   Q.        And the address listed is your office      11:42:59

22   address, is that correct?                            11:43:02

23   A.        That's correct.                            11:43:02

24   Q.        And the phone number listed is your phone  11:43:02

25   number, correct?                                     11:43:04
```

GREGORY ANGLIN

| | | |
|---|---|---|
| 1 | | |
| 2 | A. | That's correct. | 11:43:05 |
| 3 | Q. | And the email address listed is your email | 11:43:05 |

A.     That's correct.                                    11:43:05

Q.     And the email address listed is your email        11:43:05

address, right?                                          11:43:08

A.     That is correct.                                  11:43:09

Q.     And under Photo I.D., you've checked Valid        11:43:10

Driver's License, is that right?                         11:43:15

A.     That's correct.                                   11:43:17

Q.     And the Photo I.D. number there, is that a        11:43:17

reflection of your Driver's I.D. number?                 11:43:21

A.     I would presume it is.                            11:43:23

Q.     Okay.  And then there's a reference to            11:43:25

home or vehicle insurance policy.  Is that your home     11:43:27

or vehicle insurance policy?                             11:43:30

A.     Yes, it would be.                                 11:43:31

Q.     Okay.  And other than yourself, who else          11:43:32

was authorized to receive mail at the P.O. box?          11:43:35

A.     Well, I think the next page says just me.         11:43:38

Q.     Was Mr. Andrew Anglin, your son, the              11:43:42

individual, was he authorized to receive mail at the     11:43:45

P.O. box?                                                11:43:49

A.     No, he was not.                                   11:43:49

Q.     He was not allowed to pick it up?                 11:43:50

A.     You have to register that in person, and          11:43:53

he was never in the United States.                       11:43:57

Page 130

1                    GREGORY ANGLIN

2   deposit box of which you're aware?              11:46:10

3   A.        I'm only aware of one.                11:46:13

4   Q.        And when did you open that safety deposit   11:46:15

5   box?                                            11:46:17

6   A.        When I opened the account at that bank, so  11:46:24

7   I think that was sometime late in 2017.         11:46:28

8   Q.        Okay.  Did you previously have a safety   11:46:32

9   deposit box at Huntington Bank?                 11:46:35

10  A.        Yes, I did.                           11:46:38

11  Q.        Do you still have that?               11:46:39

12  A.        No, I do not.                         11:46:40

13  Q.        When your accounts at Huntington Bank were  11:46:41

14  closed was the safety deposit box closed as well?   11:46:42

15  A.        I closed it.  They didn't ask me to close   11:46:47

16  it.                                             11:46:49

17  Q.        You referenced earlier, sir, an envelope   11:46:50

18  on which you tracked the amount of money that you   11:46:53

19  were borrowing from your son.  Does that envelope   11:46:56

20  still exist?                                    11:47:01

21  A.        No.                                   11:47:01

22  Q.        What happened to it?                  11:47:02

23  A.        That would have been thrown away when I   11:47:03

24  paid the 60,038 back.                           11:47:06

25  Q.        Did you pay back exactly $60,038 or did   11:47:08

                          GREGORY ANGLIN

1

2    you pay any interest?                                 11:47:12

3    A.        I did not pay interest, no.                 11:47:14

4    Q.        Have you borrowed any other sums from your  11:47:22

5    son?                                                  11:47:24

6    A.        No.                                         11:47:24

7    Q.        On Item 2 for Exhibit 8, when you listed    11:47:33

8    Andrew Anglin, did you intend to denote your son, the 11:47:36

9    individual, or did you intend to denote the trade     11:47:43

10   name that was registered by Moonbase Holdings on      11:47:47

11   January 10th, 2017?                                   11:47:50

12   A.        I didn't really have any intent either      11:47:53

13   way.  I filled out the form the way that Andrew       11:47:55

14   Anglin asked me to.                                   11:47:58

15   Q.        Okay.  You checked the box                  11:47:59

16   business/organization use --                          11:48:00

17   A.        That's correct.                             11:48:02

18   Q.        -- rather than residential.                 11:48:02

19             Did he tell you to do that?                 11:48:04

20   A.        He told me that I have to do that           11:48:06

21   because -- yes, he told me to do that.                11:48:08

22   Q.        And did he have a copy of the form?         11:48:12

23   A.        Apparently.                                 11:48:14

24   Q.        Who sent it to him?                         11:48:15

25   A.        I didn't send it to him.  I don't know.     11:48:17

Page 132

1                         GREGORY ANGLIN

2    Q.        Were you talking to him on the phone while    11:48:19

3    you were filling out the form?                          11:48:21

4    A.        I don't remember.                             11:48:29

5    Q.        Do you still receive mail at 208?             11:48:42

6    A.        Mail still goes to P.O. Box 208.  I don't     11:48:48

7    collect it any longer.                                  11:48:51

8    Q.        Who collects it?                              11:48:53

9    A.        Nobody to my knowledge.                       11:48:54

10   Q.        And when did you stop collecting mail at      11:48:55

11   P.O. Box 208?                                           11:48:57

12   A.        I'm bad at time frames.  Maybe a couple       11:49:03

13   months ago.                                             11:49:05

14   Q.        Why did you make that decision?               11:49:05

15   A.        I just didn't want to do it any more.         11:49:07

16   Q.        Do you know if the P.O. Box still contains    11:49:11

17   cash contributions?                                     11:49:15

18   A.        There had not been cash contributions for     11:49:17

19   quite a long time, so I would be surprised.             11:49:19

20   Q.        But you don't know, because you haven't       11:49:24

21   visited the P.O. box?                                   11:49:26

22   A.        That's correct.                               11:49:28

23             (Plaintiff's Exhibit 9 was marked for         11:49:28

24   identification.)                                        11:49:28

25   Q.        Okay.  Mr. Anglin, I'm handing you a          11:49:32

Page 137

1                    GREGORY ANGLIN

2    information.                                    12:08:04

3    A.        Yes, sir.                             12:08:04

4    Q.        Sir, you talked about the loan that was   12:08:05

5    made to you from funds sent to Andrew Anglin the   12:08:09

6    $60,038?                                         12:08:13

7    A.        Um-hum.                                12:08:15

8    Q.        And you referenced a real estate rehab   12:08:15

9    project, is that correct?                       12:08:19

10   A.        That's correct.                        12:08:20

11   Q.        Was that rehab project related in any way   12:08:20

12   related to Mr. Andrew Anglin?                    12:08:23

13   A.        No, it was not.                        12:08:24

14   Q.        Related in any way to Moonbase Holdings?   12:08:26

15   A.        No, it was not.                        12:08:28

16   Q.        Was it related to Daily Stormer?       12:08:29

17   A.        No, it was not.                        12:08:31

18   Q.        Was it associated with your personal    12:08:32

19   business affairs?                               12:08:34

20   A.        Yes, sir, it was.                      12:08:35

21   Q.        And was that real estate rehab associated   12:08:36

22   with property here in Columbus, Ohio?           12:08:39

23   A.        Yes, it was.                           12:08:41

24   Q.        Is that project complete?              12:08:44

25   A.        Yes, sir, it is, finally.              12:08:46

Page 144

1                    GREGORY ANGLIN

2     121, Worthington, Ohio?                        12:16:17

3     A.        Yes, I see that.                      12:16:19

4     Q.        And on top of that it says, "And snail   12:16:20

5     mail for cash (any currency), checks, money orders,   12:16:22

6     and so on."  Is that what it says?              12:16:29

7     A.        That is what it says.                 12:16:32

8     Q.        And underneath it lists the address   12:16:33

9     associated with your consulting business, correct?   12:16:35

10    A.        That's correct.                       12:16:39

11    Q.        We talked about cash, and we talked about   12:16:41

12    foreign currency.  We didn't talk about money orders.   12:16:43

13    Did you ever receive money orders at that address?   12:16:47

14    A.        Yes, I did.                           12:16:49

15    Q.        And how did you treat those?          12:16:50

16    A.        Well, just like a check.              12:16:53

17    Q.        You would deposit them into the Chase   12:16:56

18    account?                                        12:16:59

19    A.        That's correct.                       12:16:59

20    Q.        Or on occasion you would deposit them into   12:17:00

21    your Huntington Bank account and then send a check to   12:17:02

22    Mr. Anglin for the corresponding amount?        12:17:06

23    A.        Well, only with cash.                 12:17:08

24    Q.        You would only do that with cash?     12:17:09

25    A.        That's correct.                       12:17:13

Page 147

1                   GREGORY ANGLIN

2    Daily Stormer website?                          12:20:10

3    A.         No, I don't.                          12:20:13

4    Q.         Do you know if people who write for the   12:20:15

5    Daily Stormer get paid?                          12:20:17

6    A.         No, I don't know.                     12:20:19

7    Q.         Do you have any understanding as to what   12:20:24

8    happens to the money that is contributed to the Daily   12:20:25

9    Stormer?                                         12:20:27

10   A.         No, I don't.                          12:20:31

11   Q.         Did you ever ask Andrew Anglin that    12:20:32

12   question?                                        12:20:35

13   A.         No, I did not.                        12:20:35

14   Q.         You were depositing money in to his    12:20:38

15   account, correct?                                12:20:41

16   A.         I deposited money in to his account, yes,   12:20:44

17   sir.                                             12:20:46

18   Q.         And you collected money from the P.O. box?   12:20:47

19   A.         That's correct.                       12:20:49

20   Q.         You collected money from the 6827 North   12:20:49

21   High Street address?                             12:20:52

22   A.         That's correct.                       12:20:53

23   Q.         And you never asked him what's this money   12:20:54

24   for?                                             12:20:55

25   A.         No, I never had a conversation with him   12:20:58

Page 148

GREGORY ANGLIN

1

2  except before I borrowed the money, I asked him -- I      12:21:00

3  just confirmed again, I said, this is your money.  He     12:21:11

4  said this is my money.                                    12:21:14

5  Q.        And did you have an understanding             12:21:15

6  independent of any conversation you might have had        12:21:18

7  with him as to what the purpose of these                  12:21:21

8  contributions that were coming into these addresses       12:21:24

9  was?                                                      12:21:27

10  A.        What the -- the purpose meaning why they       12:21:31

11  sent them or what they were supposed to do -- what he    12:21:34

12  was supposed to do with the money?                       12:21:36

13  Q.        We can talk about both.  Let's talk about      12:21:38

14  the first concept first.  Why do you understand          12:21:40

15  people were sending money?                               12:21:42

16  A.        I think it was primarily readers of the        12:21:44

17  site that were sending him money.                        12:21:47

18  Q.        The Daily Stormer website?                     12:21:50

19  A.        That is correct, readers of the Daily          12:21:52

20  Stormers website were sending Andrew money.              12:21:54

21  Q.        And what about the second question, what       12:21:58

22  was going to be done with the money; what did you        12:21:59

23  understand to happen?                                    12:22:01

24  A.        You know, I don't know what he does with       12:22:02

25  his money.                                               12:22:03

Page 149

1                    GREGORY ANGLIN

2    Q.        And did you have any belief or opinion as      12:22:04

3    to what was going to occur with the funds that were      12:22:07

4    sent to the addresses we've talked about today?          12:22:10

5    A.        No, I did not.                                  12:22:13

6    Q.        Sir, are you paying your own legal fees in      12:22:21

7    connection with this deposition?                          12:22:26

8    A.        Yes, I am.                                       12:22:27

9    Q.        Do you intend to seek reimbursement from        12:22:28

10   your son?                                                 12:22:30

11   A.        No, I do not.                                   12:22:30

12            MR. QURESHI:  I have no further questions.        12:22:35

13            MR. TYACK:  Thank you.                            12:22:37

14            MR. QURESHI:  Thank you for your time,            12:22:38

15   Mr. Anglin.                                               12:22:40

16            THE VIDEOGRAPHER:  It's 12:21, we're off         12:25:44

17   the record.                                               12:25:44

18            (Signature Not Waived.)                           12:25:44

19                        - - -                                12:25:44

20       (DEPOSITION CONCLUDED AT 12:21 P.M.)                   12:25:44

21

22

23

24

25

Page 151

1                          GREGORY ANGLIN

2                            CERTIFICATE                    12:25:44

3       State of Ohio      :                                12:25:44

                           SS:                             12:25:44

4       County of Franklin:

5               I, Jackie Olexa White, Notary Public in

6       and for the State of Ohio, duly commissioned and

7       qualified, certify that the within named GREGORY

8       ANGLIN was by me duly sworn to testify to the whole

9       truth in the cause aforesaid; that the testimony was

10      taken down by me in stenotypy in the presence of said

11      witness, afterwards transcribed upon a computer; that

12      the foregoing is a true and correct transcript of the

13      testimony given by said witness taken at the time and

14      place in the foregoing caption specified.

15              I certify that I am not a relative,

16      employee, or attorney of any of the parties hereto,

17      or of any attorney or counsel employed by the

18      parties, or financially interested in the action.

19              IN WITNESS WHEREOF, I have set my hand and

20      affixed my seal of office at Columbus, Ohio, on this

21      13th day of November, 2018.

22

                    _____

23                  JACKIE OLEXA WHITE, Notary Public

                    in and for the State of Ohio

24                  and RPR-CM.

25      My Commission expires January 21, 2019.