# EXHIBIT E

| | |
|---|---|
| **From:** | Laura Albert <Laura@tyacklaw.com> |
| **Sent:** | Thursday, October 18, 2018 2:17 PM |
| **To:** | Qureshi, Abid (DC); Humphrey, Thomas (DC) |
| **Cc:** | Williams, Tyler (DC); Zucker, David (DC) |
| **Subject:** | RE: Obeidallah v. Anglin:  Greg Anglin |

Of course. Please feel free to pass along my contact information.

Laura R. Albert - Phone (614) 221-1342
The Tyack Law Firm Co., LPA

**From:** ABID.QURESHI@LW.com <ABID.QURESHI@LW.com>
**Sent:** Thursday, October 18, 2018 2:14 PM
**To:** Laura Albert <Laura@tyacklaw.com>; Thomas.Humphrey@lw.com
**Cc:** Tyler.Williams@lw.com; David.Zucker@lw.com
**Subject:** RE: Obeidallah v. Anglin: Greg Anglin

Many thanks Laura – we appreciate the confirmation and agree to take the deposition in your office.

We will arrange the Court Reporter and, if acceptable to you, provide your contact information in case the Reporter has logistical questions.

**From:** Laura Albert <Laura@tyacklaw.com>
**Sent:** Thursday, October 18, 2018 1:36 PM
**To:** Humphrey, Thomas (DC) <Thomas.Humphrey@lw.com>
**Cc:** Williams, Tyler (DC) <Tyler.Williams@lw.com>; Zucker, David (DC) <David.Zucker@lw.com>; Qureshi, Abid (DC) <ABID.QURESHI@LW.com>
**Subject:** Obeidallah v. Anglin: Greg Anglin

Dear Counsel,

This is to confirm availability for Mr. Greg Anglin's deposition on **Wednesday, October 31, 2018, beginning at 9:00 a.m. Eastern.** We also have a large conference room and library available in our office if you would like to conduct the deposition here.

Please let me know if there is anything else you might need from our office.

Thank you,
Laura

Laura R. Albert
*OSBA Certified Paralegal*
**THE TYACK LAW FIRM CO., L.P.A.**
536 South High Street
Columbus, Ohio 43215
Phone: (614) 221-1342
Fax: (614) 228-0253
www.tyacklaw.com
Laura@tyacklaw.com

*NOTICE: The information contained in this electronic mail transmission, or attached hereto, is intended by The Tyack Law Firm Co., LPA for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail, so that our address record can be corrected.*

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.