# EXHIBIT F

**From:** Humphrey, Thomas (DC)
**Sent:** Monday, October 29, 2018 7:17 PM
**To:** James Tyack
**Cc:** Williams, Tyler (DC); Zucker, David (DC); Qureshi, Abid (DC)
**Subject:** RE: Obeidallah v. Anglin: Subpoenas Served on Greg Anglin

Jamie:

Thank you for your message.

Please ensure that Mr. Anglin brings any and all responsive documents (including ones already in our possession) to the deposition.  As you know, the subpoena requires him to produce all documents in his possession, custody, or control – without regard to whether we may have a copy.

We look forward to meeting you, as well.

Best,
Tom

**Thomas J. Humphrey**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2212
Mobile: +1.410.375.0863
Email: thomas.humphrey@lw.com
http://www.lw.com

---

**From:** James Tyack <james@tyacklaw.com>
**Sent:** Monday, October 29, 2018 9:21 AM
**To:** Humphrey, Thomas (DC) <Thomas.Humphrey@lw.com>
**Cc:** Williams, Tyler (DC) <Tyler.Williams@lw.com>; Zucker, David (DC) <David.Zucker@lw.com>; Qureshi, Abid (DC) <ABID.QURESHI@LW.COM>
**Subject:** RE: Obeidallah v. Anglin: Subpoenas Served on Greg Anglin

Tom,
Thank you for your email received at approximately 12:19 am Saturday.
I will not comment on your history regarding your interactions with anyone besides myself.
I have confirmed this morning with my client the only responsive documents to your subpoena are those already in your possession which you attached to your motions for limited discovery.
We look forward to seeing you Wednesday for the deposition of Greg Anglin consistent with your motions for limited discovery and the Court's order granting the same.

Sincerely,
Jamie

1

James P. Tyack, Esq.
**The Tyack Law Firm Co., L.P.A.**
536 South High Street
Columbus, Ohio 43215
T: 614-221-1342
F: 614-228-0253
www.tyacklaw.com
james@tyacklaw.com

Recognized by:  

*NOTICE: The information contained in this electronic mail transmission, or attached hereto, is intended by The Tyack Law Firm Co., LPA for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail, so that our address record can be corrected.*

---

**From:** Thomas.Humphrey@lw.com <Thomas.Humphrey@lw.com>
**Sent:** Saturday, October 27, 2018 12:19 AM
**To:** James Tyack <james@tyacklaw.com>
**Cc:** Tyler.Williams@lw.com; David.Zucker@lw.com; ABID.QURESHI@LW.com
**Subject:** RE: Obeidallah v. Anglin: Subpoenas Served on Greg Anglin

James:

I write as follow-up to our call on Wednesday, October 17, 2018 regarding Greg Anglin's non-compliance with the Document and Deposition Subpoenas (collectively, the "Subpoenas") that were served on him in relation to *Obeidallah v. Anglin, et al.*, 2:17-CV-00720 (S.D. Ohio).

The Document Subpoena required him to produced responsive materials on or before Friday, October 12, 2018 at 9:00 AM, and the Deposition Subpoena required him to appear and provide testimony on Friday, October 16, 2018 at 9:00 AM.  Mr. Anglin failed to comply with either of the Subpoenas' deadlines.  Instead, he emailed us on Monday, October 8, 2018, stating that "logistical difficulties have rendered these dates impossible" and that "[m]y counsel will contact you" at some future, unspecified date.

On Friday, October 12, 2018, Mr. Michael Cox, the other attorney that Greg Anglin retained in regard to this matter, contacted us regarding the Subpoenas.  Later that day, we emailed Mr. Cox and offered, as a courtesy, to: (1) allow Greg Anglin to produce materials responsive to the Document Subpoena no later than Wednesday, October 17, 2018; and (2)

2

take Greg Anglin's deposition on October 23, 30, or 31, 2018.  We asked that Mr. Cox provide us a response no later than Monday, October 15, 2018 at 12:00 PM.  Mr. Cox failed to respond to our offers.

You first reached out to us by way of a voicemail on the morning of Wednesday, October 17, 2018.  We convened a teleconference later that afternoon to discuss Greg Anglin's continued non-compliance with the Subpoenas.  You agreed to follow-up with us the next day, Thursday, October 18, 2018, regarding both Subpoenas.  We heard from your paralegal the next day to confirm Greg Anglin's availability for a deposition on Wednesday, October 31, but you have yet to provide us any sort of response regarding Greg Anglin's non-compliance with the Document Subpoena.

We request that Greg Anglin produce materials responsive to the Document Subpoena immediately.

Additionally, as we have now conferred in good faith with multiple attorneys representing Greg Anglin in regard to this matter, my client reserves the right to bring his failure to produce any documents before the Court.

Regards,
Tom

**Thomas J. Humphrey**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2212
Mobile: +1.410.375.0863
Email: thomas.humphrey@lw.com
http://www.lw.com

---

**From:** James Tyack <james@tyacklaw.com>
**Sent:** Wednesday, October 17, 2018 1:08 PM
**To:** Humphrey, Thomas (DC) <Thomas.Humphrey@lw.com>
**Cc:** Williams, Tyler (DC) <Tyler.Williams@lw.com>; Zucker, David (DC) <David.Zucker@lw.com>; Qureshi, Abid (DC) <ABID.QURESHI@LW.com>
**Subject:** RE: Obeidallah v. Anglin: Subpoenas Served on Greg Anglin

Great. I received and accepted the invite. Talk to you then.
jpt

James P. Tyack, Esq.
**The Tyack Law Firm Co., L.P.A.**
536 South High Street
Columbus, Ohio 43215
T: 614-221-1342
F: 614-228-0253
www.tyacklaw.com
james@tyacklaw.com

Recognized by:  

*NOTICE: The information contained in this electronic mail transmission, or attached hereto, is intended by The Tyack Law Firm Co., LPA for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail, so that our address record can be corrected.*

**From:** Thomas.Humphrey@lw.com <Thomas.Humphrey@lw.com>
**Sent:** Wednesday, October 17, 2018 12:51 PM
**To:** James Tyack <james@tyacklaw.com>
**Cc:** Tyler.Williams@lw.com; David.Zucker@lw.com; ABID.QURESHI@LW.com
**Subject:** RE: Obeidallah v. Anglin: Subpoenas Served on Greg Anglin

Thank you, James. 5:00 PM works well for us. I just circulated an Outlook invite with dial-in number.

Regards,
Tom

**Thomas J. Humphrey**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2212
Mobile: +1.410.375.0863
Email: thomas.humphrey@lw.com
http://www.lw.com

**From:** James Tyack <james@tyacklaw.com>
**Sent:** Wednesday, October 17, 2018 11:37 AM
**To:** Humphrey, Thomas (DC) <Thomas.Humphrey@lw.com>
**Cc:** Williams, Tyler (DC) <Tyler.Williams@lw.com>; Zucker, David (DC) <David.Zucker@lw.com>; Qureshi, Abid (DC) <ABID.QURESHI@LW.com>
**Subject:** RE: Obeidallah v. Anglin: Subpoenas Served on Greg Anglin

Yes, thank you Thomas.
How about 5pm today?

James P. Tyack, Esq.
**The Tyack Law Firm Co., L.P.A.**
536 South High Street
Columbus, Ohio 43215
T: 614-221-1342
F: 614-228-0253
www.tyacklaw.com
james@tyacklaw.com

Recognized by:  

*NOTICE: The information contained in this electronic mail transmission, or attached hereto, is intended by The Tyack Law Firm Co., LPA for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail, so that our address record can be corrected.*

---

**From:** Thomas.Humphrey@lw.com <Thomas.Humphrey@lw.com>
**Sent:** Wednesday, October 17, 2018 11:34 AM
**To:** James Tyack <james@tyacklaw.com>
**Cc:** Tyler.Williams@lw.com; David.Zucker@lw.com; ABID.QURESHI@LW.COM
**Subject:** Obeidallah v. Anglin: Subpoenas Served on Greg Anglin

James:
I write regarding the document and deposition subpoenas (the "Subpoenas") that were served on your client, Mr. Greg Anglin, on September 25, 2018 in relation to *Obeidallah v. Anglin, et al.*, 2:17-CV-00720 (S.D. Ohio).

I understand from my colleague Tyler Williams that you left a voicemail this morning regarding the Subpoenas.  We just tried calling you at the number supplied (614-221-1342) and understand you are out-of-office.  I left a voicemail, but write to see if we can set-up a teleconference sometime today.  Our availability today is: (1) 1:30 PM – 3:00 PM Eastern; and (2) any time after 3:45 PM Eastern.  Could you please let us know which time works best for your schedule?  We can then circulate a calendar invite with a call-in number.

To facilitate our call, please find attached an email that we sent to Greg Anglin's other attorney, Mr. Michael Cox, on Friday, October 12, 2018 in regard to the Subpoenas.  We have not yet received a response from Mr. Cox.

Regards,
Tom

**Thomas J. Humphrey**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct Dial: +1.202.637.2212
Mobile: +1.410.375.0863
Email: thomas.humphrey@lw.com
http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.