IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEAN OBEIDALLAH,**

        **Plaintiff,**          <u>**NOTICE**</u>

v.          **Case No. 2:17-cv-720**

         **Chief Judge Sargus, Jr.**

**ANDREW B. ANGLIN, et al.,**

        **Defendants.**

    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court      **COURTROOM #2**
       Joseph P. Kinneary U.S. Courthouse
       85 Marconi Boulevard      **June 12, 2019 at 10:00 A.M.**
       Columbus, Ohio 43215

TYPE OF PROCEEDING: **Evidentiary Hearing**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                                  **EDMUND A. SARGUS, JR.**
                                                                  **UNITED STATES CHIEF DISTRICT JUDGE**

DATE: May 1, 2019

                                                               /s /   Christin M. Werner
                                                              (By) Christin M. Werner, Deputy Clerk