```
 1                    GREGORY ANGLIN
 2         IN THE UNITED STATES DISTRICT COURT
 3          FOR THE SOUTHERN DISTRICT OF OHIO
 4                    EASTERN DIVISION
 5   - - - - - - - - - - - - - - - - - - - - - - - - -
     DEAN OBEIDALLAH,                 )
 6                                    )
              Plaintiff,              )
 7                                    )
        vs.                           ) Case No.
 8                                    )
     ANDREW B. ANGLIN, et al.,        ) 2:17 CV 720
 9                                    )
              Defendants.             )
10   - - - - - - - - - - - - - - - - - - - - - - - - -
11              Wednesday, October 31, 2018
                      Tyack Law Firm
12                 536 South High Street
                   Columbus, Ohio  43215
13
14            DEPOSITION OF GREGORY ANGLIN
15
     - - - - - - - - - - - - - - - - - - - - - - - - -
16
                    Jackie Olexa White
17
                 Registered Merit Reporter
18
     - - - - - - - - - - - - - - - - - - - - - - - - -
19
20
21
22
23
24
25   Job No. 150002
```

| | | | |
|---|---|---|---|
| 1 | | GREGORY ANGLIN | |
| 2 | Q. | But was it this year, 2018? | 09:32:37 |
| 3 | A. | No, maybe a year ago.  A year, year and a | 09:32:41 |
| 4 | half ago. | | 09:32:45 |
| 5 | Q. | When is the last time you spoke with him? | 09:32:46 |
| 6 | A. | Just a few days ago. | 09:32:49 |
| 7 | Q. | And what do you recall about that | 09:32:51 |
| 8 | conversation? | | 09:32:54 |
| 9 | A. | Just catching up, dad stuff, told him I | 09:32:56 |
| 10 | was mad about having to come in today. | | 09:32:59 |
| 11 | Q. | Was it a phone call?  Was it an in-person | 09:33:01 |
| 12 | meeting? | | 09:33:03 |
| 13 | A. | Phone call. | 09:33:04 |
| 14 | Q. | And where was he calling from? | 09:33:04 |
| 15 | A. | I don't know. | 09:33:06 |
| 16 | Q. | Did you receive a call on your cell phone? | 09:33:08 |
| 17 | Did you receive a call on your home phone?  Where | | 09:33:10 |
| 18 | were you when you received the call? | | 09:33:13 |
| 19 | A. | It was my cell phone. | 09:33:15 |
| 20 | Q. | Does your cell phone tell you the incoming | 09:33:16 |
| 21 | number? | | 09:33:19 |
| 22 | A. | Yes. | 09:33:19 |
| 23 | Q. | And what was the incoming number? | 09:33:19 |
| 24 | A. | I don't recall. | 09:33:21 |
| 25 | Q. | Was it an international number? | 09:33:22 |

Case: 2:17-cv-00720-EAS-EPD Doc #: 65-3 Filed: 05/19/19 Page: 3 of 3 PAGEID #: 1588

Page 36

1                    GREGORY ANGLIN

2    A.         No, I don't believe it is.                    09:33:24
3    Q.         Okay.  Do you know what area code it was?     09:33:26
4    A.         I don't.  I should have brought that.  I      09:33:30
5    guess, I didn't.                                         09:33:32
6    Q.         Okay.  Do you have that information?          09:33:34
7    A.         I have it in my car.                          09:33:37
8    Q.         Okay.  Perhaps we can take a break, and if    09:33:38
9    your attorney agrees, we can get that number.            09:33:41
10              In your most recent conversation, did you     09:33:47
11   talk about the Daily Stormer website with Mr. Andrew     09:33:49
12   Anglin?                                                  09:33:54
13   A.         No.                                           09:33:56
14   Q.         Did you talk about Moonbase?                  09:33:58
15   A.         No.                                           09:34:00
16   Q.         You mentioned that you told him you were      09:34:02
17   mad about having to appear for a deposition.             09:34:04
18   A.         Right.                                        09:34:06
19   Q.         Did you tell him what the deposition          09:34:06
20   involved?                                                09:34:08
21   A.         I think he already knew what the              09:34:10
22   deposition involved.  I didn't have to tell him.         09:34:12
23   Q.         Okay.  And what did he say to you about       09:34:14
24   it?                                                      09:34:16
25   A.         He said he was sorry that was the case.       09:34:17