IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEAN OBEIDALLAH, | : | |
| Plaintiff, | : | Case No. 2:17-cv-00720-EAS-EPD |
| v. | : | Chief Judge Edmund A. Sargus |
| ANDREW B. ANGLIN, DBA *Daily Stormer*, | : | Magistrate Judge Elizabeth Preston Deavers |
| and | : | |
| MOONBASE HOLDINGS, LLC, DBA Andrew Anglin, | : | |
| And | : | |
| JOHN DOES NUMBERS 1-10, Individuals who also assisted in the publication or representation of false statements regarding Mr. Obeidallah, | : | |
| Defendants. | : | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ROBYN J. GREENBERG AS ATTORNEY FOR PLAINTIFF

Under S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Subodh Chandra, trial attorney for Plaintiff Dean Obeidallah ("Plaintiff") in the above-referenced action, hereby moves the Court to admit Robyn J. Greenberg of Latham & Watkins LLP, *pro hac vice,* to appear and participate as co-counsel in this case for Plaintiff.

Mr. Chandra represents that Ms. Greenberg is a member in good standing of the highest court of the District of Columbia as attested by the accompanying certificate from that court and

that Ms. Greenberg is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Ms. Greenberg understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

Ms. Greenberg's relevant identifying information is as follows:

Robyn J. Greenberg
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: robyn.greenberg@lw.com

Respectfully submitted,

| | |
|---|---|
| Abid R. Qureshi (DC Bar No. 459227)<br>Tyler S. Williams (DC Bar No. 888242297)<br>Robyn Greenberg (DC Bar No. 1022302)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004-1304<br>Phone: 202.637.2200 Fax: 202.637.2201<br>abid.qureshi@lw.com<br>tyler.williams@lw.com<br><br>Sirine Shebaya (DC Bar No. 1019748)<br>Juvaria Khan (NY Bar No. 5027461)<br>MUSLIM ADVOCATES<br>P.O. Box 66408<br>Washington, DC 20035<br>Phone: 202.897.1894 Fax: 202.508.1007<br>sirine@muslimadvocates.org<br>juvaria@muslimadvocates.org<br><br>*Admitted pro hac vice* | /s/ *Subodh Chandra  (Trial Counsel)*<br>Subodh Chandra (OH Bar No. 0069233)<br>Donald Screen (OH Bar No. 0044070)<br>THE CHANDRA LAW FIRM LLC<br>1265 W. 6th Street, Suite 400<br>Cleveland, OH 44113-1326<br>Phone: 216.578.1700 Fax: 216.578.1800<br>Subodh.Chandra@ChandraLaw.com<br>Donald.Screen@ChandraLaw.com<br><br>*Attorneys for Plaintiff Dean Obeidallah* |

2

## CERTIFICATE OF SERVICE

    I hereby certify that on May 31, 2019, a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys registered to receive such service.

                                                /s/ *Subodh Chandra*
                                                Subodh Chandra