IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEAN OBEIDALLAH, | : | |
| Plaintiff, | : | Case No. 2:17-cv-00720-EAS-EPD |
| v. | : | Chief Judge Edmund A. Sargus |
| ANDREW B. ANGLIN,<br>DBA *Daily Stormer*, | : | Magistrate Judge Elizabeth Preston Deavers |
| and | : | |
| MOONBASE HOLDINGS, LLC,<br>DBA Andrew Anglin, | : | |
| And | : | |
| JOHN DOES NUMBERS 1-10,<br>Individuals who also assisted in the publication or representation of false statements regarding Mr. Obeidallah, | : | |
| Defendants. | : | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF
CHERISH A. DRAIN AS ATTORNEY FOR PLAINTIFF**

Under S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Subodh Chandra, trial attorney for Plaintiff Dean Obeidallah ("Plaintiff") in the above-referenced action, hereby moves the Court to admit Cherish A. Drain of Latham & Watkins LLP, *pro hac vice,* to appear and participate as co-counsel in this case for Plaintiff.

Mr. Chandra represents that Ms. Drain is a member in good standing of the highest court of Pennsylvania as attested by the accompanying certificate from that court and that Ms. Drain is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied

by the required $200.00 fee.

Ms. Drain understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.

Ms. Drain's relevant identifying information is as follows:

Cherish A. Drain
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: cherish.drain@lw.com

Respectfully submitted,

/s/ *Subodh Chandra  (Trial Counsel)*
Subodh Chandra (OH Bar No. 0069233)
Donald Screen (OH Bar No. 0044070)
THE CHANDRA LAW FIRM LLC
1265 W. 6th Street, Suite 400
Cleveland, OH 44113-1326
Phone: 216.578.1700 Fax: 216.578.1800
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com

*Attorneys for Plaintiff Dean Obeidallah*

Abid R. Qureshi (DC Bar No. 459227)
Tyler S. Williams (DC Bar No. 888242297)
Robyn Greenberg (DC Bar No. 1022302)
Cherish A. Drain* (PA Bar No. 323101)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
Phone: 202.637.2200 Fax: 202.637.2201
abid.qureshi@lw.com
tyler.williams@lw.com

Sirine Shebaya (DC Bar No. 1019748)
Juvaria Khan (NY Bar No. 5027461)
MUSLIM ADVOCATES
P.O. Box 66408
Washington, DC 20035
Phone: 202.897.1894 Fax: 202.508.1007
sirine@muslimadvocates.org
juvaria@muslimadvocates.org

*Not licensed to practice in the District of Columbia.  All work supervised by a member of the D.C. Bar.

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys registered to receive such service.

/s/ *Subodh Chandra*
Subodh Chandra