

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Cherish Alise Drain, Esq.**

**DATE OF ADMISSION**

**December 9, 2016**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: May 24, 2019**

*John W. Person Jr.*
John W. Person Jr., Esq.
Deputy Prothonotary