IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEAN OBEIDALLAH, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW B. ANGLIN, <br>    DBA *Daily Stormer*, <br><br> and <br><br> MOONBASE HOLDINGS, LLC, <br>    DBA Andrew Anglin, <br><br> and <br><br> JOHN DOES NUMBERS 1–10, <br>    Individuals who also assisted in the publication or representation of false statements regarding <br>    Mr. Obeidallah, <br><br> Defendants. | CASE NO. 2:17-CV-00720-EAS-EPD <br><br> Chief Judge Edmund A. Sargus <br><br> Magistrate Judge Elizabeth Preston Deavers |
| **PLAINTIFF'S NOTICES IN ACCORDANCE WITH <br> RULE 902 OF THE FEDERAL RULES OF EVIDENCE** ||

Plaintiff Dean Obeidallah hereby provides Defendants Andrew B. Anglin and Moonbase Holdings, LLC (collectively, "Defendants") notice, in accordance with Rule 902 of the Federal Rules of Evidence, of his intent to offer various exhibits as evidence at the June 12, 2019 evidentiary hearing.

**I.  NOTICE IN ACCORDANCE WITH RULE 902(11) OF THE FEDERAL RULES OF EVIDENCE**

Mr. Obeidallah hereby provides Defendants notice of his intent to offer certain bank records (the "Bank Records") as evidence at the hearing.

1

Mr. Obeidallah also intends to offer, in accordance with Rule 902(11) of the Federal Rules of Evidence, a certification attesting that: (1) the Bank Records were made at or near the time by—or from information transmitted by—someone with knowledge; (2) the Bank Records were kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit; and (3) making the Bank Records was a regular practice of that activity. *See* Fed. R. Evid. 902(11) (incorporating, by reference, certification requirements at Fed. R. Evid. 803(6)(A)-(C)).

Mr. Obeidallah will make the Bank Records and related certification available to Defendants in the Clerk's office of the U.S. District Court, Southern District of Ohio, Columbus Division, for purpose of inspection. *See* Fed. R. Evid. 902(11) (requiring proponent "make the record and certification available for inspection" by the adverse party).

## II.   NOTICE IN ACCORDANCE WITH RULE 902(13) OF THE FEDERAL RULES OF EVIDENCE

Mr. Obeidallah further provides Defendants notice of his intent to offer certain electronic records as evidence at the hearing.

Mr. Obeidallah also intends to offer, in accordance with Rule 902(13) of the Federal Rules of Evidence, two certifications attesting that the Electronic Records were "generated by an electronic process or system that produces an accurate result." *See* Fed. R. Evid. 902(13).

Mr. Obeidallah will make the Bank Records and related certifications available to Defendants in the Clerk's office of the U.S. District Court, Southern District of Ohio, Columbus Division, for purpose of inspection. *See* Fed. R. Evid. 902(13) (stating "proponent must meet the notice requirements of Rule 902(11) or (12)"); Fed. R. Evid. 902(11) (requiring proponent "make the record and certification available for inspection" by the adverse party).

                                 Respectfully submitted,

Abid R. Qureshi (D.C. Bar No. 459227)
Tyler S. Williams (D.C. Bar No. 888242297)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004-1304
Phone: 202.637.2200 Fx: 202.637.2201
abid.qureshi@lw.com
tyler.williams@lw.com

Sirine Shebaya (D.C. Bar No. 1019748)
Juvaria Khan (N.Y. Bar No. 5027461)
MUSLIM ADVOCATES
P.O. Box 66408
Washington, D.C. 20035
Phone: 202.897.1894 Fx: 202.508.1007
sirine@muslimadvocates.org
juvaria@muslimadvocates.org

*Admitted pro hac vice*

/s/ *Subodh Chandra  (Trial Counsel)*
Subodh Chandra (OH Bar No. 0069233)
Donald Screen (OH Bar No. 0044070)
THE CHANDRA LAW FIRM LLC
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
Phone: 216.578.1700 Fx: 216.578.1800
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com

*Attorneys for Plaintiff Dean Obeidallah*

3