IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEAN OBEIDALLAH, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW B. ANGLIN, <br> DBA *Daily Stormer*, <br><br> and <br><br> MOONBASE HOLDINGS, LLC, <br> DBA Andrew Anglin, <br><br> and <br><br> JOHN DOES NUMBERS 1–10, <br> Individuals who also assisted in the publication or representation of false statements regarding Mr. Obeidallah, <br><br> Defendants. | CASE NO. 2:17-CV-00720-EAS-EPD <br><br> Chief Judge Edmund A. Sargus <br><br> Magistrate Judge Elizabeth Preston Deavers |
| **PLAINTIFF'S EXHIBIT LIST FOR THE JUNE 12, 2019 EVIDENTIARY HEARING** ||

Plaintiff Dean Obeidallah respectfully submits to the Court a list of the exhibits he may move to admit into evidence at the evidentiary hearing scheduled for June 12, 2019. The exhibits have been divided into binders for each witness. Mr. Obeidallah will provide the Court with copies of these binders in advance of the hearing.

1

**I.** **DEAN OBEIDALLAH**

1. **Hearing Ex. 01:** Dean Obeidallah, *Will Donald Trump Ever Say the Words "White Supremacist Terrorism"?*, DAILY BEAST (MAY 31, 2017), https://www.thedailybeast.com/will-donald-trump-ever-say-the-words-white-supremacist-terrorism?ref=scroll.

2. **Hearing Ex. 02:** Andrew Anglin, *Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists*, DAILY STORMER (June 1, 2017), https://dailystormer.name/dean-obeidallah-mastermind-behind-manchester-bombing-calls-on-trump-to-declare-whites-the-real-terrorists/.

3. **Hearing Ex. 03:** Affidavit of Todd Price (May 30, 2019).

4. **Hearing Ex. 04:** @DeanObeidallah, TWITTER (May 27, 2017, 7:15 AM), https://twitter.com/DeanObeidallah/status/868470737010647040.

5. **Hearing Ex. 05:** @DeanObeidallah, TWITTER (May 31, 2017, 3:05 PM), https://twitter.com/DeanObeidallah/status/870038445925728259.

6. **Hearing Ex. 06:** @DeanObeidallah, TWITTER (May 28, 2017, 6:04 AM), https://twitter.com/DeanObeidallah/status/868815142175342593.

7. **Hearing Ex. 07:** @DeanObeidallah, TWITTER (May 29, 2017, 12:10 PM), https://twitter.com/DeanObeidallah/status/869269711313416192.

8. **Hearing Ex. 08:** @DeanObeidallah, TWITTER (May 30, 2017, 1:32 PM), https://twitter.com/DeanObeidallah/status/869652642938720258.

9. **Hearing Ex. 09:** @DeanObeidallah, TWITTER (May 30, 2017, 8:03 PM), https://twitter.com/DeanObeidallah/status/869751118494138368.

10. **Hearing Ex. 10:** @DeanObeidallah, TWITTER (May 31, 2017, 6:10 AM), https://twitter.com/DeanObeidallah/status/869903978674487296.

11. **Hearing Ex. 11:** Andrew Anglin, *Dean Obeidallah, Mastermind Behind Manchester Bombing, Calls on Trump to Declare Whites the Real Terrorists*, DAILY STORMER (June 1, 2017), http://bbs.dstormer6em3i4km.onion/t/dean-obeidallah-mastermind-behind-manchester-bombing-calls-on-trump-to-declare-whites-the-real-terrorists/110434 (comments section to article) (only accessible on TOR browser).

12. **Hearing Ex. 12:** Affidavit of Jeffrey Eschbach (May 30, 2019).

13. **Hearing Ex. 13:** Abby Phillip, *Dylan Roof Was Active On White Supremacist Web Forum, Group Says*, WASH. POST (June 22, 2015), https://www.washingtonpost.com/news/post-nation/wp/2015/06/22/dylann-roof-was-active-on-white-supremacist-web-forum-southern-poverty-law-center-says/?noredirect=on&utm_term=.a7d9be9174e4.

14. **Hearing Ex. 14:** *Jo Cox Suspect Thomas Mair "Watched YouTube Gun Video"*, BBC NEWS (Nov. 21, 2016), https://www.bbc.com/news/uk-38051593.

15. **Hearing Ex. 15:** Mike James, *Racist "Assassin" Indicted as Terrorist In NYC Murder of Black Man*, USA TODAY (Mar. 27, 2017), https://www.usatoday.com/story/news/2017/03/27/racist-assassin-indicted-terrorist-nyc-murder-black-man/99705466/.

16. **Hearing Ex. 16:** Andrew Anglin, *Steven Crowder Allegedly Hunting Manchester Bombing Mastermind Dean Obeidallah in ISIS-Occupied Syria!*, DAILY STORMER (Aug. 29, 2017), https://dailystormer.name/steven-crowder-allegedly-hunting-manchester-bombing-mastermind-dean-obeidallah-in-isis-occupied-syria/.

## II. GREG ANGLIN

17. **Hearing Ex. 17:** Ohio Articles of Organization for Moonbase Holdings, LLC (Sept. 2, 2016).

18. **Hearing Ex. 18:** Ohio Trade Name Registration of "Andrew Anglin" for Moonbase Holdings, LLC (Jan. 5, 2017).

19. **Hearing Ex. 19:** *WhoIs Lookup for DailyStormer.com*, WHOIS (Nov. 16, 2017), http://keepmeup.com/dailystormer.com.

20. **Hearing Ex. 20:** Ohio Trade Name Registration of "Daily Stormer" for Andrew Anglin (Dec. 1, 2016).

21. **Hearing Ex. 21:** Application for Post Office Box Service for PO Box 208, Worthington, OH 43085.

22. **Hearing Ex. 22:** E-mail from James Tyack, Attorney, The Tyack Law Firm Co., L.P.A., to Abid Qureshi, Partner, Latham & Watkins LLP (Nov. 16, 2018, 3:27 PM).

## III. JOHN BAMBENEK

23. **Hearing Ex. 23:** John Bambenek, *Expert Witness Report* (June 10, 2019).

24. **Hearing Ex. 24:** List of BitCoin Transactions for Wallet 19m9yEChBSPuzCzEMmg1dNbPvdLdWA59rS (June 3, 2019).

25. **Hearing Ex. 25:** Chart Summarizing BitCoin Received at Wallet 19m9yEChBSPuzCzEMmg1dNbPvdLdWA59rS from January 2017 to June 2019 (June 3, 2019).

26. **Hearing Ex. 26:** Affidavit of Krystle M. Simmons (Feb. 15, 2019).

27. **Hearing Ex. 27:** Monthly Statements for the Account Number ending in "0545" at J.P. Morgan Chase Bank, N.A. from February 12, 2016 to January 14, 2019.

28. **Hearing Ex. 28:** Chart Summarizing Volume of Deposits Into the Account Number ending in "0545" at J.P. Morgan Chase Bank, N.A. from June 1, 2017 to January 19, 2019 (June 10, 2019).

Dated: June 11, 2019

        Respectfully submitted,

/s/ *Subodh Chandra  (Trial Counsel)*

| | |
|---|---|
| Abid R. Qureshi (D.C. Bar No. 459227) | Subodh Chandra (OH Bar No. 0069233) |
| Robyn J. Greenberg (D.C. Bar No. 1022302) | Donald Screen (OH Bar No. 0044070) |
| Cherish A. Drain[1] (PA Bar No. 323101) | THE CHANDRA LAW FIRM LLC |
| Tyler S. Williams (D.C. Bar No. 888242297) | 1265 W. 6th St., Suite 400 |
| LATHAM & WATKINS LLP | Cleveland, OH 44113-1326 |
| 555 Eleventh Street NW, Suite 1000 | Phone: 216.578.1700 Fx: 216.578.1800 |
| Washington, D.C. 20004-1304 | Subodh.Chandra@ChandraLaw.com |
| Phone: 202.637.2200 Fx: 202.637.2201 | Donald.Screen@ChandraLaw.com |
| abid.qureshi@lw.com | |
| robyn.greenberg@lw.com | *Attorneys for Plaintiff Dean Obeidallah* |
| cherish.drain@lw.com | |
| tyler.williams@lw.com | |

Sirine Shebaya (D.C. Bar No. 1019748)
Juvaria Khan (N.Y. Bar No. 5027461)
MUSLIM ADVOCATES
P.O. Box 66408
Washington, D.C. 20035
Phone: 202.897.1894 Fx: 202.508.1007
sirine@muslimadvocates.org
juvaria@muslimadvocates.org

*Admitted pro hac vice*

---

[1] Not licensed to practice in the District of Columbia.  All work supervised by a member of the D.C. Bar.

5