-Three million two hundred eighty thousand dollars ($3,280,000.00) in punitive damages; and

    -Plaintiff's attorneys' fees and costs, to be determined at a later date.

Chief Judge Sargus GRANTS the plaintiff's requested injunctive relief against Defendants, ORDERING Defendants to forthwith remove from its website and any other internet-related address, social media outlet, twitter account, or other public site, whether electronic-, audio-, or print-based forum or medium any reference to Plaintiff describing him as a terrorist or member of ISIS.

11:20 a.m. Court adjourns.