UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DEAN OBEIDALLAH,

    Plaintiff,

v.

ANDREW B. ANGLIN, *et al.*,

    Defendants.

Case No. 2:17-cv-720
CHIEF JUDGE EDMUND A. SARGUS, JR.
Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

On May 1, 2019, the Court granted Plaintiff Dean Obeidallah's ("Obeidallah") Motion for Default Judgment (ECF No. 63) and scheduled an evidentiary hearing for June 12, 2019, to determine the proper amount of damages and fees (ECF No. 64). At that evidentiary hearing, the Court determined that Defendants Andrew B. Anglin and Moonbase Holdings, LLC (collectively "Defendants") acted with actual malice when they published false statements, with knowledge of the falsity of those statements or with reckless disregard for the truth, that Obeidallah committed crimes of terror, including murder. Therefore, the Court concludes those statements were libelous per se and are unprotected by the First Amendment.

On that basis and for the reasons stated in open court, the Court **GRANTS** Obeidallah's requests for monetary relief against Defendants, jointly and severally, as follows:

- Four hundred seventy thousand dollars ($470,000.00) in economic damages;
- Three hundred fifty thousand dollars ($350,000.00) in non-economic damages;
- Three million two hundred eighty thousand dollars ($3,280,000.00) in punitive damages; and
- Obeidallah's attorneys' fees and costs, to be determined at a later date.

The Court also **ISSUES** a permanent injunction, **ORDERING** Defendants to forthwith remove from its website and any other internet-related address, social media outlet, twitter account, or other public site, whether electronic-, audio-, or print-based forum or medium any reference to Obeidallah, describing him as a terrorist or member of ISIS.

The Court **DIRECTS** the Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

6-13-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE