# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Dean Obeidallah,, <br> *Plaintiff* <br> v. <br> Andrew B. Anglin, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  2:17-CV-720 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  Pursuant to the Order issued 6/13/2019 - The Court GRANTS Obeidallah's request for monetary relief against Defendants, jointly and severally.  The Court ISSUES a permanent injunction, ORDERING Defendants to forthwith remove from its website and any other internet-related address, social media outlet, twitter account or other public site, whether electronic, audio, or print-based forum or medium any reference to Obeidallah, describing him as a terrorist or member of ISIS.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   06/13/2019

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk