IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEAN OBEIDALLAH, | CASE NO. 2:17-CV-00720-EAS-EPD |
|    Plaintiff, | CHIEF JUDGE EDMUND A. SARGUS |
|     v. | MAGISTRATE JUDGE |
| ANDREW B. ANGLIN,<br>   DBA *Daily Stormer*, | ELIZABETH PRESTON DEAVERS |
| and | |
| MOONBASE HOLDINGS, LLC,<br>   DBA Andrew Anglin, | |
| and | |
| JOHN DOES NUMBERS 1–10,<br>   Individuals who also assisted in the<br>   publication or representation of false<br>   statements regarding<br>   Mr. Obeidallah, | |
|    Defendants. | |

**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST**

**TO BE REMOVED FROM ECF SERVICE LIST**

Under S.D. Ohio Civ. R. 83.4(d), notice is given that attorney Juvaria Khan should be

withdrawn as counsel for Plaintiff Dean Obeidallah. As of October 25, 2019, Ms. Khan is no

longer in the employ of Muslim Advocates. Plaintiff will continue to be represented by other

counsel of record from Latham & Watkins LLP and the Chandra Law Firm LLC. Further,

another attorney from Muslim Advocates, Mr. Matthew W. Callahan, will seek to appear *pro hac*

*vice* in this matter on behalf of Plaintiff Obeidallah. Plaintiff also requests that the Court direct the Clerk to remove Ms. Khan's name from the CM/ECF service list in this matter.

Dated: October 25, 2019                                      Respectfully submitted,

*/s/  Subodh Chandra*
Subodh Chandra (OH Bar No. 0069233)
Donald Screen (OH Bar No. 0044070)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th Street, Suite 400
Cleveland, OH 44113-1326
Phone: (216) 578-1700
Fax: (216) 578-1800
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com

*/s/ Juvaria Khan*
Juvaria Khan (N.Y. Bar No. 5027461)*
Muslim Advocates
P.O. Box 34440
Washington, D.C. 20043
juvaria@muslimadvocates.org
Tel: (202) 897-1897
Fax: (202) 508-1007

*Attorneys for Plaintiff*

*Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I filed this notice of withdrawal through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel required to be served.

By: _/s/ Subodh Chandra_